UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE:                                                              CASE NO.: 17-44157-ESS
                                                                    CHAPTER 13
Sean M Murray,

   Debtor.
_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT**, on behalf of NATIONSTAR MORTGAGE LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Miriam Rosenblatt
Miriam Rosenblatt, Esquire
Email: mrosenblatt@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SEAN M MURRAY
PO BOX 1110
ALBANY, NY 12201

RICHARD J. MCCORD
CERTILMAN BALIN ADLER & HYMAN
90 MERRICK AVENUE
EAST MEADOW, NY 11554

U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
EASTERN DISTRICT OF NY (BROOKLYN OFFICE)
U.S. FEDERAL COURTHOUSE
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

 

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
By: /s/Miriam Rosenblatt
Miriam Rosenblatt, Esquire
Email: mrosenblatt@rasflaw.com