# UNITED STATES BANKRUPTCY COURT

## Eastern District of New York

In Re: SEAN M. MURRAY                    Case No.: 1-17-44157-ess

                                         Chapter: 7  Judge: Elizabeth S. Stong

## STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. SECTION 521(a)(1)(B)(iv)

I, SEAN M. MURRAY, state that I did not file copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by me from any employer because:

__X__ (1) I was not employed during the period immediately preceding the filing of the above-referenced case, January 1st, 2012 - August 11th, 2017;

____ (2) I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the filing of the petition;

____ (3) I am self employed and do not receive any evidence of payment;

____ (4) Other (please explain)

_____

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated this 20th day of September, 2017.

_____Sean M Murray_____ (Signature of Debtor)

2017 SEP 25 A 11: 37
RECEIVED/MR
CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK