**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

In re: SEAN M. MURRAY

Case No. 1-17-44157-ess
Chapter: 7

Debtor(s)

-------------------------------------------------------x

## AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

SEAN M. MURRAY _____, undersigned debtor herein, swears as follows:

1.  Debtor filed a petition under chapter ____ of the Bankruptcy Code on 8/10/2017 _____.

2.  Filed herewith is an amendment to Schedule I, E/F and Mail Matrix [*indicate list(s), schedule(s) or statement(s) being amended*] previously filed herein.

3.  Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4.  [*If creditor records have been added or deleted, or mailing addresses corrected*] An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: 11/2/2017 _____

_SEAN M. MURRAY_
(Signature of Debtor)

Sworn to before me this 02
day of November, 2017

_____
Notary Public, State of New York

ANA PATRICIA SANTACRUZ
Notary Public, State of New York
No. 01SA6191021
Qualified in Queens County
Commission Expires Aug. 4, 2022

---

*Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y. LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

# UNITED STATES BANKRUPTCY COURT

## Eastern District of New York

In Re: SEAN M. MURRAY                    Case No.: 1-17-44157-ess

Chapter: 7 Judge: Elizabeth S. Stong

### LISTING OF CHANGES TO PETITION SCHEDULES I, E/F, MAILING MATRIX

Schedule I has been amended to change the amount of other income (items 8h, 9, 10, 12)

Schedule E/F has been amended to change the address and amount of item 4.9 to,

| | | |
|---|---|---|
| HSBC BANK USA N.A.<br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | 3/2008 | $238176.40 |

the amount owed of items 4.14 and 4.15,

and added page 8 to schedule E/F featuring items 4.16 and 4.17 to add creditors,

| | | |
|---|---|---|
| MR. COOPER<br>8950 Cypress Waters Blvd.<br>Dallas, TX 75019 | 7/2017 | $238176.40 |

and

| | | |
|---|---|---|
| HSBC MORTGAGE CORPORATION (USA)<br>2929 Walden Avenue<br>Depew, NY 14043-2602 | 3/2008 | $238176.40 |

A supplemental mailing matrix is also annexed to this affidavit.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated this 2nd day of November, 2017.

SEAN M MURRAY _____ (Signature of Debtor)

HSBC Bank USA NA
1 Mortgage Way
Mount Laurel, NJ 08054


HSBC MORTGAGE CORPORATION (USA)
2929 Walden Ave
Depew, NY 14043


MR. COOPER
8950 Cypress Waters Blvd.
Dallas, TX 75019

Fill in this information to identify your case:

Debtor 1    SEAN M. MURRAY
     First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the:   Eastern District of New York

Case number   1-17-44157-ess
(If known)

☑ Check if this is an
   amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | **Internal Revenue Service**
Priority Creditor's Name

Number     Street

Ogden       UT   84201-00
City         State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number   8657  ___ ___ ___     $     22,422   $   22,422   $ _____

**When was the debt incurred?**   4/24/2017

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2** |
Priority Creditor's Name

Number     Street

City         State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___    $_____   $_____   $_____

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    SEAN M. MURRAY

First Name    Middle Name    Last Name

Case number *(if known)*    1-17-44157-ess

---

**Part 1:**    **Your PRIORITY Unsecured Claims — Continuation Page**

| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

☐

Priority Creditor's Name

Number        Street

City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name

Number        Street

City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

☐

Priority Creditor's Name

Number        Street

City                State        ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___    $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 2 of 10

Debtor 1 ___SEAN M. MURRAY___
First Name    Middle Name    Last Name

Case number *(if known)* ___1-17-44157-ess___

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  |  | Total claim |
|---|---|---|---|---|

**4.1** **American Express**
Nonpriority Creditor's Name
Post Office Box 981537
Number          Street
El Paso                    TX       79998
City                              State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number **8223** ___ ___ ___

When was the debt incurred? **12/24/2011**

$ **11,067**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

---

**4.2** **Bank of America**
Nonpriority Creditor's Name
Post Office Box 982238
Number          Street
El Paso                    TX       79998
City                              State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number **3342** ___ ___ ___

When was the debt incurred? **11/01/2011**

$ **20,085**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Flexible Spending Credit Card**

---

**4.3** **Chase Card**
Nonpriority Creditor's Name
Post Office Box 15298
Number          Street
Wilmington              DE       19850
City                              State       ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number **0220** ___ ___ ___

