**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

In re: SEAN M. MURRAY

Case No. 1-17-44157-ess

Chapter: 7

```
        CLERK
U.S. BANKRUPTCY COURT
  EASTERN DISTRICT OF
       NEW YORK
  2017 NOV 20  A 11: 33
      RECEIVED/MR
```

Debtor(s)
----------------------------------------------------------x

### AFFIDAVIT PURSUANT TO E.D.N.Y. LBR 1009-1(a)

SEAN M. MURRAY, undersigned debtor herein, swears as follows:

1. Debtor filed a petition under chapter ___ of the Bankruptcy Code on 8/10/2017.

2. Filed herewith is an amendment to Schedule I, E/F and Mail Matrix *[indicate list(s), schedule(s) or statement(s) being amended]* previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions or corrections to, or deletions from, the affected list(s), schedule(s) or statement(s). The nature of the change (addition, deletion or correction) is indicated for each creditor or item listed.

4. *[If creditor records have been added or deleted, or mailing addresses corrected]* An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: 11/2/2017

_____
SEAN M. MURRAY
(Signature of Debtor)

Sworn to before me this 02
day of November, 2017

_____
Notary Public, State of New York

ANA PATRICIA SANTACRUZ
Notary Public, State of New York
No. 01SA6191021
Qualified in Queens County
Commission Expires Aug. 4, 2020

*Reminder: No amendment of schedules is effective until proof of service in accordance with E.D.N.Y. LBR 1009-1(b) has been filed with the Court.*

If this amendment is filed prior to the expiration of the time period set forth in Fed. R. Bankr. P. 4004 and 4007, it will be deemed to constitute a motion for a 30-day extension of the time within which any added creditors may file a complaint to object to the discharge of the debtor and/or to determine dischargeability. This motion will be deemed granted without a hearing if no objection is filed with the Court and served on debtor within 14 days following filing of proof of service of this affidavit, all attachments and the amended schedules in accordance with EDNY LBR 1009-1.

# UNITED STATES BANKRUPTCY COURT

## Eastern District of New York

In Re: SEAN M. MURRAY

Case No.: 1-17-44157-ess

Chapter: 7 Judge: Elizabeth S. Stong

## LISTING OF CHANGES TO PETITION SCHEDULES I, E/F, MAILING MATRIX

Schedule I has been amended to change the amount of other income (items 8h, 9, 10, 12)

Schedule E/F has been amended to change the address and amount of item 4.9 to,

| | | |
|---|---|---|
| HSBC BANK USA N.A.<br>1 Mortgage Way<br>Mount Laurel, NJ 08054 | 3/2008 | $238176.40 |

the amount owed of items 4.14 and 4.15,

and added page 8 to schedule E/F featuring items 4.16 and 4.17 to add creditors,

| | | |
|---|---|---|
| MR. COOPER<br>8950 Cypress Waters Blvd.<br>Dallas, TX 75019 | 7/2017 | $238176.40 |

and

| | | |
|---|---|---|
| HSBC MORTGAGE CORPORATION (USA)<br>2929 Walden Avenue<br>Depew, NY 14043-2602 | 3/2008 | $238176.40 |

A supplemental mailing matrix is also annexed to this affidavit.

I declare under penalty of perjury that I have read the foregoing statements and that they are true and accurate to the best of my knowledge, information and belief.

Dated this 2nd day of November, 2017.

_Sean M. Murray_ _____ (Signature of Debtor)

HSBC Bank USA NA
1 Mortgage Way
Mount Laurel, NJ 08054


HSBC MORTGAGE CORPORATION (USA)
2929 Walden Ave
Depew, NY 14043


MR. COOPER
8950 Cypress Waters Blvd.
Dallas, TX 75019

**Fill in this information to identify your case:**

Debtor 1: SEAN M. MURRAY
  First Name    Middle Name    Last Name

Debtor 2:
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: Eastern District of New York

Case number: 1-17-44157-ess
(If known)

☑ Check if this is an amended filing

*[Stamp: U.S. BANKRUPTCY COURT CLERK, EASTERN DISTRICT OF NEW YORK, 2017 NOV 20 A 11: 33, RECEIVED/MR]*

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☐ No. Go to Part 2.
   ☑ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Internal Revenue Service
Priority Creditor's Name

Number  Street

Ogden         UT    84201-00
City          State  ZIP Code

Last 4 digits of account number  8657
When was the debt incurred?  4/24/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

$ 22,422    $ 22,422    $ _____

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☑ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**
Priority Creditor's Name

Number  Street

City          State  ZIP Code

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____    $ _____    $ _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  **SEAN M. MURRAY**
First Name    Middle Name    Last Name

