

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

RICHARD J. MCCORD
PARTNER
DIRECT DIAL: 516.296.7801
rmccord@certilmanbalin.com

### VIA ELECTRONIC CASE FILING

January 15, 2018

Sheree Jackson, Courtroom Deputy
Chambers of the Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

        **Re:** **Sean M. Murray**
                ***Chapter 7***
                **Case No.: 17-44157-ess**

Dear Ms. Jackson:

    This shall serve to confirm that the Trustee hereby withdraws the Notice of Presentment and Application in Support for an Order Authorizing Examination and Production of Documents of Sean M. Murray Pursuant to Bankruptcy Rule 2004 (Dkt. No. 28), filed electronically on January 9, 2018, in connection with the above referenced matter.

    If you should have any questions or require additional information, please contact this office. Thank you for your courtesy and assistance in this matter.

                        Very truly yours,

                        /s/ Richard J. McCord
                        RICHARD J. MCCORD
                        CHAPTER 7 TRUSTEE

RJM:af
    cc: Office of the United States Trustee
        Sean M. Murray
        Robertson, Anschutz & Schneid, P.I.
        Toyota Motor Credit Corporation