Case 1-17-44157-ess  Doc 32  Filed 02/23/18  Entered 02/23/18 15:30:41

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 23, 2018 2:52:30 PM EST | 212 766 0938 | 82 | 3 | Received |

02/23/2018  14:50      212-766-0938           FEDEX OFFICE        0883                PAGE  01

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------X
In Re:   SEAN M. MURRAY                              Chapter    7

                                                     Case No.   1-17-44157-ess

            Debtor(s)
----------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

    35-21 79TH ST. APT 4E JACKSON HEIGHTS, NEW YORK 11372
                    *[Identify the Property]*
NATIONSTAR MORTGAGE LLC   xxxxxxx9916; SPECIALIZED LOAN SERVICING LLC xxxxxxx9508
                           *[Loan Number]*
    NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019
                    *[Creditor's Name and Address]*
      d.b.a. MR. COOPER, 8950 Cypress Waters Blvd., Dallas, TX 75019
SPECIALIZED LOAN SERVICING, LLC, 8742 Lucent Blvd STE 300, Highland Ranch, CO 80129

**SIGNATURE**

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: *Sean M. Murray*       Date: ____February 23____, 2018__

Print Name: ____SEAN M. MURRAY_____
                        *[First and Last Name]*
Telephone Number: ____917.330.9284_____
                        *[i.e. 999-999-9999]*
E-mail Address [if any]: ____seanmurray@prodigy.net_____

3. Each Loss Mitigation Party shall make its request for information and documents, if any, within **14 days of the date of this Order.**

4. Each Loss Mitigation Party shall respond to a request for information and documents within **14 days after a request is made, or 7 days prior to the Loss Mitigation Session, whichever is earlier.**

5. The Loss Mitigation Session shall be scheduled not later than _____ *[suggested time is within 35 days of the date of the order].*

6. The Loss Mitigation Period shall terminate on _____ [suggested time is within 42 days of the date of the date of the order], unless extended as provided in the Loss Mitigation Procedures.

It is further **ORDERED**, that a status conference will be held in this case on _____ *[suggested time is within 42 days of the date of the order]* (the "Status Conference"). The Loss Mitigation Parties shall appear at the Status Conference and provide the Court with an oral Status Report unless a written Status Report that is satisfactory to the Court has been filed not later than 7 days prior to the date of the Status Conference and requests that the Status Conference be adjourned or cancelled; and it is further

**ORDERED**, that at the Status Conference, the Court may consider a Settlement reached by the Loss Mitigation Parties, or may adjourn the Status Conference if necessary to allow for adequate notice of a request for approval of a Settlement; and it is further

**ORDERED**, that any matters that are currently pending between the Loss Mitigation Parties (such as motions or applications, and any objection, opposition or response thereto) are hereby adjourned to the date of the Status Conference to the extent those matters concern (1) relief from the automatic stay, (2) objection to the allowance of a proof of claim, (3) reduction, reclassification or avoidance of a lien, (4) valuation of a Loan or Property, or (5) objection to confirmation of a plan of reorganization; and it is further.

**ORDERED**, that the time for each Creditor that is a Loss Mitigation Party in this case to file an objection to a plan of reorganization in this case shall be extended until 14 days after the termination of the Loss Mitigation Period, including any extension of the Loss Mitigation Period.

Dated:

BY THE COURT

_____
*United States Bankruptcy Judge*

```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
```

In Re: SEAN M. MURRAY

Case No.: 1-17-44157-ess

Chapter: 7

## CERTIFICATION OF SERVICE

1. I, SEAN M. MURRAY:

   ☒ am the Petitioner in this case and am representing myself.

2. On Friday, February 23, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   REDACTED LOSS MITIGATION REQUEST - BY DEBTOR
   (PROPOSED) LOSS-MITIGATION ORDER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: Friday, February 23, 2018      Signature: *SEAN M. MURRAY*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L.<br>BANKRUPTCY DEPARTMENT<br>6409 CONGRESS AVE, SUITE 100<br>BOCA RATON, FL 33487 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Email PDF |