Case 1-17-44157-ess Doc 38 Filed 02/23/18 Entered 02/23/18 15:33:14

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| February 23, 2018 2:54:49 PM EST | 212 766 0938 | 60 | 2 | Received |

02/23/2018  14:53    212-766-0938              FEDEX OFFICE      0883                    PAGE 01

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:    SEAN M. MURRAY

Chapter  7

Case No. 1-17-44157-ess

Debtor(s)
-----------------------------------------------------------x

## LOSS-MITIGATION ORDER

[X] A Loss Mitigation Request was filed by the debtor on *[Date]* __January 22__, 20__18__.

[ ] A Loss Mitigation Request was filed by a creditor on *[Date]* _____, 20____.

[ ] The Court raised the possibility of loss mitigation, and the parties have had notice and an opportunity to object.

Upon the foregoing, it is hereby

**ORDERED**, that the following parties (the "Loss Mitigation Parties") are directed to participate in the Loss Mitigation Program:

1. The Debtor
2. NATIONSTAR MORTGAGE LLC __d.b.a. MR. COOPER__, the Creditor with respect to __35-21 79TH ST. APT 4E__ *[describe Loan and/or Property]*. JACKSON HEIGHTS, NEW YORK 11372
3. *[Additional parties, if any]* __SPECIALIZED LOAN SERVICING, LLC__

It is further **ORDERED**, that the Loss Mitigation Parties shall comply with the Loss Mitigation Procedures annexed to this Order; and it is further

**ORDERED**, that the Loss Mitigation Parties shall observe the following deadlines:

1. Each Loss Mitigation Party shall designate contact persons and disclose contact information by *[suggested time is 7 days]*, unless this information has been previously provided. As part of this obligation, **a Creditor shall furnish each Loss Mitigation Party with written notice of the name, address and direct telephone number of the person who has full settlement authority**.

2. Each Creditor that is a Loss Mitigation Party shall contact the Debtor within **14 days of the date of this Order.**

---
1. All capitalized terms have the meaning defined in the Loss Mitigation Procedures

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re: SEAN M. MURRAY

Case No.: 1-17-44157-ess

Chapter: 7

## CERTIFICATION OF SERVICE

1. I, SEAN M. MURRAY.:

    ☑ am the Petitioner in this case and am representing myself.

2. On Friday, February 23, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    REDACTED LOSS MITIGATION REQUEST - BY DEBTOR
    (PROPOSED) LOSS-MITIGATION ORDER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: Friday, February 23, 2018     Signature: SEAN M. MURRAY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. BANKRUPTCY DEPARTMENT 6409 CONGRESS AVE, SUITE 100 BOCA RATON, FL 33487 | Attorney for Creditor | ☐ Hand-delivered ☑ Regular mail ☐ Certified mail/RR ☐ Email PDF |