UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In Re:   SEAN M. MURRAY                    Chapter    7

                                                                Case No.   1-17-44157-ess

                         Debtor(s)
-------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

    35-21 79TH ST. APT 4E JACKSON HEIGHTS, NEW YORK 11372
*[Identify the Property]*

NATIONSTAR MORTGAGE LLC   xxxxxxx9916; SPECIALIZED LOAN SERVICING LLC xxxxxxx9508
*[Loan Number]*

NATIONSTAR MORTGAGE LLC, 8950 Cypress Waters Blvd, Coppell, TX 75019
*[Creditor's Name and Address]*
d.b.a. MR. COOPER, 8950 Cypress Waters Blvd., Dallas, TX 75019
SPECIALIZED LOAN SERVICING, LLC, 8742 Lucent Blvd STE 300, Highland Ranch, CO 80129

### SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: *Sean M. Murray*   Date: ____February 23____, 2018

Print Name: ____SEAN M. MURRAY____
*[First and Last Name]*

Telephone Number: ____917.330.9284____
*[i.e. 999-999-9999]*

E-mail Address [if any]: ____seanmurray@prodigy.net____

Case 1-17-44157-ess    Doc 36    Filed 02/27/18    Entered 02/27/18 13:42:25

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:   SEAN M. MURRAY                                    Chapter  7

                                                            Case No. 1-17-44157-ess

                                        Debtor(s)
-------------------------------------------------------x

## LOSS-MITIGATION ORDER

[x]   A Loss Mitigation Request was filed by the debtor on *[Date]* __January 22__, 20__18__.

[ ]   A Loss Mitigation Request was filed by a creditor on *[Date]* _____, 20____.

[ ]   The Court raised the possibility of loss mitigation, and the parties have had notice and an opportunity to object.

Upon the foregoing, it is hereby

**ORDERED,** that the following parties (the "Loss Mitigation Parties") are directed to participate in the Loss Mitigation Program:

1.   The Debtor
     NATIONSTAR MORTGAGE LLC
2.   __d.b.a. MR. COOPER__, the Creditor with respect to
     __35-21 79TH ST. APT 4E__ *[describe Loan and/or Property]*.
     JACKSON HEIGHTS, NEW YORK 11372
3.   *[Additional parties, if any]* __SPECIALIZED LOAN SERVICING, LLC__

It is further **ORDERED,** that the Loss Mitigation Parties shall comply with the Loss Mitigation Procedures annexed to this Order; and it is further

**ORDERED,** that the Loss Mitigation Parties shall observe the following deadlines:

1.   Each Loss Mitigation Party shall designate contact persons and disclose contact information by *[suggested time is 7 days]*, unless this information has been previously provided. As part of this obligation, **a Creditor shall furnish each Loss Mitigation Party with written notice of the name, address and direct telephone number of the person who has full settlement authority**.

2.   Each Creditor that is a Loss Mitigation Party shall contact the Debtor within **14 days of the date of this Order.**

---

1. All capitalized terms have the meaning defined in the Loss Mitigation Procedures

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:                                        Case No.
                                              Chapter




                          Debtor(s)
-------------------------------------------------------x

## LOSS MITIGATION FINAL REPORT

Name of Lender: _____

Property Address: _____

Last Four Digits of Account Number of Loan: _____

File Date of Request for Loss Mitigation: ___/___/_____

Date of Entry of Order Granting Loss Mitigation: _____

Date of Entry of Order Approving Settlement *(if any)*: _____

Other Requests for Loss Mitigation in this Case: _____Yes        _____No

*The use of the Court's Loss Mitigation Procedures has resulted in the following (please check the appropriate box below):*

☐   Loan modification.

☐   Loan refinance.

☐   Forbearance.

☐   Short sale.

☐   Surrender of property.

☐   No agreement has been reached.

☐   Other: _____
           _____
           _____
           _____


Dated: _____              Signature: _____

3.      Each Loss Mitigation Party shall make its request for information and documents, if any, within **14 days of the date of this Order**.

