**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271-C Cadman Plaza East, Suite 1595
Brooklyn, New York 11201-1800

IN RE:                                                                                         Case No. 1-17-44157-ess

                                                                                                      Chapter 7

Sean M Murray

                                                    Debtor

### REQUEST TO PLACE A RESTRICTION ON A FILED DOCUMENT(s) and/or CLAIM(s)

The Clerk's Office requests that the Court determine if access to Document(s) No. 30 filed in CM/ECF should be restricted.

The document or claim contains:

- [✔] Personal identifiers as set forth in Bankruptcy Rule 9037
    - Social Security Number
    - Taxpayer Identification Number
    - Birth Date
    - The name of an individual, other than the debtor, known to be and identified as a minor
    - Financial Account Number
- [ ] Trade Secrets
- [ ] Confidential Research, Development or Commercial Information
- [ ] Scandalous or Defamatory Matter
- [ ] Other:

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

- [✔] The Clerk's Office is directed to restrict access to the document.

- [✔] The filer is ordered to re-file the document together with all attachments, **redacted** as required by Bankruptcy Rule 9037, on or before March 7, 2018.

- [ ] The Clerk's Office is directed not to restrict access to the document for the following reason(s):



**Dated: Brooklyn, New York**
**February 28, 2018**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**