UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:                                                          **<u>NOTICE OF APPEARANCE</u>**

Sean M. Murray                                         Case No.: 17-44157-ess
                                                                   (Chapter 7)

               Debtor.
                                                                   Assigned to:
                                                                   Hon. Elizabeth S. Stong
_____      Bankruptcy Judge


       PLEASE TAKE NOTICE, that the undersigned hereby appears on behalf of Specialized Loan Servicing in the within proceeding with regard to its interest in the property known as 3521 79th Street, Unit 4E, Jackson Heights, NY 11372.

       Please send copies of all Notices and all papers filed in the case to the undersigned.  Further, please add our firm to the mailing matrix.

DATED:    March 1, 2018
             Williamsville, New York

                       Yours,
                       GROSS POLOWY, LLC
                       Attorneys for Specialized Loan Servicing



                       Ehret Anne Van Horn, Esq.
                       Gross Polowy, LLC
                       1775 Wehrle Drive, Suite 100
                       Williamsville, NY 14221
                       Telephone (716)204-1700

TO:
   Sean M. Murray             Pro-Se
   PO Box 1110
   Albany, NY 12201

By ECF:

   Clerk, United States Bankruptcy Court
   Eastern District Of New York

   Richard J. McCord, Esq.    Chapter 7 Trustee