

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

March 6, 2018

Sean M. Murray
P.O.Box 1110
Albany, NY 12201

| | |
|---|---|
| Re: | Sean M Murray |
| Property: | 3521 79th Street, Unit 4E, Jackson Heights, NY 11372 |
| Lender/Servicer: | Specialized Loan Servicing LLC |
| Case No. | 17-44157-ess |
| Loan No. | …9508 |

Dear Mr. Murray:

    My firm represents Specialized Loan Servicing LLC .regarding the above referenced property.

    This letter is to inform you, as per the Servicer, the instant loan is a Freddie Mac loan, and in relation to this loan, the Servicer does not need financial information for a loan modification review.

    The Servicer shall review the file and advise as to the result. If there are any questions, please feel free to contact me directly at (716)-253-6200.

Very truly yours,

By:   /s/: Deborah Turofsky, Esq.