UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

Sean M Murray

           Debtor

**AFFIDAVIT OF SERVICE**

Case No.: 17-44157-ess
(Chapter 7)

Assigned to:
Hon. Elizabeth S. Stong
Bankruptcy Judge

STATE OF NEW YORK     )
COUNTY OF ERIE        ) SS:
CITY OF BUFFALO      )

Mia Daphene Ubiles, being duly sworn, deposes and says that he/she is over eighteen years of age and resides in the Tonawanda, New York.

That on March 6, 2018, deponent served the within Letter in Leiu of a Request for Documents by depositing a true copy thereof, properly enclosed in a securely closed and duly post paid wrapper in a depository regularly maintained by the United States Postal Service in the City of Buffalo, New York, directed as follows:

Sean M Murray        Debtor
PO Box 1110
Albany, NY 12201

                                                        Mia Daphene Ubiles
                                                        Legal Assistant

Sworn to before me this the 6th day
of March, 2018.

Jaime L. Sutter
Notary Public

                                                     JAIME L. SUTTER
                                        NOTARY PUBLIC, STATE OF NEW YORK
                                             QUALIFIED IN ERIE COUNTY
                                        My Commission Expires June 1, 2019