```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                          Case No. 17-44157-ess
Sean M Murray                                                   Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1          User: cteutonic             Page 1 of 1             Date Rcvd: Mar 22, 2018
                              Form ID: pdf000             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db             +Sean M Murray,    PO Box 1110,    Albany, NY 12201-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
      Barbara Whipple    on behalf of Creditor    Nationstar Mortgage LLC bwhipple@rasflaw.com
      Deborah Turofsky    on behalf of Creditor    Specialized Loan Servicing turofskylaw@yahoo.com
      Ehret Anne Van Horn    on behalf of Creditor    Ditech Financial LLC ecfnotices@grosspolowy.com,
      evanhorn@grosspolowy.com
      Ehret Anne Van Horn    on behalf of Creditor    Specialized Loan Servicing
      ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com
      Miriam Joy Rosenblatt    on behalf of Creditor    Nationstar Mortgage LLC mrosenblatt@rasflaw.com,
      bkyecf@rasflaw.com;ras@ecf.courtdrive.com
      Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
      Richard J McCord    on behalf of Trustee Richard J. McCord rmccord@certilmanbalin.com,
      afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certilmanbalin.com
      Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
      afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com
      Richard J. McCord    rmccord@cbah.com,
      afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.com
                                                                                                             TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                    Chapter: 7

SEAN M. MURRAY                                              Case No: 17-44157-ess

                              Debtor.
--------------------------------------------------------X

**ORDER SCHEDULING HEARING
ON APPLICATION FOR AN ORDER TO SHOW CAUSE**

        WHEREAS, on August 10, 2017, Sean M. Murray filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

        WHEREAS, on March 20, 2018, the Debtor filed an application for an order to show cause requesting the Court hold Nationstar Mortgage LLC and Specialized Loan Servicing LLC in contempt for violation of the automatic stay, among other things, with respect to a scheduled and subsequently cancelled auction sale of 35-21 79th Street, Apartment 4E, Jackson Heights, New York 11372 (the "OSC Application").

        NOW, THEREFORE, it is hereby

        ORDERED, that the Court will hold a hearing on the OSC Application and the relief requested therein on April 5, 2018, at 3:00 p.m. before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

        ORDERED, that the Debtor is directed to serve a copy of this Order and the OSC Application on which it is based by March 29, 2018, by first class mail upon the Chapter 7 Trustee, Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554, and Miriam Rosenblatt, Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487, and Ehret Anne Van Horn, Esq., Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221 and to

file a certificate of service by March 30, 2018, and such service shall be deemed good and sufficient; and it is further

ORDERED, that opposition to the OSC Application may be served and filed to be received by April 4, 2018 at 12:00 p.m.; and it is further

**ORDERED, that in order to obtain information about proceeding pro se, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, between 9:00 a.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday, at (347) 394-1738, and the Debtor may visit the Pro Se Law Clerk's office in person, in Room 1591, U.S. Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, 11201, between 9:00 a.m. and 12:00 p.m., and between 1:00 p.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday.**



**Dated: Brooklyn, New York**
**March 22, 2018**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Sean M Murray
PO Box 1110
Albany, NY 12201

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Miriam Rosenblatt,
Robertson, Anschutz & Schneid, P.L.
Bankruptcy Department
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

Ehret Anne Van Horn, Esq.,
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221