| UNITED STATES BANKRUPTCY COURT |
| EASTERN DISTRICT OF NEW YORK |

In Re: SEAN M. MURRAY

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 MAR 27  A 11: 46

RECEIVED/MR

Case No.: 1-17-44157-ess

Chapter: 7

## CERTIFICATION OF SERVICE

1. I, SEAN M. MURRAY.:

    ☑ am the Petitioner in this case and am representing myself.

2. On Friday, March 23, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    ORDER SCHEDULING HEARING ON APPLICATION FOR AN ORDER TO SHOW CAUSE
    APPLICATION IN SUPPORT OF AN ORDER TO SHOW CAUSE

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  Friday, February 23, 2018           Signature: SEAN M. MURRAY

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Richard J. McCord<br>Certilman Balin Adler & Hyman<br>90 Merrick Avenue<br>East Meadow, NY 11554 | Chapter 7 Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Email PDF |

| Robert A. Gavin, Jr.<br>Clerk of the Bankruptcy Court<br>271-C Cadman Plaza East, Suite 1595<br>Brooklyn, NY 11291-1800 | Clerk of the Bankruptcy Court | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Email PDF |
|---|---|---|
| Miriam Rosenblatt,<br>Robertson, Anschutz & Schneid, P.L.<br>Bankruptcy Department<br>6409 Congress Avenue, Suite 100 Boca Raton, Florida 33487 | Attorney for Nationstar Mortgage LLC | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Ehret Anne Van Horn, Esq.,<br>Gross Polowy, LLC<br>1775 Wehrle Drive, Suite 100<br>Williamsville, NY 14221 | Attorney for Specialized Loan Servicing, LLC | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ Other |