

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

March 29, 2018

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Sean M Murray
Case No.    17-44157-ess
Loan No.    ...9508

Dear Hon. Elizabeth S. Stong,

    Please allow this letter to serve as a written status report, submitted on behalf of Specialized Loan Servicing LLC (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

    The debtor was approved for a trial payment plan with payments beginning April 1, 2018 through June 1, 2018. Our office is awaiting confirmation if the debtor will be accepting.

    If there are any questions, please feel free to contact me directly at 716-253-6200.

Very truly yours,

By:    /s/:  Deborah Turofsky, Esq.

cc.    Sean M Murray
       PRO SE