CLERK
U.S. BANKRUPT**UNITED** STATES BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
**Eastern District of New York**

2018 APR -5 P 1: 26

In Re:  RECEIVED                        Case No.: 1-17-44157-ess

SEAN M. MURRAY                          Chapter: 7 Judge: Elizabeth S. Stong

## REPLY TO AFFIRMATION SEEKING ADJOURNMENT
## OF ENTRY OF ORDER TO SHOW CAUSE

SEAN M. MURRAY, Debtor Pro Se, submits the following in reply to the AFFIRMATION
SEEKING ADJOURNMENT OF ENTRY OF ORDER TO SHOW CAUSE filed by Specialized
Loan Servicing LLC, (hereinafter "SLS"):

1. Debtor has sustained significant damages in relation to the February 13, 2018 Notice of Sale
   issued by GROSS POLOWY LLC ("GP") on behalf of SLS and NATIONSTAR
   MORTGAGE LLC ("Nationstar") on account of harassment from predatory third party calls,
   mailings and other interest in the unit resulting from legal advertising of the scheduled
   auction and the time, trouble, pain and suffering involved in attempting to inform oneself
   about proceeding pro se on short notice in a complicated legal situation, and determining
   what steps to take urgently in relief.

2. Having two different parties attempting to foreclose on a property with a debt that was paid
   in full before the Bankruptcy petition was filed, according to the bank's correspondence with
   the New York Department of Financial Services (Attached as Exhibit 1a-d), and with a
   successor servicer attempting foreclosure while the property is subject to the Bankruptcy
   Court's Loss Mitigation Program with the former servicer, before the first scheduled Loss
   Mitigation hearing, is conduct so desperate and egregious in nature that any reasonable
   person would suffer significant emotional harm as a result.

3. SLS, by and through their Attorneys GP, attempted to collect a discharged and paid in full
   debt with their February 13, 2018 Notice of Sale (attached as an exhibit to the March 20,
   2018 Motion for Sanctions and Application for Order to Show Cause at docket no. 43), also
   threatening to auction property subject to the Order Directing Loss Mitigation dated
   February 23, 2018 (docket no. 34).

4. The Order Directing Loss Mitigation was issued after Nationstar requested adjournment of
   the January 30, 2018 hearing on their December 13, 2017 Motion for Relief from Stay
   (docket no. 26), on account of the Debtor's Request to Enter Loss Mitigation dated January
   22, 2018 (docket no. 30).

5. SLS claims transfer of servicing from Nationstar of the subject loan occurred December 18, 2017. Nationstar's Motion for Relief from Stay is dated December 13, 2017. Nationstar attended the January 30, 2018 hearing on their motion as real party in interest without mention or giving notice to the Court or the Debtor of the December 18, 2018 transfer of servicing. Nationstar appeared through Counsel prepared to argue the errors in the motion regarding the Debtor's equity in the unit, as alleged in the January 22, 2018 Objection to Motion for Relief (docket no. 31), until Judge Stong notified Counsel of the Debtor's Request for Loss Mitigation (docket no. 30). Counsel then moved for adjournment of the Relief from Stay hearing for the April 5, 2018 3pm Loss Mitigation hearing.

6. Whereas GP represented Nationstar in the foreclosure attempt prior to the Debtor's filing of the Bankruptcy Court petition, and were made aware of the petition at the time of filing with Nationstar's counsel filing a Notice of Appearance August 24, 2017, their actions and conduct are willful and were taken with full knowledge of the Bankruptcy Court Order regarding Loss Mitigation, the Automatic Stay, the Discharge Injunction and pending hearing on Loss Mitigation scheduled for April 5, 2018, when they issued the Public Auction Notice of Sale.

7. GP issued the Notice of Sale on behalf of SLS, which had recorded a UCC-3 assignment with a incorrect property address and legal description in the chain from HSBC to Nationstar to SLS, as a secured party to a UCC-1 financing statement with non-existent collateral. (Attached as Exhibits 2b-c, and explained in more detail in the Debtor's Objection to the Motion for Relief, dated January 22, 2018 at docket no. 31)

8. This would call into question both Nationstar's standing and participation at the January 30, 2018 hearing on Relief from Stay as the real party in interest and the assignment of collateral March 3, 2018 (Attached as Exhibits 5a-d) to SLS, despite SLS's February 13, 2018 PUBLIC AUCTION NOTICE OF SALE referencing Nationstar as having rights as the "holder of the security".

9. Debtor subsequently sent notice of the pending Loss Mitigation hearing to SLS and GP, resulting in the Notice of Appearance and Request for Notice Filed March 6, 2018 by Ehret Anne Van Horn on behalf of Specialized Loan Servicing (docket no. 40).

10. Debtor called Attorney Deborah Turofsky of GP, per the contact information in the Letter in Lieu of a Request for Documents (docket no. 41) filed March 6, 2018 on behalf of SLS, regarding the scheduled auction resulting in the email confirming cancellation of the auction attached as an exhibit to Debtor's March 20, 2018 Motion for Contempt (docket no. 43).

11. Debtor continued to receive harassing phone calls regarding the scheduled auction from parties claiming to want to "help", leaving a feeling of concern the auction might "accidentally" proceed, especially in light of the negative impression left by the many troubling issues with the servicing of the subject loan.

12. The most recent Qualified Written Request ("QWR"), previous requests for information, notices of error and the requests pursuant to Loss Mitigation on Nationstar and SLS have gone either unanswered or unaddressed, although SLS makes mention of their intention to respond via the "judicial process" in their response to a complaint to the Consumer Financial Protection Bureau ("CFPB"), (Attached as Exhibits 6a-b)

13. If the court were to adjourn the hearing on the Application for an Order to Show Cause, the Debtor would potentially have to contend with another scheduled auction of the property due to the threatened rescission of SLS's Trial Modification Plan Offer upon it's expiration on April 1, 2018. Without a determination by the Court and sanctions to enjoin the parties from taking similar actions the Debtor could be required to petition the court again for relief.

14. The fact that the rescission of the Trial Plan is scheduled intentionally before the Loss Mitigation Session and hearing on contempt and sanctions that SLS and Nationstar have asked the court to adjourn without production of the required and requested documents and information or the appointment of a party authorized to settle on behalf of SLS or Nationstar, casts doubt on the parties' good faith participation and prejudices the Debtors ability to meaningfully participate in any discussion, negotiation or settlement of the Debtor's claims and concerns through the Loss Mitigation Program.

