

April 13, 2018

**<u>VIA ELECTRONIC CASE FILING</u>**
Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Sean M. Murray, Chapter 7
               <u>Case No. 17-44157-ess</u>

Dear Judge Stong:

    On December 13, 2017, a Motion for relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code (the "Motion") was filed on behalf of Nationstar Mortgage LLC (the "Movant") [*ECF, Docs. 26 and 27*].

    We have been advised that the underlying loan has been transferred to another servicer, Specialized Loan Servicing. Accordingly, the Movant respectfully requests that the Motion be withdrawn without prejudice.

                                    Respectfully,

                                    <u>/s/ Michael A. Samuels</u>
                                    Michael A. Samuels, Esq.

cc:    Sean M. Murray
       PO Box 1110
       Albany, NY 12201

       Richard J. McCord
       Certilman Balin Adler & Hyman
       90 Merrick Avenue
       East Meadow, NY 11554

       Office of the United States Trustee
       Eastern District of NY (Brooklyn Office)
       U.S. Federal Office Building
       201 Varick Street, Suite 1006
       New York, NY 10014

       Dennis Jose, Esq. (via ECF)