SEAN M. MURRAY
P.O. BOX 1110
ALBANY, NEW YORK 12201-1110 U.S.A.

Thursday, April 19, 2018

Dennis Jose, Esq.
Deborah Turofsky, Esq.
GROSS POLOWY LLC
1775 Wehrle Drive, Suite 100
Williamsville, New York 14221

SENT VIA EMAIL: djose@grosspolowy.com
SENT VIA EMAIL: dturofsky@grosspolowy.com
SENT VIA REGULAR MAIL
Bankruptcy Case No.         17-44157-ess
Loan No.                    …9508

## LOSS MITIGATION REQUEST FOR INFORMATION AND DOCUMENTS

1. Please provide a copy of the servicing contract for rights purchased from NATIONSTAR MORTGAGE LLC, and copies of the contracts for purchasing of servicing rights between all prior servicer to inception.

2. A copy of the Pooling and Servicing Agreement mentioned in the Trial Payment Plan between Specialized Loan Servicing, LLC and the Federal Home Loan Mortgage Corporation.

3. The promissory note tendered by Debtor at the subject loan's inception was endorsed and deposited as a cash instrument for cash value. Please provide the accounting for the note and proceeds as reported to Bloomberg and other third party sources or required by regulations or statute.

4. Full payoff in the amount of $238,176.42 made August 10, 2017 pursuant to Gross Polowy LLC's Payoff Statement issued August 8, 2017 on Nationstar's behalf has not been returned nor has Notice of Dishonor of payment been issued. Provide accounting for this payment and describe any actions taken regarding satisfaction of mortgage documentation being issued.

5. The property subject to Loss Mitigation Proceedings is: 35-21 79th Street, Apartment 4E, Jackson Heights, New York 11372, U.S.A., is subject to a first lien to 35-21 79th Street Tenants Association making the unperfected, unenforceable, avoidable lien currently assigned to SLS a second lien subject to avoidance in bankruptcy proceedings. Provide a statement regarding SLS's intentions regarding this lien in light of fatal errors highlighted in earlier filings and the lien being subject to avoidance.

6. Responses to previous requests for information, notices of error and Qualified Written Requests ("QWR") have gone unaddressed. Please provide responses to the previous QWR and requests for information.

Executed on Thursday, April 19, 2018.

*SEAN M. MURRAY*
SEAN M. MURRAY, Debtor Pro Se