# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 APR 19  P 12: 56

RECEIVED

In Re: SEAN M. MURRAY                Case No.: 1-17-44157-ess

                                     Chapter: 7 Judge: Elizabeth S. Stong

## LOSS MITIGATION STATUS LETTER

1. Please allow this letter to serve as a written status report, submitted on behalf of the Pro Se Debtor pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

2. LOSS MITIGATION ORDER (docket no. 55) stipulates as deadline no. 1. that **"a Creditor shall furnish each Loss Mitigation Party with written notice of the name address and direct telephone number of the person who has full settlement authority."**

3. NATIONSTAR, SLS and their attorneys have failed to provide written notice as described above for either Loss Mitigation Order. (docket 34 & 55)

4. On April 1, 2018 Dennis Jose, Esq of Gross Polowy LLC ("GP") for Specialized Loan Servicing, LLC ("SLS") electronically filed and served the Letter to Debtor (docket no. 54) containing the trial payment plan offered March 23, 2018 but not sent to or served on the Debtor at the address for service of process with first payment due before the April 5, 2018 hearing on the instant case. The letter requests a written detailed response.

5. A response to the trial payment plan and request for information and documents pursuant to deadline no. 3 of the LOSS MITIGATION ORDER (docket no. 55) is attached.

6. Debtor requests the April 26, 2018 9am hearing be adjourned until SLS provides written notice of the party with settlement authority and responds to the attached request for information and documents.

                                              Executed Thursday, April 19, 2018

                                     By: _Sean M. Murray_
                                         SEAN M. MURRAY