| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In Re: | Case No.: 1-17-44157-ess |
| SEAN M. MURRAY | Chapter: 7 |

## CERTIFICATION OF SERVICE

The undersigned certifies that on Thursday, April 19, 2018, a copy of the annexed papers: LOSS MITIGATION REQUEST FOR INFORMATION AND DOCUMENTS; LOSS MITIGATION RESPONSE TO TRIAL PLAN OFFER; LOSS MITIGATION STATUS LETTER ; were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554

2. Robert A. Gavin, Jr., Clerk of the Bankruptcy Court
   271-C Cadman Plaza East, Suite 1595
   Brooklyn, NY 11201-1800

3. Miriam Rosenblatt, Attorney for Nationstar Mortgage LLC
   Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
   6409 Congress Avenue, Suite 100
   Boca Raton, Florida 33487

4. Ehret Anne Van Horn, Esq., Attorney for Specialized Loan Servicing, LLC
   Gross Polowy, LLC
   1775 Wehrle Drive, Suite 100
   Williamsville, NY 14221

Dated: Thursday, April 19, 2018

By: _SEAN M. MURRAY_
SEAN M. MURRAY