

**Gross Polowy LLC**
Formed in the State of Delaware

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

April 25, 2018

The Hon. Elizabeth Stong
United States Bankruptcy Court, EDNY
271-C Cadman Plaza East
Brooklyn, NY 11201

      Bankruptcy Case No.   17-44157-ESS, Sean M. Murray
      Loan No.        ...9508

Dear Judge Stong:

This law firm represents Specialized Loan Servicing LLC (SLS), the current servicer of the above-captioned loan. This letter is intended as a supplemental status letter in relation to the loss mitigation effort. This case is a Chapter 7 liquidation case in which the Debtor received a discharge and the Trustee has filed a no asset report. The real property is not necessary for the reorganization of the Debtor.

As the Court is aware, there is a loss mitigation conference scheduled for April 26, 2018 to which the Debtor sought an adjournment in his status letter of April 19, 2018. See *Docket No. 60.*  SLS does not consent to an adjournment.

SLS has offered in good faith a Trial Payment Plan to the Debtor (*Docket 48, 54*) that eliminates the risk of foreclosure. The payments in the Trial Payment Plan are time sensitive. See *Docket No. 54.*  In that regard, SLS has already extended the due dates for the first few payments, however, extensions cannot go on indefinitely as the arrears continue to increase without effecting the terms of the plan to the Debtor's detriment.

In addition, SLS will have a representative present in person at the conference, Ms. Annette Heebner, with settlement authority.

The Debtor has not accepted the offered Trial Payment Plan. Rather, he responded with a request for information that seems focused on litigation outside the scope of this Court's loss mitigation program and perhaps better venued in another forum. See *Docket No. 59, 58.*

SLS thanks the Court for its anticipated guidance in relation to this matter.

      Very truly yours,
      Gross Polowy, LLC, counsel to Specialized Loan
      Servicing, LLC

      By:    *S/Dennis Jose*

CC: Sean M. Murray (via email and mail).