UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

IN RE:                                              CASE NO.: 17-44157-ESS
                                                    CHAPTER 7
Sean M Murray,

    Debtor.

_____/

## REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR.COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS BORISKIN, LLC
BANKRUPTCY DEPARTMENT
900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NY 11590

                                             RAS Boriskin, LLC
                                             Authorized Agent for Secured Creditor
                                             900 Merchants Concourse, Suite 106
                                             Westbury, NY 11590
                                             Telephone: 516-280-7675
                                             Facsimile: 516-280-7674
                                             By: /s/Can Guner
                                             Can Guner, Esquire
                                             Email: cguner@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May12, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

SEAN M MURRAY
PO BOX 1110
ALBANY, NY  12201

Richard J McCord
CERTILMAN BALIN ADLER & HYMAN, LLP
90 MERRICK AVENUE
9TH FLOOR
EAST MEADOW, NY  11554

EASTERN DISTRICT OF NY (BROOKLYN OFFICE)
U.S. FEDERAL OFFICE BUILDING
201 VARICK STREET, SUITE 1006
NEW YORK, , NY  10014

                                                    RAS Boriskin, LLC
                                                    Authorized Agent for Secured Creditor
                                                    900 Merchants Concourse, Suite 106
                                                    Westbury, NY 11590
                                                    Telephone: 516-280-7675
                                                    Facsimile: 516-280-7674
                                                    By: /s/Can Guner
                                                    Can Guner, Esquire
                                                    Email: cguner@rasflaw.com