UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------x
In re: SEAN M. MURRAY

Return Date: **June 12, 2018 9:30am**

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 MAY 29  A 11: 39

RECEIVED/MR

Case No. 17-44157
Chapter 7

Debtor(s)

------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the annexed application of

SEAN M. MURRAY, a hearing will be held before the Hon.

**Elizabeth S. Stong**, Bankruptcy Judge, to consider the motion for an Order granting relief as follows:

Debtor Pro Se seeks to strike docket no. 50, Nationstar Mortagage LLC's Objection To Order To Show Cause To, Among Other Things, Impose Sanctions Against Nationstar Mortgage LLC For Purported Violation Of The Automatic Stay Filed by Michael Adam Samuels on behalf of Nationstar Mortgage LLC (RE: related document(s)43 Motion for Contempt filed by Debtor Sean M Murray, Motion for Violation of Automatic Stay) (Samuels, Michael) (Entered: 04/03/2018) for insufficient or improper service of process.

Date and time of hearing: **June 12, 2018 9:30am**
Location: U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, New York 11201-1800
Courtroom # **3585**, **3rd** Floor

Dated: May 24, 2018

_Sean M. Murray_
Signature

Print name: SEAN M. MURRAY
Address: P.O. Box 1110
Albany, NY 12201-1110
Phone: 917.330.9284
Email: seanmurray@prodigy.net

# UNITED STATES BANKRUPTCY COURT
## Eastern District of New York

*U.S. BANKRUPTCY COURT*
*EASTERN DISTRICT OF*
*NEW YORK*
*2018 APR -5  P 1: 26*
*RECEIVED*

In Re: SEAN M. MURRAY                             Case No.: 1-17-44157-ess

                                                  Chapter: 7  Judge: Elizabeth S. Stong

**MOTION TO STRIKE FOR IMPROPER SERVICE IN REPLY TO
NATIONSTAR'S OBJECTION TO ORDER TO SHOW CAUSE**

SEAN M. MURRAY debtor Pro Se submits the following Motion to Strike Docket Entry no. 50, April 3, 2018, OBJECTION TO ORDER TO SHOW CAUSE TO, AMONG OTHER THINGS, IMPOSE SANCTIONS AGAINST NATIONSTAR MORTGAGE LLC FOR PURPORTED VIOLATION OF THE AUTOMATIC STAY by Michael A. Samuels, Esq. of ROBERTSON, ANSCHUTZ & SCHNEID, P.L. Attorneys for Nationstar Mortgage LLC, for insufficient or improper service of process:

1. On April 3, 2018 NATIONSTAR MORTGAGE LLC ("Nationstar"), electronically filed the Objection to Debtor's Motion for Sanctions and Contempt

2. Debtor provided an email address for a point of contact in Loss Mitigation communications, and Debtor did not intend to consent to service of process by email without access to electronic court filing.

3. The CERTIFICATE OF SERVICE attached to Nationstar's Objection to Order to Show Cause features incorrect contact information for service of process with the Debtor: seanmurray@prodigy.net and 3251 79th St, Unit 4E, Jackson Heights, NY 11372.

4. Debtors address for service of process is: P.O. Box 1110, Albany, NY 12201-1110.

5. The property subject to Loss Mitigation Proceedings is: 35-21 79th Street, Apartment 4E, Jackson Heights, New York 11372, U.S.A..

6. A "willful violation" means that the creditor both knowingly and intentionally took steps prohibited by section 362 while aware of the pending case. Courts have ruled that knowledge of the open bankruptcy is knowledge of the automatic stay. A violation is willful when a creditor acts voluntarily and isn't coerced.

7. The Notice of Appearance and Request for Notice Filed by Miriam Joy Rosenblatt on behalf of Nationstar Mortgage LLC (docket no. 9 filed Aug 24, 2017), and Chandler Williams of

Nationstar's August 22, 2018 letter to Bonnie Filip of the New York State Department of Financial Services Mortgage Division mentioning the Debtor's Chapter 7 petition establishes Nationstar and their Attorney's knowing and willful violations of the automatic stay in that they were clearly aware and informed of the bankruptcy case and automatic stay and Nationstar still sent the notices attached as exhibits to the Motion for Contempt (docket no. 43).

8. If the court were to adjourn the hearing on the Application for an Order to Show Cause, the Debtor would potentially have to contend with another scheduled auction of the property due to the threatened rescission of SLS's Trial Modification Plan Offer upon it's expiration on April 1, 2018. Without a determination by the Court and sanctions to enjoin the parties from taking similar actions the Debtor could be required to petition the court again for relief.

9. For all of the foregoing reasons, Debtor respectfully requests that this Court deny Nationstar's Objection in its entirety, issue any appropriate sanctions and grant all other relief as may be just, equitable and proper.

Executed Thursday, April 5, 2018

By: *Sean M Murray*

SEAN M. MURRAY

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: SEAN M. MURRAY

                                                  Case No. 17-44157
                                                  Chapter 7

                                  Debtor(s)
-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on **May 24, 2018**, a copy of the annexed Motion was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Richard J. McCord, Chapter 7 Trustee
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Robert A. Gavin, Jr., Clerk of the Bankruptcy Court
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Ehret Anne Van Horn, Esq., Attorney for Specialized Loan Servicing, LLC
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

Miriam Rosenblatt, Attorney for Nationstar Mortgage LLC
Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

RAS Boriskin, LLC
BANKRUPTCY DEPARTMENT
900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NY 11590

Dated: May 24, 2018

                                                                  */s/ Sean M. Murray*
                                                                   Signature