UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re: SEAN M. MURRAY

Case No. 17-44157

Chapter: 7

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2018 MAY 29   A 11: 39
RECEIVED/MR

Debtor(s)

-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF
## ORDER TO SHOW CAUSE

To the Hon. Elizabeth S. Stong, Bankruptcy Judge;

     SEAN M. MURRAY, Debtor Pro Se and Movant herein, makes this application in support of my Order to Show Cause to seek entry of an Order to Hold Dennis Jose, Esq. and Ehret Anne Van Horn, Esq. of Gross Polowy, LLC, Attorneys for Specialized Loan Servicing, LLC ("SLS"), and Miriam Rosenblatt, Esq. of Robertson, Anschutz & Schneid, P.L. and Michael A. Samuels, Esq. of RAS Boriskin, LLC, Attorneys for Nationstar Mortgage LLC ("Nationstar") in contempt of court, seeking sanctions and costs for violating the Order directing the Debtor and Creditor Nationstar Mortgage LLC, d.b.a. Mr. Cooper d.b.a. Specialized Loan Servicing to participate in the Loss Mitigation Program.

     In support of the relief requested, I hereby allege as follows:

LOSS MITIGATION ORDER (docket no. 55) stipulates as deadline no. 1. that "a Creditor shall furnish each Loss Mitigation Party with written notice of the name address and direct telephone number of the person who has full settlement authority." Nationstar, SLS and their Attorneys RAS Boriskin, LLC, Gross Polowy LLC and Robertson, Anschutz & Schneid, P.L. have failed and refused to provide written notice of the name, address and direct telephone number of the person who has full settlement authority for either Loss Mitigation Order. (docket 34 & 55)

     WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: Wednesday, May 23, 2018

By: *Sean M. Murray*
SEAN M. MURRAY
P.O. BOX 1110
ALBANY, NEW YORK 12201-1110
917.330.9284
seanmurray@prodigy.net

RETURN DATE: __2018 MAY 29__

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2018 MAY 29 A 11: 39
RECEIVED/MR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------x
In re: SEAN M. MURRAY

Case No. 17-44157-ess

Chapter: 7

**Debtor(s)**

------------------------------------------------x

## ORDER TO SHOW CAUSE

Upon the annexed application of Movant, __SEAN M. MURRAY__ seeking entry of an Order to _____

_____

_____, it is

**ORDERED** that _____ show cause at _____ o'clock on the date of _____ or as soon thereafter as Movant may be heard before the Honorable **Elizabeth S. Stong** Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at __271 Cadman Pl., East. Brooklyn, New York 11201__, why this Court should not enter an Order to _____

_____.

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon

_____, and upon the Trustee at _____and United States Trustee.

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re: SEAN M. MURRAY

Case No. 17-44157-ess
Chapter: 7

Debtor(s)
--------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on 5/23/2018, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

Richard J. McCord, Chapter 7 Trustee
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Robert A. Gavin, Jr., Clerk of the Bankruptcy Court
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

Ehret Anne Van Horn, Esq., Attorney for Specialized Loan Servicing, LLC
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

Miriam Rosenblatt, Attorney for Nationstar Mortgage LLC
Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

RAS Boriskin, LLC
BANKRUPTCY DEPARTMENT
900 MERCHANTS CONCOURSE, SUITE 106
WESTBURY, NY 11590

Dated: 5/23/2018

Sean M. Murray
*(Signature)*