UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

SEAN M. MURRAY

Case No.:     1-17-44157-ess

Chapter:     7

## CERTIFICATION OF SERVICE

The undersigned certifies that on Wednesday, May 30, 2018, a copy of the annexed papers: ORDER SCHEDULING HEARING ON APPLICATION FOR AN ORDER TO SHOW CAUSE (Docket 68); APPLICATION IN SUPPORT OF ORDER TO SHOW CAUSE (Docket 67), were served by depositing same, enclosed in a properly addressed, postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554
2. Michael Samuels, Esq., and Miriam Rosenblatt, Esq.
   Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
   6409 Congress Avenue, Suite 100
   Boca Raton, Florida 33487
3. Dennis Jose, Esq., and Ehret Anne Van Horn, Esq.,
   Gross Polowy, LLC
   1775 Wehrle Drive, Suite 100
   Williamsville, NY 14221

Dated: Wednesday, May 30, 2018

By: _Sean M. Murray_
SEAN M. MURRAY