```
                          United States Bankruptcy Court
                          Eastern District of New York
In re:                                                            Case No. 17-44157-ess
Sean M Murray                                                     Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: sjackson              Page 1 of 1              Date Rcvd: May 30, 2018
                              Form ID: pdf000             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Sean M Murray,    PO Box 1110,    Albany, NY 12201-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
              Barbara Whipple    on behalf of Creditor    Nationstar Mortgage LLC bwhipple@rasflaw.com
              Deborah Turofsky    on behalf of Creditor    Specialized Loan Servicing dturofsky@grosspolowy.com,
               turofskylaw@yahoo.com
              Dennis Jose    on behalf of Creditor    Specialized Loan Servicing ecfnotices@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Specialized Loan Servicing
               ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Ditech Financial LLC ecfnotices@grosspolowy.com,
               evanhorn@grosspolowy.com
              Michael Adam Samuels    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com
              Miriam Joy Rosenblatt    on behalf of Creditor    Nationstar Mortgage LLC mrosenblatt@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J McCord    on behalf of Trustee Richard J. McCord rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmcord@certilmanbalin.com
              Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmcord@certilmanbalin.c
               om
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmcord@certilmanbalin.c
               om
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                                                  Chapter: 7

SEAN M. MURRAY                                          Case No: 17-44157-ess

                             Debtor.
--------------------------------------------------------X

**ORDER SCHEDULING HEARING**
**ON APPLICATION FOR AN ORDER TO SHOW CAUSE**

        WHEREAS, on August 10, 2017, Sean M. Murray filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

        WHEREAS, on May 29, 2018, the Debtor filed an application for an order to show cause (the "OSC Application") why the Court should not hold Dennis Jose, Esq., and Ehret Anne Van Horn, Esq., attorneys for Specialized Loan Servicing LLC, and Miriam Rosenblatt, Esq., and Michael A. Samuels, Esq., attorneys for Nationstar Mortgage LLC ("Nationstar"), in contempt and for sanctions and costs, for violating this Court's order directing the Debtor and Nationstar, *dba* Mr. Cooper, *dba* Specialized Loan Servicing, to participate in the Loss Mitigation Program by failing "to provide written notice of the name, address and direct telephone number of the person who has full settlement authority for either Loss Mitigation Order," ECF Nos. 34 and 55.

        NOW, THEREFORE, it is hereby

        ORDERED, that the Court will hold a hearing on the OSC Application and the relief requested therein on June 22, 2018, at 3:00 p.m. before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

        ORDERED, that the Debtor is directed to serve a copy of this Order and the OSC Application on which it is based by June 1, 2018, by first class mail upon the Chapter 7 Trustee,

Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554, Michael Samuels, Esq., and Miriam Rosenblatt, Esq., Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487, and Dennis Jose, Esq., and Ehret Anne Van Horn, Esq., Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221 and to file a certificate of service by June 1, 2018, and such service shall be deemed good and sufficient; and it is further

ORDERED, that opposition to the OSC Application may be served and filed to be received by June 19, 2018 at 12:00 p.m.; and it is further

**ORDERED, that in order to obtain information about proceeding pro se, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, between 9:00 a.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday, at (347) 394-1738, and the Debtor may visit the Pro Se Law Clerk's office in person, in Room 1591, U.S. Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, 11201, between 9:00 a.m. and 12:00 p.m., and between 1:00 p.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday.**



**Dated: Brooklyn, New York**
      **May 30, 2018**

            **Elizabeth S. Stong**
            **United States Bankruptcy Judge**

TO:

Sean M Murray
PO Box 1110
Albany, NY 12201

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Miriam Rosenblatt, Esq.
Michael A. Samuels, Esq.
Robertson, Anschutz & Schneid, P.L.
Bankruptcy Department
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

Ehret Anne Van Horn, Esq.,
Dennis Jose, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221