United States Bankruptcy Court
Eastern District of New York

In re:                                                                    Case No. 17-44157-ess
Sean M Murray                                                             Chapter 7
        Debtor
## CERTIFICATE OF NOTICE

District/off: 0207-1          User: sjackson              Page 1 of 1                Date Rcvd: Jun 01, 2018
                              Form ID: pdf000             Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2018.
db            +Sean M Murray,    PO Box 1110,    Albany, NY 12201-1110
aty           +Certilman Balin Adler & Hyman,    90 Merrick Avenue,    East Meadow, NY 11554-1597
cr            +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.,
                Suite 100,    Boca Raton, FL 33487-2853
cr            +Nationstar Mortgage LLC D/B/A Mr. Cooper,    RAS Boriskin, LLC,    900 Merchant Concourse,
                Suite 106,    Westbury, NY 11590-5114
cr            +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,   Dept MVS,
                Malvern, PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 1, 2018 at the address(es) listed below:
              Barbara  Whipple     on behalf of Creditor    Nationstar Mortgage LLC bwhipple@rasflaw.com
              Deborah  Turofsky    on behalf of Creditor    Specialized Loan Servicing dturofsky@grosspolowy.com,
               turofskylaw@yahoo.com
              Dennis  Jose    on behalf of Creditor    Specialized Loan Servicing ecfnotices@grosspolowy.com
              Ehret Anne Van Horn     on behalf of Creditor    Specialized Loan Servicing
               ecfnotices@grosspolowy.com,    evanhorn@grosspolowy.com
              Ehret Anne Van Horn     on behalf of Creditor    Ditech Financial LLC ecfnotices@grosspolowy.com,
               evanhorn@grosspolowy.com
              Michael Adam Samuels     on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com
              Miriam Joy Rosenblatt     on behalf of Creditor    Nationstar Mortgage LLC mrosenblatt@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J McCord     on behalf of Trustee Richard J. McCord rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmccord@certilmanbalin.com
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
              Richard J. McCord     on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
                                                                                              TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
  In re:                                                               Chapter: 7

  SEAN M. MURRAY                                Case No: 17-44157-ess
                                       Debtor.
-------------------------------------------------------X

## ORDER SCHEDULING CONTINUED LOSS MITIGATION STATUS CONFERENCE

       WHEREAS, on August 10, 2017, Sean M. Murray filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

       WHEREAS, on February 27, 2018, the Debtor filed a request to enter into the Court's Loss Mitigation Program with the Nationstar Mortgage LLC d/b/a Mr. Cooper (the "Creditor"), with respect to the property located at 35-21 79th Street, Apartment 4E, Jackson Heights, New York 11372; and

       WHEREAS, on April 10, 2018, the Court entered an order directing the Debtor and Creditor to enter into the Loss Mitigation Program; and

       WHEREAS, on April 26, 2018, the Court held a Loss Mitigation status conference, at which the Debtor and the Creditor appeared and were heard, and the Court scheduled a continued loss mitigation status conference for June 11, 2018 at 10:00 a.m.; and

       WHEREAS, on May 17, 2018, the Debtor filed a motion to strike the Creditor's notice withdrawing its motion for relief form the automatic stay (the "Motion"), and requested a hearing for June 12, 2018; and

       WHEREAS, on May 29, 2018, the Debtor filed an application for an order to show cause why the Court should not hold attorneys for the Creditor and Specialized Loan Servicing in

contempt for violating the Court's order directing the parties to participation in the Loss Mitigation Program (the "OSC Application"); and

WHEREAS, on May 30, 2018, the Court entered an order scheduling a hearing on the OSC Application for June 22, 2018.

NOW, THEREFORE, it is hereby

ORDERED, that in the interests of good case management and in the interests of justice, the June 11, 2018 Loss Mitigation conference and the June 12, 2018 hearing on the Motion will be adjourned to June 22, 2018, at 3:00 p.m. before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

**ORDERED, that in order to obtain information about proceeding pro se, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, between 9:00 a.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday, at (347) 394-1738, and the Debtor may visit the Pro Se Law Clerk's office in person, in Room 1591, U.S. Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, 11201, between 9:00 a.m. and 12:00 p.m., and between 1:00 p.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday.**



**Dated: Brooklyn, New York**
      **June 1, 2018**

_____
      **Elizabeth S. Stong**
      **United States Bankruptcy Judge**

TO:

Sean M Murray
PO Box 1110
Albany, NY 12201

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Miriam Rosenblatt, Esq.
Michael A. Samuels, Esq.
Robertson, Anschutz & Schneid, P.L.
Bankruptcy Department
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

Ehret Anne Van Horn, Esq.,
Dennis Jose, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221