```
                           United States Bankruptcy Court
                            Eastern District of New York
In re:                                                          Case No. 17-44157-ess
Sean M Murray                                                   Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-1        User: cteutonic          Page 1 of 1           Date Rcvd: Jul 09, 2018
                            Form ID: pdf000          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2018.
db             +Sean M Murray,    PO Box 1110,    Albany, NY 12201-1110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2018 at the address(es) listed below:
              Barbara Whipple    on behalf of Creditor    Nationstar Mortgage LLC bwhipple@rasflaw.com
              Deborah Turofsky    on behalf of Creditor    Specialized Loan Servicing dturofsky@grosspolowy.com,
               turofskylaw@yahoo.com
              Dennis Jose    on behalf of Creditor    Specialized Loan Servicing ecfnotices@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Specialized Loan Servicing
               ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Ditech Financial LLC ecfnotices@grosspolowy.com,
               evanhorn@grosspolowy.com
              Michael Adam Samuels    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com
              Miriam Joy Rosenblatt    on behalf of Creditor    Nationstar Mortgage LLC mrosenblatt@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J McCord    on behalf of Trustee Richard J. McCord rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmcord@certilmanbalin.com
              Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmcord@certilmanbalin.c
               om
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmcord@certilmanbalin.c
               om
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                                    Chapter: 7

SEAN M. MURRAY                                            Case No: 17-44157-ess

                                 Debtor.
-------------------------------------------------------X

**ORDER SCHEDULING HEARING
ON APPLICATION FOR AN ORDER TO SHOW CAUSE**

WHEREAS, on August 10, 2017, Sean M. Murray filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

WHEREAS, July 5, 2018, the Debtor filed an application for an order to show cause requesting that the Court cancel Specialized Loan Servicing, LLC's scheduled sale of the Debtor's property located at 35-21 79th Street, Apartment 4E, Jackson Heights, New York 11372, and to hold Specialized Loan Servicing, LLC in contempt of Court for failing to participate in the Court's loss mitigation program in good faith, among other things (the "OSC Application").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a hearing on the OSC Application and the relief requested therein on July 26, 2018, at 3:00 p.m. before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that the Debtor is directed to serve a copy of this Order and the OSC Application on which it is based by July 12, 2018, by first class mail upon the Chapter 7 Trustee, Richard J. McCord, Certilman Balin Adler & Hyman, 90 Merrick Avenue, East Meadow, NY 11554, and Miriam Rosenblatt, Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487, and Ehret Anne Van Horn, Esq.,

Gross Polowy, LLC, 1775 Wehrle Drive, Suite 100, Williamsville, NY 14221 and to file a certificate of service by July 13, 2018, and such service shall be deemed good and sufficient; and it is further

ORDERED, that opposition to the OSC Application may be served and filed to be received by July 19, 2018 at 4:00 p.m.; and it is further

**ORDERED, that in order to obtain information about proceeding pro se, the Debtor may contact Elise Kanter, Esq., Pro Se Law Clerk, via telephone, between 9:00 a.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday, at (347) 394-1738, and the Debtor may visit the Pro Se Law Clerk's office in person, in Room 1591, U.S. Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, 11201, between 9:00 a.m. and 12:00 p.m., and between 1:00 p.m. and 3:00 p.m., Monday, Tuesday, Thursday, and Friday.**



**Dated: Brooklyn, New York**  
      **July 9, 2018**

/s/ Elizabeth S. Stong  
**Elizabeth S. Stong**  
**United States Bankruptcy Judge**

TO:

Sean M Murray
PO Box 1110
Albany, NY 12201

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Miriam Rosenblatt,
Robertson, Anschutz & Schneid, P.L.
Bankruptcy Department
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487

Ehret Anne Van Horn, Esq.,
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221