

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

July 16, 2018

Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District Of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:        Sean M Murray
Case No.   17-44157-ess

## Corrected Letter of Adjournment

Dear Judge Stong:

Please accept this letter as confirmation on the docket of the above-captioned case that all matters currently scheduled before the court on July 26, 2018 are adjourned to August 9, 2018 at 2:30 PM.

Please allow this letter to serve as further confirmation that there is no sale scheduled for the co-operative unit commonly known as 3521 79th Street, Unit 4E, Jackson Heights, NY 11372. If there are any questions, please feel free to call. 716-204-1781.

> Very truly yours,
> Gross Polowy, LLC as counsel to Specialized Loan Servicing, LP
>
> By:    S/Dennis Jose, Esq

cc:   Sean M Murray, Pro Se (via mail)
      All other litigants- via ecf