| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In Re: | Case No.: 1-17-44157-ess |
| SEAN M. MURRAY | Chapter: 7 |

## CERTIFICATION OF SERVICE

The undersigned certifies that on Wednesday, July 18, 2018, a copy of the annexed papers: ORDER SCHEDULING HEARING ON APPLICATION FOR AN ORDER TO SHOW CAUSE, were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554

2. Miriam Rosenblatt, Esq.
   Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
   6409 Congress Avenue, Suite 100
   Boca Raton, Florida 33487

3. Ehret Anne Van Horn, Esq.,
   Gross Polowy, LLC
   1775 Wehrle Drive, Suite 100
   Williamsville, NY 14221

Dated: Wednesday, July 18, 2018

By: _____
SEAN M. MURRAY