SEAN M. MURRAY
P.O. BOX 1110
ALBANY, NEW YORK 12201-1110
U.S.A.

Wednesday, July 18, 2018

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

FILED WITH CLERK
Case No. 1-17-44157-ess

Dennis Jose, Esq
GROSS POLOWY LLC
1775 Wehrle Drive, Suite 100
Williamsville, New York 14221

SENT EMAIL: cturcotte@cbtlaw.com
Sheree_Jackson@nyeb.uscourts.gov
SENT VIA REGULAR MAIL

### Letter Motion for Extension of time to file Debtor's Certificate of Service of ORDER SCHEDULING HEARING ON APPLICATION FOR AN ORDER TO SHOW CAUSE

Dear Judge Stong:

      Debtor Pro Se was directed to serve a copy of the Order at Docket no. 75 and the OSC Application at Docket no. 74 by July 13, 2018. Debtor was in communication with the Attorney for Specialized Loan Servicing, LLC regarding the apparent scheduled sale and contemplated Adjournment. (Letter at Docket no. 78) The Debtor did not receive the Judge's order directing service until July 18, 2018 via USPS and does not receive electronic delivery of court filings in the Bankruptcy Court in the Eastern District of New York.

Debtor requests and moves the court for an extension of time to file Certificate of Service for the foregoing reasons and in contemplation of adjournment of all matters to August 9, 2018 at 2:30pm.

Executed on Wednesday, July 18, 2018.

*[signature]*
SEAN M. MURRAY, Debtor Pro Se

INCOMING
2018 JUL 18 P 3:43
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
CLERK