

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

August 7, 2018

Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District Of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:        Sean M Murray
Case No.   17-44157-ess

Dear Judge Stong:

      This firm represents Specialized Loan Servicing, LLC in the above-captioned case. Please accept this letter as communication to the court that Gross Polowy, LLC, Specialized Loan Servicing, LLC, and the Debtor, have reached a tentative settlement of the litigation pending before the Court. The parties are working to reduce the settlement to writings. The parties thank the Court for its courtesies on this matter.

      Very truly yours,
Gross Polowy, LLC as counsel to Specialized Loan Servicing, LLC and Gross Polowy, LLC

By:     *S/Dennis Jose, Esq*

cc:    Sean M Murray, Pro Se (via mail)
      All other litigants- via ecf