| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In Re:<br><br>SEAN M. MURRAY | Case No.: 1-17-44157-ess<br><br>Chapter: 7 |

## CERTIFICATION OF SERVICE

The undersigned certifies that on Tuesday, August 7, 2018, a copy of the annexed papers: NOTICE OF MOTION, MOTION TO STRIKE FOR IMPROPER SERVICE IN REPLY TO NATIONSTAR'S OBJECTION TO ORDER TO SHOW CAUSE, and LOSS MITIGATION STATUS LETTER, were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554

2. Miriam Rosenblatt, Esq.
   Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
   6409 Congress Avenue, Suite 100
   Boca Raton, Florida 33487

3. Ehret Anne Van Horn, Esq.,
   Gross Polowy, LLC
   1775 Wehrle Drive, Suite 100
   Williamsville, NY 14221

Dated: Tuesday, August 7, 2018

By: *SEAN M. MURRAY* (signature)
SEAN M. MURRAY
P.O. BOX 1110
ALBANY, NEW YORK 12201-1110
U.S.A.
917.330.9284
seanmurray@prodigy.net