UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

———————————————————x

In re: SEAN M. MURRAY

Case No. 17-44157
Chapter: 7

Debtor(s)

———————————————————x

## LOSS MITIGATION STATUS LETTER

1. Please allow this letter to serve as a written status report, submitted on behalf of Debtor Pro Se pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

2. LOSS MITIGATION ORDER (docket no. 55) stipulates as deadline no. 1. that **"a Creditor shall furnish each Loss Mitigation Party with written notice of the name address and direct telephone number of the person who has full settlement authority."**

3. Nationstar Mortgage LLC d/b/a Mr. Cooper ("Nationstar"), Specialized Loan Servicing, LLC ("SLS") and Attorneys have failed and refused to comply and participate in good faith by failing to provide written notice for either Loss Mitigation Order. (docket 34 & 55)

4. Debtor has filed Applications for Orders to Show Cause and Motions for Sanctions, Costs, Contempt and to Strike Nationstar's Objections that have been consolidated and adjourned to August 9, 2018 at 2:30pm.

5. Debtor has been in communication with Attorney for SLS regarding the upcoming hearing and looks forward to the courts guidance.

Executed Tuesday, August 7, 2018           By: _SEAN M. MURRAY_
                                                SEAN M. MURRAY