

900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax    (516) 280-7674

August 17, 2018

**VIA ECF**

Att: Sheree Jackson
Courtroom Deputy to the Hon. Elizabeth S. Stong
United States Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

          **In re:**    **Sean M. Murray, Case No. 17-44157 (ESS)**
                    **Adjournment of Debtor's Motion to Strike [Docket No. 83]**

Dear Ms. Jackson:

I am writing to confirm the adjournment, by consent of the parties, of the hearing on the above-captioned motion from August 28, 2018 to September 11, 2018 at 3:000 p.m.

                                    Sincerely,

                                    /s/  Cleo F. Sharaf-Green

                                    Cleo F. Sharaf-Green, Esq.

cc

Sean M. Murray
P.O. Box 1110
Albany, New York 12201
(via regular mail)