When was the debt incurred? **10/27/2012**

$ **12,529.23**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card Account**

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page **3** of **10**

Debtor 1  SEAN M. MURRAY                                          Case number *(if known)*___1-17-44157-ess___

First Name        Middle Name        Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    **Total claim**

---

**4.4**

**Chase Card**
Nonpriority Creditor's Name
**Post Office Box 15298**
Number        Street
**Wilmington**          **DE**      **19850**
City                    State    ZIP Code

Last 4 digits of account number **3203** __ __ __

When was the debt incurred? **11/04/2011**

$ ___1,471___

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Credit Card Account_

---

**4.5**

**Chase Card**
Nonpriority Creditor's Name
**Post Office Box 15298**
Number        Street
**Wilmington**          **DE**      **19850**
City                    State    ZIP Code

Last 4 digits of account number **8426** __ __ __

When was the debt incurred? **11/04/2011**

$ ___6,292___

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_Flexible Spending Credit Card_

---

**4.6**

**Chase Card**
Nonpriority Creditor's Name
**Post Office Box 15298**
Number        Street
**Wilmington**          **DE**      **19850**
City                    State    ZIP Code

Last 4 digits of account number **6243** __ __ __

When was the debt incurred? **4/25/2013**

$ ___1,415___

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify _Credit Card Account_

---

Debtor 1    SEAN M. MURRAY

First Name    Middle Name    Last Name

Case number (if known) 1-17-44157-ess

| Part 2: | Your NONPRIORITY Unsecured Claims — Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim

---

**4.7  DISCOVER FINCL SVC LLC**

Nonpriority Creditor's Name

Post Office Box  15316

Number      Street

Wilmington                DE        19850

City                      State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  9533  ___  ___  ___

When was the debt incurred?  5/28/2013

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Account

$  6,220.14

---

**4.8  HSBC BANK**

Nonpriority Creditor's Name

Post Office Box 9

Number      Street

Buffalo                   NY        14240

City                      State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  2950  ___  ___  ___

When was the debt incurred?  10/17/2011

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card

$  11,885

---

**4.9  HSBC BANK USA N A**

Nonpriority Creditor's Name

1 Mortgage Way

Number      Street

Mt. Laurel                NJ        08054

City                      State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☐ No
☑ Yes

Last 4 digits of account number  1268  ___  ___  ___

When was the debt incurred?  3/3/2008

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Conv Real Estate Mtg

$ 238176.40

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1  SEAN M. MURRAY
          First Name    Middle Name    Last Name

Case number *(if known)* 1-17-44157-ess

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** | |
|---|---|---|

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim**

---

**.10** MORTGAGE SERVICE CENTER
Nonpriority Creditor's Name
2001 Bishop Gate Boulevard
Number        Street
Mount Laurel        NJ   -   08054
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  5176 __ __ __ __        $ 0

**When was the debt incurred?** 008/04/2014

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify CONV REAL ESTATE MTG

---

**.11** TOYOTA MOTOR CREDIT CORP
Nonpriority Creditor's Name
5005 N RIVER BLVD NE
Number        Street
Cedar Rapids        IA   52411
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  4949 __ __ __        $ 10,481

**When was the debt incurred?** 12/01/2012

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify AUTOMOBILE

---

**.12** PHH MORTGAGE SERVICE
Nonpriority Creditor's Name
2001 BISHOPS GATE BLVD
Number        Street
Mount Laurel        NJ   08054
City        State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number  5176 __ __ __        $ 0

**When was the debt incurred?** 9/25/2013

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify CONV REAL ESTATE MTG

---

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1    SEAN M. MURRAY
    First Name     Middle Name     Last Name

Case number (if known)  1-17-44157-ess

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.     **Total claim**

---

**.13**

**NATIONSTAR MORTGAGE**
Nonpriority Creditor's Name
Post Office Box  15316
Number    Street
Wilmington     DE     19850
City     State     ZIP Code

Last 4 digits of account number  9916 __ __ __

When was the debt incurred?  3/2017

$238176.40

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  CONV REAL ESTATE MTG

---

**.14**

**CAPTIAL ONE**
Nonpriority Creditor's Name
Post Office Box 30285
Number    Street
SALT LAKE CITY     UT     84130
City     State     ZIP Code