Case number (if known) 1-17-44157-ess

### Part 1: Your PRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |

___

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____  $_____  $_____

___

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____  $_____  $_____

___

Priority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____  $_____  $_____

Debtor 1   SEAN M. MURRAY
           First Name   Middle Name   Last Name                          Case number (if known) 1-17-44157-ess

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                            Total claim

| 4.1 | American Express | Last 4 digits of account number 8223 | $ 11,067 |
Nonpriority Creditor's Name
Post Office Box 981537
Number   Street
El Paso            TX      79998
City               State   ZIP Code

When was the debt incurred? 12/24/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Credit Card__

Is the claim subject to offset?
☐ No
☒ Yes

| 4.2 | Bank of America | Last 4 digits of account number 3342 | $ 20,085 |
Nonpriority Creditor's Name
Post Office Box 982238
Number   Street
El Paso            TX      79998
City               State   ZIP Code

When was the debt incurred? 11/01/2011

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Flexible Spending Credit Card__

Is the claim subject to offset?
☐ No
☒ Yes

| 4.3 | Chase Card | Last 4 digits of account number 0220 | $ 12,529.23 |
Nonpriority Creditor's Name
Post Office Box 15298
Number   Street
Wilmington         DE      19850
City               State   ZIP Code

When was the debt incurred? 10/27/2012

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Who incurred the debt? Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify __Credit Card Account__

Is the claim subject to offset?
☐ No
☒ Yes

Debtor 1  **SEAN M. MURRAY**
        First Name    Middle Name    Last Name

Case number (if known) **1-17-44157-ess**

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

---

**4.4**

**Chase Card**
Nonpriority Creditor's Name
**Post Office Box 15298**
Number   Street
**Wilmington**         **DE**    **19850**
City                            State    ZIP Code

Last 4 digits of account number **3203** __ __ __

When was the debt incurred? **11/04/2011**

$ **1,471**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☒ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card Account**

---

**4.5**

**Chase Card**
Nonpriority Creditor's Name
**Post Office Box 15298**
Number   Street
**Wilmington**         **DE**    **19850**
City                            State    ZIP Code

Last 4 digits of account number **8426** __ __ __

When was the debt incurred? **11/04/2011**

$ **6,292**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☒ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Flexible Spending Credit Card**

---

**4.6**

**Chase Card**
Nonpriority Creditor's Name
**Post Office Box 15298**
Number   Street
**Wilmington**         **DE**    **19850**
City                            State    ZIP Code

Last 4 digits of account number **6243** __ __

When was the debt incurred? **4/25/2013**

$ **1,415**

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☒ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Type of **NONPRIORITY** unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card Account**

---

Case 1-17-44157-ess   Doc 22   Filed 11/20/17   Entered 11/20/17 15:11:48

Debtor 1  SEAN M. MURRAY  
First Name  Middle Name  Last Name

Case number (if known)  1-17-44157-ess

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.  Total claim

---

**4.7** DISCOVER FINCL SVC LLC  
Nonpriority Creditor's Name  
Post Office Box 15316  
Number  Street  
Wilmington  DE  19850  
City  State  ZIP Code

Who incurred the debt? Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☐ No  
☑ Yes

Last 4 digits of account number  9533  
When was the debt incurred?  5/28/2013  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify  Credit Card Account

$ 6,220.14

---

**4.8** HSBC BANK  
Nonpriority Creditor's Name  
Post Office Box 9  
Number  Street  
Buffalo  NY  14240  
City  State  ZIP Code

Who incurred the debt? Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☐ No  
☑ Yes

Last 4 digits of account number  2950  
When was the debt incurred?  10/17/2011  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify  Credit Card

$ 11,885

---

**4.9** HSBC BANK USA N A  
Nonpriority Creditor's Name  
1 Mortgage Way  
Number  Street  
Mt. Laurel  NJ  08054  
City  State  ZIP Code

Who incurred the debt? Check one.  
☑ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☐ At least one of the debtors and another  
☐ Check if this claim is for a community debt  

Is the claim subject to offset?  
☐ No  
☑ Yes

Last 4 digits of account number  1268  
When was the debt incurred?  3/3/2008  

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

Type of NONPRIORITY unsecured claim:  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify  Conv Real Estate Mtg

$ 238176.40

---
Official Form 106E/F  Schedule E/F: Creditors Who Have Unsecured Claims  page 5 of 9

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

### 4.10 MORTGAGE SERVICE CENTER
Nonpriority Creditor's Name
2001 Bishop Gate Boulevard
Number  Street
Mount Laurel  NJ  08054
City  State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number  5176
When was the debt incurred?  008/04/2014