4.      Each Loss Mitigation Party shall respond to a request for information and documents within **14 days after a request is made, or 7 days prior to the Loss Mitigation Session, whichever is earlier.**

5.      The Loss Mitigation Session shall be scheduled not later than _____ *[suggested time is within 35 days of the date of the order]*.

6.      The Loss Mitigation Period shall terminate on _____ [suggested time is within 42 days of the date of the date of the order], unless extended as provided in the Loss Mitigation Procedures.

It is further **ORDERED**, that a status conference will be held in this case on _____ *[suggested time is within 42 days of the date of the order]* (the "Status Conference"). The Loss Mitigation Parties shall appear at the Status Conference and provide the Court with an oral Status Report unless a written Status Report that is satisfactory to the Court has been filed not later than 7 days prior to the date of the Status Conference and requests that the Status Conference be adjourned or cancelled; and it is further

**ORDERED**, that at the Status Conference, the Court may consider a Settlement reached by the Loss Mitigation Parties, or may adjourn the Status Conference if necessary to allow for adequate notice of a request for approval of a Settlement; and it is further

**ORDERED**, that any matters that are currently pending between the Loss Mitigation Parties (such as motions or applications, and any objection, opposition or response thereto) are hereby adjourned to the date of the Status Conference to the extent those matters concern (1) relief from the automatic stay, (2) objection to the allowance of a proof of claim, (3) reduction, reclassification or avoidance of a lien, (4) valuation of a Loan or Property, or (5) objection to confirmation of a plan of reorganization; and it is further.

**ORDERED**, that the time for each Creditor that is a Loss Mitigation Party in this case to file an objection to a plan of reorganization in this case shall be extended until 14 days after the termination of the Loss Mitigation Period, including any extension of the Loss Mitigation Period.

Dated:

BY THE COURT

_____
*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re: SEAN M. MURRAY

Case No.:   1-17-44157-ess

Chapter:   7

## CERTIFICATION OF SERVICE

1. I, SEAN M. MURRAY.:

   ☑ am the Petitioner in this case and am representing myself.

2. On Friday, February 23, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   REDACTED LOSS MITIGATION REQUEST - BY DEBTOR
   (PROPOSED) LOSS-MITIGATION ORDER

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   Friday, February 23, 2018          Signature:   *SEAN M. MURRAY*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ROBERTSON, ANSCHUTZ & SCHNEID, P.L. BANKRUPTCY DEPARTMENT 6409 CONGRESS AVE, SUITE 100 BOCA RATON, FL 33487 | Attorney for Creditor | ☐ Hand-delivered ☑ Regular mail ☐ Certified mail/RR ☐ Email PDF |

| Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>US Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other |
| --- | --- | --- |
| SPECIALIZED LOAN SERVICING, LLC<br>8742 Lucent Blvd STE 300<br>Highland Ranch, CO 80129 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Gross Polowy LLC<br>1775 Wehrle Drive, Suite 100<br>Williamsville, New York 14221 | Attorney for Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Robert A. Gavin, Jr.<br>Clerk of the Bankruptcy Court<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11291-1800 | Clerk of the Bankruptcy Court | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CHAMBERS FAX<br>347-394-1865 |

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/23/2018 14:54
NAME    : FEDEX OFFICE      0883
FAX     : 212-766-0938
TEL     : 212-766-4646
SER.#   : U63314K4J810659
```

```
DATE,TIME              02/23  14:53
FAX NO./NAME           13473941865
DURATION               00:00:51
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
```

TRANSMISSION VERIFICATION REPORT

```
TIME    : 02/23/2018 14:51
NAME    : FEDEX OFFICE      0883
FAX     : 212-766-0938
TEL     : 212-766-4646
SER.#   : U63314K4J810659
```

```
DATE,TIME              02/23 14:50
FAX NO./NAME           13473941865
DURATION               00:01:14
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
```