15. Deborah Turofsky of GP on behalf of SLS called SEAN M. MURRAY on March 26, 2018 at 2:55pm EST. The call lasted 46 minutes. Among the things discussed were: the lack of response(s) to previously submitted QWR(s), Notice(s) of Error(s), or Request(s) for Information with Nationstar and SLS; the status of response to requested information in the February 24, 2018 QWR in consideration of GENERAL ORDER #582, LOSS MITIGATION PROGRAM PROCEDURES, VIII. LOSS MITIGATION PROCESS, A. INITIAL CONTACT, 3. Exchange of Information (and documents requested by the debtor); the August 10, 2017 payoff as referenced by Nationstar in correspondence to the New York Department of Banking and Chapter 7 Trustee McCord's Withdrawn Application for rule 2004 Examination; prior parties in interest: HSBC MORTGAGE CORPORATION, HSBC BANK (USA) N.A., PHH MORTGAGE CORPORATION, and MORTGAGE SERVICE CENTER ("HSBC") correspondence to the New York Attorney General's Office regarding the debtor's complaint and HSBC's acknowledgement of ceasing or canceling the account instead of offering a direct response to the complaint; and whether Attorney Turofsky was appointed the party with settlement authority for SLS/Nationstar pursuant to GENERAL ORDER #582, LOSS MITIGATION PROGRAM PROCEDURES VIII(D).

16. On March 27, 2018 the debtor emailed Attorney Turofsky a response in confirmation of receipt of her March 26, 2018 email referencing SLS's proposed Trial Modification Plan dated March 13, 2018.

17. Other than the email copy attached to Attorney Turofsky's March 26, 2018 email, the debtor has not been served the Trial Modification Plan via USPS at the Debtor's mailing address for service of process. This may be a result of the fact that the attached exhibits to the

Affirmation seeking Adjournment contain documents referencing the loan account mailing address for the Trial Modification Plan as 28 East Main Street, Suite 1800, Rochester NY 14614-1936. This is the same address as Counsel for HSBC in response to the previously mentioned Attorney General complaint, David Case of Fein, Such and Crane, LLP, and Relin, Goldstein & Crane, LLP, http://www.feinsuchcrane.com/attorneys/david-p-case/, https://www.rgcattys.net/attorneys/david-case/, who apparently sold the canceled or ceased account to Nationstar more than a year after the Attorney General Complaint. Nationstar's documents similarly contain PHH MORTGAGE CORPORATION's ("HSBC") address of 1 Mortgage Way, Mount Laurel, NJ, 08054, on all of the GP supplied documentation and evidence pertaining to Nationstar's attempt to foreclose and in response to QWRs and other requests for information or verification, validation or substantiaton. All documents pertaining to servicing the loan account feature a mailing address that indicates HSBC cancelled the account and/or sold an account with an address associated with HSBC or their Attorneys, agents or servicers. (Attached as Exhibits 7a-j)

18. The 1 Mortgage Way, Mount Laurel, NJ 08054 address is also associated with the Debtor's taxpayer ID and information that were used together to apply for a Loan Officer license from the Arkansas Securities Department according to the Professional License Records section contained in the LexisNexis Risk Solutions Bureau LLC ("LexisNexis") Benefit Assessment Consumer Disclosure August 22, 2017 report. (Attached as Exhibits 8a-b)

19. Debtor has provided an email address for a point of contact in the Loss Mitigation Program communications and did not intend to consent to service of process by email without access to the court's electronic filing system.

20. For all of the foregoing reasons, taking into consideration the course of negligence described herein with disregard to the rights of the borrower, the Debtor respectfully requests that this Court not adjourn the entry of an order to show cause or the hearing on sanctions and contempt of court for violation of the automatic stay and discharge injunction.

Executed Wednesday, April 4, 2018

By: SEAN M. MURRAY

SEAN M. MURRAY

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK | | |
|---|---|---|
| In Re: | Case No.: | 1-17-44157-ess |
| SEAN M. MURRAY | Chapter: | 7 |

## CERTIFICATION OF SERVICE

The undersigned certifies that onThursday, April 5, 2018, a copies of the annexed papers: REPLY TO AFFIRMATION SEEKING ADJOURNMENT OF ENTRY OF ORDER TO SHOW CAUSE; were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554

2. Robert A. Gavin, Jr., Clerk of the Bankruptcy Court
   271-C Cadman Plaza East, Suite 1595
   Brooklyn, NY 11201-1800

3. Miriam Rosenblatt, Attorney for Nationstar Mortgage LLC
   Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
   6409 Congress Avenue, Suite 100
   Boca Raton, Florida 33487

4. Ehret Anne Van Horn, Esq., Attorney for Specialized Loan Servicing, LLC
   Gross Polowy, LLC
   1775 Wehrle Drive, Suite 100
   Williamsville, NY 14221

Dated: Thursday, April 5, 2018

By: _SEAN M MURRAY_
SEAN M. MURRAY

**mr. cooper**

CHANGING THE FACE OF HOME LOANS

8950 Cypress Waters Blvd.
Dallas, TX 75019

Exhibit 1a

e

OUR INFO
ONLINE
www.mrcooper.com

Bonnie Filip
New York State
Department of Financial Services
One State Street Plaza
New York, NY 10004

August 22, 2017

**MORTGAGOR:** Sean Murray
**LOAN NUMBER:** ▉▉▉▉9916
**CASE NUMBERS:** LB-08-17-07067
                            LB-08-17-07291
**REFERENCE NUMBER:** BKM-2017-1215890
**PROPERTY ADDRESS:**
3521 79th Street, 4E
Jackson Heights, NY 11372

Dear Bonnie Filip,

Thank you for reaching out to us. We received your correspondence on August 8, 2017, and Mr. Murray's correspondence on August 10, 2017. We have looked into his concerns and have updates for you.

Our records reflect the above referenced account transferred to us on October 16, 2016. As such, we are unable to attest to the actions of HSBC, PHH Mortgage Corp, or the attorney office of Fein, Such and Crane, LLP. Our records reflect correspondence was received by our foreclosure firm Gross Polowy, LLC (Gross Polowy). They have previously responded to Mr. Murray's claims. Their response dated July 13, 2017, Gross Polowy provided Mr. Murray the endorsed copy of the Note and the Loan Security Agreement Mr. Murray signed at closing, as well as the UCC Financing Assignment. As HSBC was the original creditor of the loan, we cannot comment on any concerns Mr. Murray may have with them. If he has additional concerns regarding the origination of the loan, he will need to contact HSBC for assistance.

Moreover, Gross Polowy also responded to Mr. Murray's additional concerns on August 2, 2017, at which time he was provided a copy of the Note and Loan Security Agreement dated March 20, 2008, that he signed and promised to pay $195,600.00 and pledged 439 shares of common stock in 35-21 79th Street Corp. and all rights, interest and title in a proprietary lease for a co-op unit in a building known as 35-21 79th Street, Unit 4E, Jackson Heights, NY 11372. Gross Polowy's letter also explained that the above referenced mortgage is in default and that he had not disputed the default under an installment of the debt. Gross Polowy provided all appropriate default notices in accordance with New York State law that were sent to Mr. Murray. However, our records do not reflect we have received any evidence to substantiate any claims asserted by Mr. Murray regarding any egregious violation of federal or New York State debt collection procedure, the Real Estate Settlement Procedures Act

Mr. Cooper is simply a new brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this correspondence shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.



EQUAL HOUSING
OPPORTUNITY



CHANGING THE FACE OF HOME LOANS

Exhibit 1b

(RESPA), the Truth in Lending Act (TILA), false or misleading statements, simulations of legal or judicial process, or any unethical or professional misconduct.