Last 4 digits of account number  1287 __ __ __

When was the debt incurred?  3/2015

$750

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  CREDIT CARD

---

**.15**

**WALAILUK TECHAMA MURRAY**
Nonpriority Creditor's Name
40-52 75th St Apt 5F
Number    Street
ELMHURST     NY     11373
City     State     ZIP Code

Last 4 digits of account number  __ __ __ __

When was the debt incurred?  _____

$ n/a

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☐ No
- ☑ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Divorce

---

Debtor 1    SEAN M. MURRAY
First Name    Middle Name    Last Name

Case number *(if known)*    1-17-44157-ess

| **Part 2:** | **Your NONPRIORITY Unsecured Claims — Continuation Page** |

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | **Total claim** |

**.16**

**Mr. Cooper**
Nonpriority Creditor's Name
**8950 Cypress Waters Blvd.**
Number    Street
**Dallas**        **TX**    **75019**
City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Last 4 digits of account number** 9916 __ __ __

**When was the debt incurred?** 3/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_CONV REAL ESTATE MTG_

$38176.40

**.17**

**HSBC MORTGAGE CORPORATION (USA)**
Nonpriority Creditor's Name
**2929 WALDEN AVENUE**
Number    Street
**DEPEW**        **NY**    **14043-2602**
City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☑ Yes

**Last 4 digits of account number** 2689 __ __ __

**When was the debt incurred?** 3/3/2008

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify_CONV REAL ESTATE MTG_

$38176.40

Nonpriority Creditor's Name

Number    Street

City        State    ZIP Code

**Who incurred the debt? Check one.**
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Last 4 digits of account number** __ __ __ __

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify_____

$_____

Debtor 1 ___SEAN M. MURRAY_____    Case number (if known) __1-17-44157-ess_____

     First Name    Middle Name       Last Name

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Name _____

Number     Street

_____

_____

City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims

                               ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street

_____

_____

City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims

                               ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street

_____

_____

City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims

                               ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street

_____

_____

City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims

                               ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street

_____

_____

City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims

                               ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street

_____

_____

City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims

                               ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number     Street

_____

_____

City          State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one): ❑ Part 1: Creditors with Priority Unsecured Claims

                               ❑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor 1 | SEAN M. MURRAY | | | Case number *(if known)* | 1-17-44157-ess |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

|  | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 22,422 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 22,422 |

|  | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 1034900.97 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 1034900.97 |

Fill in this information to identify your case:

| Debtor 1 | SEAN M. MURRAY | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Eastern District of New York

Case number (If known)     1-17-44157-ess

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

1.  **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed ☑ Not employed | ☐ Employed ☐ Not employed |
| Occupation | | _____ | _____ |
| Employer's name | | _____ | _____ |
| Employer's address | | _____ Number   Street | _____ Number   Street |
| | | _____ | _____ |
| | | _____ City        State    ZIP Code | _____ City        State   ZIP Code |
| How long employed there? | | _____ | _____ |

## Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $          0 | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $          0 | $_____ |

| Debtor 1 | SEAN M. MURRAY | Case number (if known) | 1-17-44157-ess |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................➔ 4. | | $ 0 | $ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. $ | $ |
| 5b. | Mandatory contributions for retirement plans | 5b. $ | $ |
| 5c. | Voluntary contributions for retirement plans | 5c. $ | $ |
| 5d. | Required repayments of retirement fund loans | 5d. $ | $ |
| 5e. | Insurance | 5e. $ | $ |
| 5f. | Domestic support obligations | 5f. $ | $ |
| 5g. | Union dues | 5g. $ | $ |
| 5h. | Other deductions. Specify: _____ | 5h. + $ | + $ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. $ 0 | $ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. $ 0 | $ |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. $ 0 | $ |
| 8b. | Interest and dividends | 8b. $ 0 | $ |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. $ 0 | $ |
| 8d. | Unemployment compensation | 8d. $ 0 | $ |
| 8e. | Social Security | 8e. $ 0 | $ |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. $ 0 | $ |
| 8g. | Pension or retirement income | 8g. $ 0 | $ |
| 8h. | Other monthly income. Specify: Reimbursement | 8h. + $ 1250 | + $ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. $ 1250 | $ |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. $ 1250 + | $ = $ 1250 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____    11. + $ 0

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies    12. $ 1250

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re: SEAN M. MURRAY

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 NOV -6 P 12: 51

RECEIVED/MR

Case No.:          1-17-44157-ess

Chapter:           7

### CERTIFICATION OF SERVICE

1.  I, SEAN M. MURRAY.:

     ☑ am the Petitioner in this case and am representing myself.