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CONV REAL ESTATE MTG

$ 0

### 4.11 TOYOTA MOTOR CREDIT CORP
Nonpriority Creditor's Name
5005 N RIVER BLVD NE
Number  Street
Cedar Rapids  IA  52411
City  State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number  4949
When was the debt incurred?  12/01/2012

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  AUTOMOBILE

$ 10,481

### 4.12 PHH MORTGAGE SERVICE
Nonpriority Creditor's Name
2001 BISHOPS GATE BLVD
Number  Street
Mount Laurel  NJ  08054
City  State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number  5176
When was the debt incurred?  9/25/2013

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CONV REAL ESTATE MTG

$ 0

Debtor 1  **SEAN M. MURRAY**
First Name   Middle Name   Last Name

Case number (if known) 1-17-44157-ess

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.13**

**NATIONSTAR MORTGAGE**
Nonpriority Creditor's Name
Post Office Box 15316
Number   Street
Wilmington    DE    19850
City            State    ZIP Code

Last 4 digits of account number  9916
When was the debt incurred?  3/2017

$ 238176.40

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CONV REAL ESTATE MTG

---

**4.14**

**CAPTIAL ONE**
Nonpriority Creditor's Name
Post Office Box 30285
Number   Street
SALT LAKE CITY    UT    84130
City            State    ZIP Code

Last 4 digits of account number  1287
When was the debt incurred?  3/2015

$ 750

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CREDIT CARD

---

**4.15**

**WALAILUK TECHAMA MURRAY**
Nonpriority Creditor's Name
40-52 75th St Apt 5F
Number   Street
ELMHURST    NY    11373
City            State    ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

$ n/a

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☑ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Divorce

---

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.

Total claim

**4.16**
Mr. Cooper
Nonpriority Creditor's Name
8950 Cypress Waters Blvd.
Number    Street
Dallas                    TX    75019
City                      State ZIP Code

Last 4 digits of account number  9916 __ __ __      $238176.40
When was the debt incurred?  3/2017

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CONV REAL ESTATE MTG

Is the claim subject to offset?
☐ No
☑ Yes

**4.17**
HSBC MORTGAGE CORPORATION (USA)
Nonpriority Creditor's Name
2929 WALDEN AVENUE
Number    Street
DEPEW                     NY    14043-2602
City                      State ZIP Code

Last 4 digits of account number  2689 __ __ __      $238176.40
When was the debt incurred?  3/3/2008

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  CONV REAL ESTATE MTG

Is the claim subject to offset?
☐ No
☑ Yes

Nonpriority Creditor's Name

Number    Street

City                      State ZIP Code

Last 4 digits of account number  __ __ __ __        $_____
When was the debt incurred?  _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

Is the claim subject to offset?
☐ No
☐ Yes

Debtor 1  **SEAN M. MURRAY**
First Name    Middle Name    Last Name

Case number (if known) 1-17-44157-ess

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number    Street

_____
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____
City          State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one):  ❏ Part 1: Creditors with Priority Unsecured Claims
                              ❏ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1  SEAN M. MURRAY
          First Name   Middle Name   Last Name

Case number (if known) 1-17-44157-ess

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | Total claim |
|---|---|
| 6a. Domestic support obligations | 6a. $ 0 |
| 6b. Taxes and certain other debts you owe the government | 6b. $ 22,422 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. $ 0 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0 |
| 6e. Total. Add lines 6a through 6d. | 6e. $ 22,422 |

**Total claims from Part 2**

| | Total claim |
|---|---|
| 6f. Student loans | 6f. $ 0 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $ 0 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. $ 0 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 1034900.97 |
| 6j. Total. Add lines 6f through 6i. | 6j. $ 1034900.97 |

Fill in this information to identify your case:

Debtor 1  SEAN M. MURRAY
_First Name_   _Middle Name_   _Last Name_

Debtor 2
(Spouse, if filing) _First Name_   _Middle Name_   _Last Name_

United States Bankruptcy Court for the: Eastern District of New York

Case number  1-17-44157-ess
(If known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | | |
   | Employer's name | | |
   | Employer's address | _Number   Street_ | _Number   Street_ |
   | | _City   State   ZIP Code_ | _City   State   ZIP Code_ |
   | How long employed there? | | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $_____0_____ | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. +$_____0_____ | +$_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4.  $_____0_____ | $_____ |

Official Form 106I          Schedule I: Your Income          page 1

Debtor 1  **SEAN M. MURRAY**
        First Name     Middle Name     Last Name

Case number (if known) **1-17-44157-ess**

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............ → | 4. | $ 0 | $ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ | $ |
| 5b. Mandatory contributions for retirement plans | 5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans | 5c. | $ | $ |
| 5d. Required repayments of retirement fund loans | 5d. | $ | $ |
| 5e. Insurance | 5e. | $ | $ |
| 5f. Domestic support obligations | 5f. | $ | $ |
| 5g. Union dues | 5g. | $ | $ |
| 5h. Other deductions. Specify: _____ | 5h. | +$ | +$ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.  6. $ 0     $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7. $ 0     $