Because Mr. Murray seeks information substantially similar to information previously requested, for which we provided a response, we have included the previous responses sent to Mr. Murray and are providing the below information regarding his additional concerns.

Our records do not reflect any error regarding the information provided to him in the subject phone calls. Please note that a payoff request may not be completed in the same day, as we must request the appropriate fees and costs so that a correct Payoff Statement can be calculated. As such, our records reflect a Payoff Statement was provided to Mr. Murray on August 7, 2017, as well as enclosed in our previous responses mentioned above.

As advised above, Gross Polowy's response to Mr. Murray on August 2, 2017, responded to all of his concerns regarding the foreclosure file and notices that have been sent to him under New York State law. As such, we must refute all allegations asserted within his correspondence. Our records reflect we are appropriately servicing the account in accordance with New York State law. Please note all previous responses are enclosed for your records.

Upon receipt of this correspondence, the above mentioned loan and related documents were reviewed and found to comply with all state and federal guidelines that regulate them. As such, the above mentioned loan will remain active and continue to be serviced appropriate to its status. Any failure to adhere to the terms of the mortgage will result in our pursuing remedies, including but not limited to, foreclosure.

Upon further review, Mr. Murray filed a voluntary petition under a Chapter 7 Bankruptcy on August 10, 2017. As such, the foreclosure has been placed on hold and the scheduled foreclosure sale date has been removed. Our records further reflect that a short payoff of $238,176.42 was received on August 15, 2017. It was determined that the above amount received was $309.78 short of a full payoff. Please note that a full payoff must be received in order to apply the funds to the account. As such, please note the $238,176.42 is being returned. A Transaction History is enclosed for review.

As of the date of this letter, the account is contractually due for the September 1, 2014 pre-petition installment. I was unable to identify any error regarding the above matter. As such, I have included the documents used in my review for your records.

Our records indicate Federal Home Loan Mortgage Corporation (Freddie Mac) is the current owner of the loan. We have provided the contact information below:

Freddie Mac
8200 Jones Branch Drive
McLean, VA 22102
1.800.373.3343

Please note that Mr. Cooper is the servicer of the loan and will be responsible for responding to any concerns regarding the servicing of the loan. Servicing matters include but are not limited to the following:

- Payment assistance and modifications
- Payment posting



CHANGING THE FACE OF HOME LOANS

Exhibit 1c

- Validation of the debt
- Foreclosure proceedings
- Payment adjustments

Please direct any communication related to these matters to us using the contact information below. Please note Freddie Mac will not be able to assist with any of these matters.

At Mr. Cooper, customer concerns are important to us. Since the foreclosure has been placed on hold, we can work with Mr. Murray on a resolution for issues that affect his ability to voluntarily make timely mortgage installments, whether the challenges are temporary or long-term.

If Mr. Murray intends to pay off the above loan, he can send in the full payoff amount by wire transfer or cashier's check using the information provided on the Payoff Statement. However, the enclosed Payoff Statement was only good through August 10, 2017. Mr. Murray will either need to send in the additional amount due or he can contact his Dedicated Loan Specialist, Kasey Sides, and request an updated Payoff Statement. Ms. Sides can be reached at 903.686.2532 or via mail at PO Box 610790, Dallas, TX 75261. If Mr. Murray has any general questions, he can contact our Bankruptcy Department at 1.8877.343.5602. Our hours of operation are Monday through Friday from 8 a.m. to 6 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Sincerely,

Chandler Williams
Customer Relations Specialist
Mr. Cooper
PO Box 619098
Dallas, TX 75261-9741
Phone: 469.549.3481
Fax: 972.966.4751
E-mail: Chandler.Williams@MrCooper.com

Enclosures 18
By E-mail Bonnie.Filip@dfs.ny.gov
cc: Sean Murray



Exhibit 1d

**Hawaii Residents: If you believe a loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or http://cca.hawaii.gov/dfi/.**

**New York Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the New York City Department of Consumer Affairs License Number: 1392003. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

**New York Residents Income Disclosure:** If a creditor or debt collector receives a money judgment against you in court, state and federal laws may prevent the following types of income from being taken to pay the debt: supplemental security income (SSI); social security; public assistance (welfare); spousal support, maintenance (alimony) or child support; unemployment benefits; disability benefits; workers' compensation benefits; public or private pensions; veterans' benefits; federal student loans, federal student grants, and federal work study funds; and ninety percent of your wages or salary earned in the last sixty days.

**Oregon Residents:** There are government agencies and nonprofit organizations that can give you information about foreclosure and help you decide what to do. For the name and telephone number of an organization near you, please call 211 or visit www.oregonhomeownersupport.gov. If you need help finding a lawyer, consult the Oregon State Bar's Lawyer Referral Service online at www.oregonstatebar.org or by calling 503-684-3763 (in the Portland metropolitan area) or toll-free elsewhere in Oregon at 800-452-7636. Free legal assistance may be available if you are very low income. For more information and a directory of legal aid programs, go to www.oregonlawhelp.org.

**North Carolina Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed by the North Carolina Commissioner of Banks, Mortgage Lender License L-103450. Nationstar Mortgage LLC d/b/a Mr. Cooper is also licensed by the North Carolina Department of Insurance, Permit Numbers 105369, 112715, 105368, 111828, 112953, and 112954. **If you believe a Loss Mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website www.nccob.gov.**

**Texas Residents:** COMPLAINTS REGARDING THE SERVICING OF A MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.



| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. |  |

**2008022701302001002EBF3E**

## RECORDING AND ENDORSEMENT COVER PAGE                    PAGE 1 OF 3

| Document ID: 2008022701302001 | Document Date: 02-27-2008 | Preparation Date: 02-28-2008 |
|---|---|---|
| Document Type: INITIAL COOP UCC1 | | COOPERATIVE WITH ADDENDUM |
| Document Page Count: 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| TITLEVEST AGENCY, INC | TITLEVEST AGENCY, INC |
| 44 WALL STREET | 44 WALL STREET |
| 10TH FLOOR | 10TH FLOOR |
| NEW YORK, NY 10005 | NEW YORK, NY 10005 |
| 212-757-5800 | 212-757-5800 |
| nicole@titlevest.com | nicole@titlevest.com |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 1279 | 58 | Entire Lot | 4E | 35-21 79TH STREET |

Property Type: SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN_____ *or* Document ID_____ *or* _____ Year_____ Reel ___ Page _____ *or* File Number_____

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| SEAN MURRAY | HSBC MORTGAGE CORPORATION (USA) |
| 35-46 74TH STREET, APT. 226 | 2929 WALDEN AVENUE |
| JACKSON HEIGHTS, NY 11372 | DEPEW, NY 14043-2602 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 40.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE
OF THE CITY REGISTER OF THE
CITY OF NEW YORK
Recorded/Filed      03-03-2008 09:58
City Register File No.(CRFN):
**2008000085182**

*Annette M Hill*

*City Register Official Signature*

Exhibit 2b

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER(optional)