2.     On November 2, 2017, I sent a copy of the following pleadings and/or documents to the parties
       listed in the chart below.

       Amended Schedule I, E/F; Supplemental Mailing Matrix; Notice of Chapter 7 Bankruptcy Case;
       Notice of Electronic Filing Procedure; Certificate of Debtor Education; Form USBC-63,
       Affidavit Pursuant to EDNY LBR 1009-1(a); Listing of changes to petition schedules I, E/F.

3.     I certify under penalty of perjury that the above documents were sent using the mode of service
       indicated.

Date:   Thursday, November 2, 2017      Signature: SEAN M. MURRAY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard McCord<br>Certilman Balin & Hyman<br>90 Merrick Avenue<br>East Meadow, NY 11554 | Attorney for Trustee and Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☑ Email PDF |

| Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>US Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | United States Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| HSBC Bank USA NA<br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| HSBC MORTGAGE<br>CORPORATION (USA)<br>2929 Walden Ave<br>Depew, NY 14043 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| MR. COOPER<br>8950 Cypress Waters Blvd.<br>Dallas, TX 75019 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ Other |
| CAPITAL ONE<br>Post Office Box 30285<br>SALT LAKE CITY, UT 84130 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Robert A. Gavin, Jr.<br>Clerk of the Bankruptcy Court<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11291-1800 | Clerk of the<br>Bankruptcy Court | ☐ Hand-delivered<br>☐ Regular mail<br>☑ Certified mail/RR<br>☐ Other |

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 04-08-2017
Response Date: 04-08-2017
Tracking Number: 100325086561

Wage and Income Transcript

SSN Provided: ●●●●●●●7
Tax Period Requested: December, 2015

Form 1098 Mortgage Interest Statement

Recipient/Lender:
 Recipient's Federal Identification Number (FIN):112739323
 35-21 79TH STREET TENANTS
 JOHN B LOVETT ASSOCIATES LTD
 109 15 14TH AVENUE
 COLLEGE POINT, NY 11356-0000

Payer/Borrower:
 Payer's Social Security Number ●●●●●●●●●
 MURRAY, SEAN MICHAEL
 ATTN COMPLEX TEAM SV01
 1 MORTGAGE WAY
 MOUNT LAUREL, NJ 08054-0000

Submission Type:......................................................Original document
Account Number (Optional):.............................................4640906
Mortgage Interest Received from Payer(s)/Borrower(s):..................$1,037.00
Points Paid on Purchase of Principal Residence:.......................0.00
Refund of Overpaid Interest:..........................................0.00

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 04-08-2017
Response Date: 04-08-2017
Tracking Number: 100325086600

Wage and Income Transcript

SSN Provided: ███████
Tax Period Requested: December, 2016

Form 1099-R Distributions from Pensions, Annuities, Retire or
Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Payer:
Payer's Federal Identification Number (FIN):043157927
BOSTON FINANCIAL DATA SERVICES
C/O LINCOLN FINANCIAL GROUP
PO BOX 7876
FORT WAYNE, IN 46801-7876

Recipient:
Recipient's Identification Number:███████7
SEAN M MURRAY
PO BOX 1110
ALBANY, NY 12201-1110

Submission Type:..................................................Original document
Account Number (Optional):........................................00000190509468657AA
Distribution Code Value:...............Direct rollover and rollover contribution
Distribution Code:................................................................G
Distribution Code Value:.........................................Not significant
Distribution Code:............................................................Blank
Tax Amount Undetermined Code:...................................Not checked
Total Distribution Code:..........................................Total Distribution
First Year Roth Contribution:.........................................0000
SEP Indicator:...................................................IRA/SEP/SIMP box not checked
FATCA Indicator:................................................not FATCA
Tax Withheld:.....................................................0.00
Total Employee Contributions:.....................................0.00
Unrealized Appreciation:..........................................0.00
Other Income:.....................................................0.00
Gross Distribution:...........................................$47,173.00
Taxable Amount:...................................................0.00
Eligible Capital Gains:...........................................0.00
Amount to IRR:....................................................0.00

This Product Contains Sensitive Taxpayer Data