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.     8a. $ 0     $

8b. **Interest and dividends**     8b. $ 0     $

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.     8c. $ 0     $

8d. **Unemployment compensation**     8d. $ 0     $

8e. **Social Security**     8e. $ 0     $

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____     8f. $ 0     $

8g. **Pension or retirement income**     8g. $ 0     $

8h. **Other monthly income.** Specify: **Reimbursement**     8h. +$ 1250     +$

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.     9. $ 1250     $

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.     10. $ 1250  +  $ _____ = $ 1250

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____     11. +$ 0

12. **Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.**
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies     12. $ 1250
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☒ No.
☐ Yes. Explain: _____

Official Form 106I        Schedule I: Your Income        page 2

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 04-08-2017
Response Date: 04-08-2017
Tracking Number: 100325086561

Wage and Income Transcript

SSN Provided: ■■■
Tax Period Requested: December, 2015

Form 1098 Mortgage Interest Statement

Recipient/Lender:
 Recipient's Federal Identification Number (FIN):112739323
 35-21 79TH STREET TENANTS
 JOHN B LOVETT ASSOCIATES LTD
 109 15 14TH AVENUE
 COLLEGE POINT, NY 11356-0000

Payer/Borrower:
 Payer's Social Security Number: ■■■
 MURRAY, SEAN MICHAEL
 ATTN COMPLEX TEAM SV01
 1 MORTGAGE WAY
 MOUNT LAUREL, NJ 08054-0000

Submission Type:.................................................Original document
Account Number (Optional):..................................................■■■
Mortgage Interest Received from Payer(s)/Borrower(s):...............$1,057.00
Points Paid on Purchase of Principal Residence:.........................0.00
Refund of Overpaid Interest:.............................................0.00

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 04-08-2017
Response Date: 04-08-2017
Tracking Number: 100325086600

Wage and Income Transcript

SSN Provided: ███████
Tax Period Requested: December, 2015

Form 1099-R Distributions from Pensions, Annuities, Retire or Profit-Sharing Plans, IRAs, Insurance Contracts, etc.

Payer:
Payer's Federal Identification Number (FIN):043157927
BOSTON FINANCIAL DATA SERVICES
C/O LINCOLN FINANCIAL GROUP
PO BOX 7876
FORT WAYNE, IN 46801-7876

Recipient:
Recipient's Identification Number: ███████
SEAN H MURRAY
PO BOX 1110
ALBANY, NY 12201-1110

```
Submission Type:..............................................Original document
Account Number (Optional):....................................███████
Distribution Code Value:......................Direct rollover and rollover contribution
Distribution Code:............................................................G
Distribution Code Value:......................................Not significant
Distribution Code:........................................................Blank
Tax Amount Undetermined Code:..........................................Not checked
Total Distribution Code:..........................................Total Distribution
First Year Roth Contribution:...............................................0000
SEP Indicator:...............................IRA/SEP/SIMP box not checked
FATCA Indicator:......................................................not FATCA
Tax Withheld:..............................................................0.00
Total Employee Contributions:..............................................0.00
Unrealized Appreciation:...................................................0.00
Other Income:..............................................................0.00
Gross Distribution:...................................................$47,173.00
Taxable Amount:............................................................0.00
Eligible Capital Gains:....................................................0.00
Amount to IRR:.............................................................0.00
```

This Product Contains Sensitive Taxpayer Data

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In Re: SEAN M. MURRAY | |

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2017 NOV 20  A 11: 33

RECEIVED/MR

Case No.: 1-17-44157-ess

Chapter: 7

## CERTIFICATION OF SERVICE

1. I, SEAN M. MURRAY.:

    ☐ am the Petitioner in this case and am representing myself.

2. On November 16, 2017, I sent a redacted copy of the following pleadings and/or documents to the parties listed in the chart below, pursuant to the order dated November 9, 2017, docket #21.

    Amended Schedule I, E/F; Supplemental Mailing Matrix; Certificate of Debtor Education; Form USBC-63, Affidavit Pursuant to EDNY LBR 1009-1(a); Listing of changes to petition schedules I, E/F; Redacted IRS Transcripts.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   Thursday, November 16, 2017        Signature:  *SEAN M. MURRAY*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert A. Gavin, Jr.<br>Clerk of the Bankruptcy Court<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11291-1800 | Clerk of the Bankruptcy Court | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Email PDF |