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Robert Kaplan, PC
70-20 Austin Street, Suite 100
Forest Hills, NY 11375

1. DEBTOR'S EXACT FULL LEGAL NAME insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| Murray | Sean | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 35-46 74th Street, Apt. 226 | Jackson Heights | NY | 11372 | | USA |
| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | ☐ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME -insert only one debtor name (2a or 2b) -do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) -insert only one party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR HSBC Mortgage Corporation (USA) | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2929 Walden Avenue | Depew | NY | 14043-2602 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL OF THE DEBTOR(S) RIGHT, TITLE AND INTEREST IN AND TO 439 SHARES OF CAPITAL STOCK OF 235-21 79TH STREET TENANTS CORP ("THE SHARES") ALLOCATED TO APARTMENT 4E (THE "APARTMENT") IN THE BUILDING KNOWN AS 35-21 79TH STREET, JACKSON HEIGHTS AND ALL OF THE DEBTOR(S) RIGHT, TITLE AND INTEREST IN THAT CERTAIN PROPRIETARY LEASE BETWEEN 235-21 79TH STREET TENANTS CORP AS LESSOR AND DEBTOR(S), AS LESSEE, (THE "LEASE"), AND ANY SUBSTITUTE, REPLACEMENT AND ADDITIONAL SHARES AND ANY AMENDMENTS TO AND EXTENSIONS OR REPLACEMENTS OF THE LEASE.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON - UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☒ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum (if applicable) | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] (optional) | | | ☐ All Debtors | ☐ Debtor 1 ☐ Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY -- UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Exhibit 2c

## UCC FINANCING STATEMENT COOPERATIVE ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME + PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGEMENT TO: (Name and Address)

Robert Kaplan, PC
70-20 Austin Street, Suite 100
Forest Hills, NY 11375

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 19. Complete EITHER 19a or 19b. | 19a. This COOPERATIVE ADDENDUM [X] accompanies a FINANCING STATEMENT. | 19b. File Number assigned to the initial FINANCING STATEMENT: |
|---|---|---|

20. FIRST DEBTOR OF RECORD: (Complete either 20a or 20b, but not both.)

| 20a. ORGANIZATION'S NAME: | | | |
|---|---|---|---|
| OR 20b. INDIVIDUAL'S LAST NAME: **Murray** | FIRST NAME: **Sean** | MIDDLE NAME: | SUFFIX: |

21. FIRST SECURED PARTY OF RECORD: (Complete either 21a or 21b, but not both.)

| 21a. ORGANIZATION'S NAME: **HSBC Mortgage Corporation (USA)** | | | |
|---|---|---|---|
| OR 21b. INDIVIDUAL'S LAST NAME: | FIRST NAME: | MIDDLE NAME: | SUFFIX: |

22. This COOPERATIVE ADDENDUM covers: (check one.)

[X] One COOPERATIVE INTEREST    [ ] More than one COOPERATIVE INTEREST

23. Unit uses: (Check all that apply.)

[X] Residential    [ ] Commercial    [ ] Parking

[ ] Storage    [ ] Other (if checked, complete 23a.)

23a. Specify other Unit use(s):

**IMPORTANT:**

This COOPERATIVE ADDENDUM is for use when the collateral includes a COOPERATIVE INTEREST.

Only as to collateral which is a COOPERATIVE INTEREST, but not as to other collateral, the initial FINANCING STATEMENT to which this COOPERATIVE ADDENDUM relates shall be effective for 50 years from the date of filing the initial FINANCING STATEMENT.

24. COOPERATIVE UNIT REAL PROPERTY FILING DATA:

24a. ADDRESS NUMBER and STREET: (One only)
**35-21 79th Street**

24b. COMMUNITY (e.g., City, Town, Village or Borough):
**Jackson Heights**

24c. COUNTY:
**Queens**

24d. DISTRICT:

24e. SECTION:

24f. BLOCK:
1279

24g. LOT:
58

24h. UNIT NUMBER(S) or DESIGNATION(S):
**4E**

25. Name of the COOPERATIVE ORGANIZATION:
**235-21 79th Street Tenants Corp**

26. Complete if applicable. (if checked, complete 26a.)

[ ] The purpose of this COOPERATIVE ADENDUM is to SUBORDINATE this security interest to another security interest in the same COOPERATIVE INTEREST.

26a. FILE NUMBER of security interest being given consensual priority:

27. Check if Applicable.

[ ] The security agreement provides for FUTURE ADVANCES.

28. MISCELLANEOUS:

NEW YORK UCC FINANCING STATEMENT COOPERATIVE ADDENDUM (FORM UCC1C1Ad) (REV. 6/14/01)

Exhibit 3a



2013041900853001001E8B00

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

| **Document ID:** 2013041900853001 | Document Date: 04-19-2013 | Preparation Date: 04-19-2013 |
|---|---|---|
| Document Type: UCC3 ASSIGNMENT | | COOPERATIVE |
| Document Page Count: 2 | | |

| **PRESENTER:** | **RETURN TO:** |
|---|---|
| HSBC BANK USA, N.A. | HSBC BANK USA, N.A. |
| 2929 WALDEN AVE | 2929 WALDEN AVE |
| DEPEW, NY 14043 | DEPEW, NY 14043 |
| 800-338-4626 | 800-338-4626 |
| usmortgagedischarge@us.hsbc.com | usmortgagedischarge@us.hsbc.com |

## PROPERTY DATA

| **Borough** | **Block Lot** | | **Unit** | **Address** |
|---|---|---|---|---|
| QUEENS | 1278  27 | Entire Lot  4E | 35-46 | 79TH ST |

**Property Type:** SINGLE RESIDENTIAL COOP UNIT

## CROSS REFERENCE DATA

**CRFN:** 2008000085182

## PARTIES

| **DEBTOR:** | **SECURED PARTY:** |
|---|---|
| SEAN MURRAY | HSBC MORTGAGE CORPORATION USA |
| 35-21 79TH STREET, UNIT 4E | 2929 WALDEN AVE |
| JACKSON HEIGHTS, NY 11372 | DEPEW, NY 14043 |

  x   Additional Parties Listed on Continuation Page

## FEES AND TAXES

| Mortgage | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES:  County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | | |
| NYCTA: | $ | 0.00 | Recorded/Filed        04-26-2013 14:18 | | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | | |
| TOTAL: | $ | 0.00 | **2013000166951** | | |
| Recording Fee: | $ | 40.00 | | | |
| Affidavit Fee: | $ | 0.00 | | | |

*City Register Official Signature*

Exhibit 3b

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER |  |
|---|---|

2013041900853001001C8980

**RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)**    **PAGE 2 OF 4**

**Document ID: 2013041900853001**    Document Date: 04-19-2013    Preparation Date: 04-19-2013
Document Type: UCC3 ASSIGNMENT

**PARTIES**
**NEW SECURED PARTY:**
HSBC BANK USA NA
2929 WALDEN AVE
DEPEW, NY 14043

Exhibit 3c

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Dawn M. Krouenwetter  716-651-6100

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

HSBC Bank USA, N.A.
2929 Walden Avenue
Depew, NY 14043

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☒ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| Recorded: 3/3/2008 CRFN #: 2008000085182 | |

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Give current record name in item 6a or 6b; also give new name (if name change) in item 7a and/or new address (if address change) in item 7c.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7d-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Murray | Sean | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Bank USA, N.A. | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2929 Walden Avenue | Depew | NY | 14043 | USA |

| 7d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HSBC Mortgage Corporation (USA) | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA
Loan #: ▓▓▓▓    County: Queens  Block: 1279 Lot: 58  Unit #: 4E

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)

Exhibit 3d

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

**Recorded: 3/3/2008  CRFN #: 2008000085182**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 12a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| | **HSBC Mortgage Corporation (USA)** | | |
| OR | 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | | |

13. Use this space for additional information

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

Exhibit 4a

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

2016121500476001001EE45C

## RECORDING AND ENDORSEMENT COVER PAGE

PAGE 1 OF 4

| Document ID: **2016121500476001** | Document Date: 12-15-2016 | Preparation Date: 12-15-2016 |
|---|---|---|
| Document Type: UCC3 ASSIGNMENT | | COOPERATIVE WITH ADDENDUM |
| Document Page Count: 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| MISSION CAPITAL ADVISORS LLC | MISSION CAPITAL ADVISORS |
| 1120 S. CAPITAL OF TX HWY BLDG 3 STE 150 | 1120 S CAPITAL OF TEXAS HWY, BLDG 3, STE 150 |
| AUSTIN, TX 78746 | AUSTIN, TX 78746 |
| SUPPORT@SIMPLIFILE.COM | SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | | Unit | Address |
|---|---|---|---|---|---|
| QUEENS | 1279 | 58 | Entire Lot | 4E | 35-21 79TH STREET |

Property Type:  SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

CRFN:    2008000085182

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| SEAN MURRAY | HSBC BANK USA, N.A. |
| 35-21 79TH STREET, UNIT 4E | 2929 WALDEN AVENUE |
| JACKSON HEIGHTS, NY 11372 | DEPEW, NY 14043 |

☒  Additional  Parties  Listed on Continuation  Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | | |
|---|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | | |
| Exemption: | | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | | |
| City (Additional): | $ | 0.00 | | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | | |
| NYCTA: | $ | 0.00 | Recorded/Filed          12-15-2016 16:06 | | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | | |
| TOTAL: | $ | 0.00 | **2016000444774** | | |
| Recording Fee: | $ | 40.00 | | | |
| Affidavit Fee: | $ | 0.00 | *Annette M Hill* | | |

*City Register Official Signature*

Exhibit 4b

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2016121500476001001CE6DC

| **RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION)** | **PAGE 2 OF 4** |
|---|---|

**Document ID: 2016121500476001**   Document Date: 12-15-2016   Preparation Date: 12-15-2016
Document Type: UCC3 ASSIGNMENT

**PARTIES**

**NEW SECURED PARTY:**
NATIONSTAR MORTGAGE LLC
8950 CYPRESS WATERS BLVD
COPPELL, TX 75019

Exhibit 4c

## UCC FINANCING STATEMENT **AMENDMENT**

FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**Debbie Johnston**

B. E-MAIL CONTACT AT FILER (optional)
**djohnston@missioncap.com**

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**Mission Capital Advisors LLC
1120 S. Capital of Texas Hwy, Bldg 3, Ste 150
Austin, TX 78746**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Filer: attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item 13 |
|---|---|
| **2008000085182  Filed 3/3/2008** | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☑ **ASSIGNMENT (full or partial):** Provide name of Assignee in item 7a or 7b, and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment, complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE:**

Check one of these two boxes:                        AND Check one of these three boxes to:

This Change affects ☐ Debtor or ☐ Secured Party of record      ☐ CHANGE name and/or address: Complete item 6a or 6b; and item 7a or 7b and item 7c    ☐ ADD name: Complete item 7a or 7b, and item 7c    ☐ DELETE name: Give record name to be deleted in item 6a or 6b

6. CURRENT RECORD INFORMATION: Complete for Party Information Change - provide only one name (6a or 6b)

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

7. CHANGED OR ADDED INFORMATION: Complete for Assignment or Party Information Change - provide only one name (7a or 7b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **NATIONSTAR MORTGAGE LLC** | | | |
| OR 7b. INDIVIDUAL'S SURNAME | | | |
| INDIVIDUAL'S FIRST PERSONAL NAME | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **8950 CYPRESS WATERS BLVD** | **COPPELL** | **TX** | **75019** | **USA** |

8. ☐ COLLATERAL CHANGE: Also check one of these four boxes:  ☐ ADD collateral  ☐ DELETE collateral  ☑ RESTATE covered collateral  ☐ ASSIGN collateral

Indicate collateral:

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b) (name of Assignor, if this is an Assignment)

If this is an Amendment authorized by a DEBTOR, check here ☐ and provide name of authorizing Debtor

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **HSBC BANK USA, N.A.** | | | |
| OR 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA:
**HSBC #:** ▇▇▇**5176 PHH #:** ▇▇▇▇  **Investor #:** ▇▇▇▇  **Murray**

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT (Form UCC3) (Rev. 04/20/11)

Exhibit 4d

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as Item 1a on Amendment form
**2008000085182  Filed 3/3/008**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME
**HSBC BANK USA, N.A.**

OR

12b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)                    SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **Murray** | **Sean** | | |

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

15. This FINANCING STATEMENT AMENDMENT:

☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

**35-21 79th Street, Unit 4E**
**Jackson Heights, NY 11372**

18. MISCELLANEOUS:
**HSBC #:** ▮▮▮▮▮    **PHH #:** ▮▮▮▮▮    **Investor #:** ▮▮▮▮▮

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev. 04/20/11)

Exhibit 5a

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2018020700211001001ECD74

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 4 |
|---|---|

| Document ID: 2018020700211001 | Document Date: 03-03-2008 | Preparation Date: 02-07-2018 |
|---|---|---|
| Document Type: UCC3 ASSIGNMENT | | COOPERATIVE WITH ADDENDUM |
| Document Page Count: 2 | | |

| PRESENTER: | RETURN TO: |
|---|---|
| NATIONWIDE TITLE CLEARING INC. 2100 ALT 19 NORTH PALM HARBOR, FL 34683 SUPPORT@SIMPLIFILE.COM | NATIONSTAR MORTGAGE LLC C/O NATIONWIDE TITLE CLEARING, INC. 2100 ALT. 19 N ORTH PALM HARBOR, FL 34683 SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| QUEENS | 1279 | 58  Entire Lot | 4E | 35-21 79TH STREET |

Property Type: SINGLE RESIDENTIAL COOP UNIT

### CROSS REFERENCE DATA

**CRFN:** 2008000085182

### PARTIES

| DEBTOR: | SECURED PARTY: |
|---|---|
| SEAN MURRAY 35-46 74TH STREET, APT. 226 JACKSON HEIGHTS, NY 11372 | NATIONSTAR MORTGAGE LLC 4000 HORIZON WAY IRVING, TX 75063 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | | $ 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | | $ 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | | $ 0.00 |
| Spec (Additional): | $ | 0.00 | **RECORDED OR FILED IN THE OFFICE** | |
| TASF: | $ | 0.00 | **OF THE CITY REGISTER OF THE** | |
| MTA: | $ | 0.00 | **CITY OF NEW YORK** | |
| NYCTA: | $ | 0.00 | Recorded/Filed    02-07-2018 10:45 | |
| Additional MRT: | $ | 0.00 | City Register File No.(CRFN): | |
| TOTAL: | $ | 0.00 | **2018000045046** | |
| Recording Fee: | $ | 40.00 | | |
| Affidavit Fee: | $ | 0.00 | *City Register Official Signature* | |

Exhibit 5b

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2018020700211001001CCFF4

| RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION) | | PAGE 2 OF 4 |
|---|---|---|

**Document ID: 2018020700211001**
Document Type: UCC3 ASSIGNMENT

Document Date: 03-03-2008

Preparation Date: 02-07-2018

**PARTIES**

**NEW SECURED PARTY:**
SPECIALIZED LOAN SERVICING, LLC
8742 LUCENT BLVD STE 300
HIGHLANDS RANCH, CO 80129

Exhibit 5c

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Dave LaRose  (800) 346-9152

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Nationwide Title Clearing
2100 Alt 19 North
Palm Harbor, FL 34683
0635159916-002 NSBTA NY Queens
Section: Block: 1279 Lot: 58 Unit: 4E

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☒ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| Instr#: 2008000085182 Date: 03/03/2008 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☒ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable). |
|---|---|---|

6. **CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| MURRAY | SEAN | | |

7. **CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| SPECIALIZED LOAN SERVICING LLC | | | | |
| OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 8742 LUCENT BLVD., STE. 300 | HIGHLANDS RANCH | CO | 80129 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

9. **NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| NATIONSTAR MORTGAGE LLC | | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

10. OPTIONAL FILER REFERENCE DATA:
NTCID: ███████808 State: NY County: Queens Debtor: SEAN MURRAY

**FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)**

Exhibit 5d

# UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)

Instr#: 2008000095182 Date: 03/03/2008

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| 12a. ORGANIZATION'S NAME | | |
|---|---|---|
| NATIONSTAR MORTGAGE LLC | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
| | | |

13. Use this space for additional information

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

Secured Party Address:
8950 CYPRESS WATERS BLVD, COPPELL, TX 75019

Record Owner Name:
235-21 79TH STREET TENANTS CORP.
35-21 79TH STREET
JACKSON HEIGHTS, NY 11372 - USA

Debtor
SEAN MURRAY



Exhibit 6a

8742 Lucent Boulevard ▪ Suite 300 ▪ Highlands Ranch, CO 80129

✆ 800-315-4757
▤ 720-241-7218

March 22, 2018

Sean Murray
28 E. Main St., Ste. 1800
Rochester, NY 14614

Re:    SLS Loan No.:    ████9508
       CFPB Case No.:    180307-2924930
       Property Address:    3521 79th St., 4E
                            Jackson Heights, NY 11372

Dear Mr. Murray,

We are writing in response to a dispute that you filed with the Consumer Financial Protection Bureau ("CFPB") with regard to the servicing of the above-referenced mortgage loan account. We understand that by filing a dispute with the CFPB, you have authorized us to upload a copy of our response to the CFPB website. We further understand that you are requesting the CFPB to assist you with your request for loss mitigation assistance on the account and with your request for a cancellation of a scheduled foreclosure sale.

Specialized Loan Servicing LLC ("SLS") is a third-party mortgage loan servicer. The servicing of the mortgage loan account transferred to SLS on December 18, 2017. At that time, the account was due for the September 1, 2014 contractual monthly payment. For informational purposes, the account is currently due for the September 1, 2014 contractual monthly payment and each consecutive contractual monthly payment due thereafter.

Due to the severity of the delinquency, the account was referred for foreclosure on June 15, 2015. Our records reflect the scheduled foreclosure sale was cancelled.

We understand the account was included in a Chapter 7 bankruptcy that was discharged on December 8, 2017. SLS is obligated under federal bankruptcy law to comply with the requirements of the mandatory discharge injunction. Accordingly, the information contained in this letter is for informational purposes and is not an attempt to collect a debt or impose personal liability with respect to any portion of the debt that may be discharged.

Our records reflect that this account is involved in litigation, including a pending hearing on an Application for an Order to Show Cause that is scheduled for April 5, 2018. As the account is currently involved in litigation, SLS will provide an answer to the alleged issues raised in the correspondence to the CFPB through the judicial process.

Enclosed please find copies of the Note, Security Agreement, and SLS payment history.

In your correspondence, you also requested information concerning the original and current creditor of the loan. That information is below:

       Original Creditor:    HSBC Mortgage Corporation (USA)
                             2929 Walden Avenue
                             Depew, NY 14043

Exhibit 6b



| | |
|---|---|
| Current Creditor: | Federal Home Loan Mortgage Corporation ("FHLMC")<br>8200 Jones Branch Drive<br>McLean, VA 22102 |

As SLS is the servicer of the loan on behalf of the current creditor, correspondence regarding this loan will be handled by SLS.

If you have any additional questions regarding this matter, please contact Executive Services toll free at 1-800-268-9956, Monday through Friday, 6:00 a.m. until 6:00 p.m. MT. SLS accepts calls from relay services on behalf of hearing-impaired borrowers.

Sincerely,

*Sheila*

Sheila ID #23137
Specialized Loan Servicing LLC

Enclosure(s)

cc:   Consumer Financial Protection Bureau

**SPECIALIZED LOAN SERVICING LLC IS REQUIRED BY FEDERAL LAW TO ADVISE YOU THAT THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

**BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT. WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT. IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.**

Exhibit 7a

# FEIN, SUCH & CRANE, LLP

**Northern New York Office**
28 East Main Street, Suite 1800
Rochester, New York 14614
585-232-7400
Direct Fax: 585-756-5201 (Evictions/Contested Litigation) (fax not for service of papers)
Direct Fax: 585-756-5200 (Settlement Conferences) (fax not for service of papers)

August 14, 2015

Sean Murray
35-21 79th Street
Jackson Heights, New York 11372

        Re: Murray, Sean
        Property Address: 35-21 79th Street, Jackson Heights, New York 11372
        Loan Servicer: HSBC Consumer Lending Mortgage Services
        Loan Number: ******5176
        File Number: QPHNC263

Dear Sir or Madam:

      Pursuant to your demand for verification of the debt, below is the current amount due with regard to the above-referenced mortgage. Since this matter was forwarded to our office for legal representation on this matter, there have been additional charges incurred.

      Total amount currently due through August 14, 2015:

| | |
|---|---|
| Principal Balance | $168,282.10 |
| Interest | 10,238.68 |
| Late Charges | 520.65 |
| Insufficient Funds Fee | 20.00 |
| Co-Op Charges Paid | 16,793.81 |
| Attorney Fee | 240.00 |

      Total Amount Due                $196,095.24

      The debt is hereby validated. Additional interest, charges, disbursements and fees recoverable under the Note and/or Mortgage are likely to accrue and/or continue to accrue.

      **Federal Law requires us to notify you that we are acting as a debt collector, in an attempt to collect a debt. All information will be used for that purpose.**
      **If you are currently in a bankruptcy or have received a discharge in bankruptcy as to this obligation, this communication is intended for informational purposes only**

Exhibit 7b

and is not an attempt to collect a debt in violation of the automatic stay or the discharge injunction.

Please be advised that this and any further communication will not stay the proceeding of this action unless notified in writing by lender or its counsel, or unless stayed by operation of law.

Very truly yours,
Fein, Such & Crane, LLP

SEAN MICHAEL MURRAY ESTATE
EXHIBIT "C"
c/o 3521 79TH ST APT 4E
JACKSON HEIGHTS NEW YORK, U.S.A.

Thursday, September 10, 2015

Miranda L. Sharlette, Esq.                          Registered Mail # RE 115 859 867 US
FEIN, SUCH & CRANE, LLP
Attorneys At Law
28 East Main Street, Suite 1800
Rochester, New York 14614

DONALD H. LAYTON                                   Certified Mail # 7014 2870 0002 0398 3190
CEO
FREDDIE MAC
8200 Jones Branch Drive
McLean, VA 22102

PATRICK J. BURKE                                   Certified Mail # 7014 2870 0002 0398 3206
PRESIDENT AND CEO
HSBC BANK U.S.A., NA
1800 Tysons Boulevard
Suite 50
McLean, VA 22101

GLEN A. MESSINA                                    Certified Mail # 7014 2870 0002 0398 3213
PRESIDENT AND CEO
PHH CORPORATION
1 Mortgage Way
Mount Laurel, NJ 08054
3000 Leadenhall Road
Mount Laurel, New Jersey 08054

## NOTICE OF ERROR LOAN/ACCOUNT NUMBER(S) ███1268; ███████176
### NOTICE OF VIOLATIONS OF 15 U.S. Code § 1692g - Validation of debts
#### ORDER TO CEASE AND DESIST DEBT COLLECTION AND ISSUE RELEASE OF OBLIGATION

SEAN MICHAEL MURRAY ESTATE
c/o 3521 79TH ST APT 4E
JACKSON HEIGHTS NEW YORK, U.S.A.

1. I am in receipt of your unsigned correspondence received September 6th, 2015, postmarked August 19th, 2015 by Fein, Such, & Crane, LLP and Miranda L. Sharlette, Esq.

2. August 3rd 2015 I sent a Certificate of Estoppel (Registered Mail # RE 365 402 908 US ) due to the failure to timely respond to my July 1st 2015 request for validation (Registered Mail # RE 365 402 899 US).

3. Upon review, I have found deficiencies and do not consider the alleged debt validated due to fraudulent misrepresentations and omissions representing a violation of 15 U.S. Code § 1692g - Validation of debts.

4. Fein, Such, & Crane, LLP and Miranda L. Sharlette, Esq. have failed to provide a letter from the alleged original creditor granting authority to collect on a debt or evidence of my consent to disclosure of personal or financial information to third parties..

5. I hereby notice all parties in the matter of my adverse claim in recoupment of all right(s), title(s), interest(s) and or proceeds in the account(s) and property in question.

6. T he continued actions of HSBC MORTGAGE CORPORATION and its agents or assignees represent conversion of property and other economic relations torts with the potential for injury to the person and property of SEAN MICHAEL MURRAY.

7. However, in good faith, I will conditionally accept the validity of the alleged debt and agree to pay the obligation in exchange for the original instrument of indebtedness and upon proof of claim of the following:

    a. HSBC MORTGAGE CORPORATION has verifiable legal standing evidenced by an authenticated assignment or original wet ink note or instrument of indebtedness.

    b. Public Regulatory or IRS filings will not clearly demonstrate fraud on the part of HSBC MORTGAGE CORPORATION and its agents or assigns with respect to claims of right, title or interest in SEAN MICHAEL MURRAY's property.

    c. All tax obligations arising from the alleged instrument of indebtedness have been met by parties claiming any right, title or interest in account numbers ▮1268; ▮5176 or in the person or property of SEAN MICHAEL MURRAY.

8. Per the terms of the fee schedule (Registered Mail # RE 365 402 899 US) attached to continued correspondence with FEIN, SUCH, & CRANE, LLP, I am attaching a invoice and true bill, herein incorporated by reference, for $2000.00.

9. Non-response within 10 days of receipt will serve to certify as tacit acquiescence and agreement to facts contained herein.

10. All errors and omissions are excepted.

SEAN MICHAEL MURRAY ESTATE
c/o 3521 79~~THIRD~~ ~~PART 4E~~
JACKSON HEIGHTS NEW YORK, U.S.A.

Notification of legal responsibility is "the first essential of due process of law". See also: U.S. v.Tweel, SSO F.2d.297. "Silence can only be equated with fraud where there is a legal or moral duty to speak or when an inquiry left unanswered would be intentionally misleading."
All rights are reserved in accord with:
UCC § 1-308. Performance or Acceptance Under Reservation of Rights.
28 U.S. Code § 1746 (1) - Unsworn declarations under penalty of perjury
I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Thursday, September 10, 2015.

By: _____

Murray, Sean Michael,
office of executor
SEAN MICHAEL MURRAY ESTATE

## JURAT

State of  California          )
                              ) Scilicet
County of  Alameda            )

SUBSCRIBED AND SWORN TO (or affirmed) before me this Thursday, September 10, 2015, Murray, Sean Michael proved to me on the basis of satisfactory evidence to be the man who appeared before me.

Signature _____







e

xhibit 7f

## STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

DIVISION OF ECONOMIC JUSTICE
BUREAU OF CONSUMER FRAUDS & PROTECTION

September 23, 2015

Sean Michael Murray
c/o 3521 79th Street Apt. 4E
Jackson Heights, NY 11372

> Our File Number: **2015-1248981**
> Company: Fein  Such & Crane LLP

Dear Sean Michael Murray:

On behalf of Attorney General Eric T. Schneiderman, I am writing to notify you that we have received and reviewed your complaint.

It is the policy of the Attorney General's Bureau of Consumer Frauds and Protection to intervene in an individual consumer dispute if we believe our mediation might help bring about a resolution. I am forwarding a copy of your complaint to the company to request a statement of their position and a possible adjustment.

If you wish to contact us, please do so in writing. Be sure to mention our file number and the full name of the company. Please understand that we cannot serve as a consumer's private attorney.

I hope our efforts are successful. I will contact you again when there are developments to report.

Very truly yours,

Elizabeth Rodgers
Bureau of Consumer Frauds
And Protection

## PLEASE INCLUDE ABOVE FILE NUMBER ON ALL CORRESPONDENCE

 **HSBC**

c/o PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mount Laurel, NJ 08054

Exhibit 7g
Tel 866-435-7085
Fax 856-917-8003

September 29, 2015

Sean Murray
35-21-79th Street, Apt. 4E
Jackson Heights, NY 11372

Re: Case Number: 2015-1248981
    Mortgage Loan Number: ████████176

Dear Mr. Murray:

Your correspondence has been received by our Office of the President via the Office of the Attorney General.

We appreciate the opportunity to address your questions and concerns. Once we have completed a thorough review of the issues raised, we will prepare a response by October 13, 2015. If an extension is required, we will contact you to provide an update.

We thank you for your business and look forward to providing you with the highest level of service. If you have any additional questions, please contact me at 866-435-7085, ext. 85850. My business hours are Monday through Friday, 8:30AM – 5:00PM, Eastern.

Sincerely,

*Heather Kranick*
Heather Kranick
Liaison, Office of the President
PHH Mortgage Corporation (as servicing agent for HSBC)

*Log in to www.us.hsbc.com — your servicing website connection.*



Tel 866-435-7085
Fax 856-917-8003

c/o PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mount Laurel, NJ 08054

October 2, 2015

Sean Murray
35-21-79th Street, Apt. 4E
Jackson Heights, NY 11372

Re: Case Number: 2015-1248981
Mortgage Loan Number: ████5176

Dear Mr. Murray:

We appreciate your patience while we continue our investigation concerning your correspondence dated September 29, 2015.

Your concerns are very important to us and HSBC Bank USA, N. A. is committed to conducting a thorough review of all information before issuing our written response. You can expect to receive our written response within 15 business days of the date of this letter. We will contact you with an update if additional time is required.

Please be assured our research is ongoing and we are taking every step to resolve this matter expeditiously. If you have any additional questions, please contact me at 866-435-7085, ext. 85850. My business hours are Monday through Friday, 8:30AM – 5:00PM, Eastern.

Sincerely,

*Heather Kranick*

Heather Kranick
Liaison, Office of the President
PHH Mortgage Corporation (as servicing agent for HSBC)

*Log in to www.us.hsbc.com — your servicing website connection.*

# HSBC ◆X◆

1 Mortgage Way
Mt. Laurel NJ 08054

Tel 866-435-7085
Fax 856-917-8003

Exhibit 7i

October 19, 2015

Re: ▮▮▮▮5176

Sean Murray
35-21 79TH STREET 4E
JACKSON HEIGHTS NY 11372

Dear Customer(s):

Our records indicate that we were recently notified of an update to your mailing address. This letter is to confirm the mailing address has been updated to reflect the following:

> ATTN:COMPLEX TEAM SV01
> 1 MORTGAGE WAY
> MOUNT LAUREL,NJ 08054

If this change is not correct or if you did not authorize it, please contact our Customer Service Department at the number referenced above between the hours of 9:00 AM to 8:00 PM Monday through Friday.

We appreciate your business.

Sincerely,

David Bench
Director of Customer Service

/CS020

*Log in to www.us.hsbc.com --- your servicing website connection.*

**HSBC** 

Exhibit 7j

c/o PHH Mortgage Corporation
2001 Bishops Gate Blvd.
Mount Laurel, NJ 08054

Tel 866-435-7085
Fax 856-917-8003

October 20, 2015

Elizabeth Rodgers
Office of the Attorney General
Bureau of Consumer Frauds and Protection
120 Broadway
New York, NY 10271

Re:    File No: 2015-1248981/ Sean Michael Murray
       Loan #:███████5176
       Property Address: 35-21 79th 4E, Jackson Heights, NY 11372

Dear Ms. Rodgers,

We have been made aware of the complaint filed with the Attorney General's Bureau of Consumer Frauds and Protection. Effective May 1, 2013, HSBC Bank USA, N.A. transferred the servicing of Mr. Murrays account to PHH Mortgage Corporation ("PHHMC").

Please find our response to the request enclosed. Additionally, we have placed a cease and desist on the account as requested. Should you have any additional concerns or questions, please contact me directly at 866-435-7085, extension 85850 between the hours of 8:30 AM and 5:00 PM (Eastern).

Yours sincerely,

*Heather Kranick*

Heather Kranick
Liaison, Office of the President
PHH Mortgage Corporation (as servicing agent for HSBC)

Enclosure

cc: Sean Michael Murray

*RESTRICTED - Log in to www.us.hsbc.com — your servicing website connection.*

 LexisNexis®

Exhibit 8a

August 22, 2017

SEAN MICHAEL MURRAY
PO BOX 1110
ALBANY, NY 12201

RE: Benefit Assessment Consumer Disclosure Report

Dear Sean Murray:

Thank you for requesting your LexisNexis Risk Solutions Bureau LLC ("LexisNexis") Benefit Assessment Consumer Disclosure report. Your disclosure report from LexisNexis contains information associated with you in our Benefit Assessment file, and a listing of companies, that requested your file in the last 12 months.

If you have any further questions, you may contact the LexisNexis Consumer Center via email at consumer.documents@LexisNexis.com or by phone at 877-497-2621. The LexisNexis Consumer Center's hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern time. In an effort to protect your privacy and deliver prompt service, please have your Case Number (located at the top of this letter) accessible when you call our support number.

Thank you for giving us the opportunity to assist you.

LexisNexis Consumer Center
Attn: Benefit Assessment
P.O. Box 105108
Atlanta, GA 30348-5108

CD362-04-17b

Exhibit 8b

| Reference Number: N/A | Consumer Number: 10930635 | Case Number: 80249075 | Document Date: 8/22/2017 |
|---|---|---|---|

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 08/16/06 / 06/13/12 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 08/18/06 / 06/13/12 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 07/09/06 / 06/13/12 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 07/09/06 / 06/13/12 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 07/09/06 / 06/13/12 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 07/09/06 / 07/13/11 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (518) 316-1001 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 10/01/09 / 05/24/11 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 07/09/06 / 08/20/08 | Record Source | INFUTOR DATA SOLUTIONS | |

| Phone | (917) 330-9284 | Listed Name | | City, State, Zip |
|---|---|---|---|---|
| Date First / Last Seen | 07/09/06 / 07/09/06 | Record Source | INFUTOR DATA SOLUTIONS | |

## Professional License Records

This section contains public record information regarding professional licenses obtained in your name. Not all states and counties are available. Professional license records include historical license issuance. Not all professional license types and jurisdictions are currently updating. As such, this information should not be used as an indication of current licensing status. Last Seen date refers to the time period in which a source last provided information related to the filing and not necessarily the time period within which you were last associated with the professional license.

| Name | | Address | 1 MORTGAGE WAY, MOUNT LAUREL, NJ 08054 | | |
|---|---|---|---|---|---|
| License Type | LO | Professional or Board | | Issue/Renewal Date | |
| License Number | | Expiration Date | | Date Last Seen | |
| Record Source | ARKANSAS SECURITIES DEPARTMENT | | | | |

## Sexual Offender Registry Records

**No Records Found**

## Short-Term Credit Offer Request Records

**No Records Found**

## SSN Records