

900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax     (516) 280-7674

August 17, 2018

**VIA ECF**

Att: Sheree Jackson
Courtroom Deputy to the Hon. Elizabeth S. Stong
United States Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

      **In re:**  **Sean M. Murray, Case No. 17-44157 (ESS)**
          **Adjournment of Debtor's Motion to Strike [Docket No. 83]**

Dear Ms. Jackson:

I am writing to confirm the adjournment, by consent of the parties, of the hearing on the above-captioned motion from August 28, 2018 to September 11, 2018 at 3:000 p.m.

*Pro Se* debtor Sean M. Murray has also consented to the extension of the parties' deadline to file answering papers to the motion from August 21, 2018 to September 4, 2018.

                Sincerely,

                /s/  Cleo F. Sharaf-Green

                Cleo F. Sharaf-Green, Esq.

cc

Sean M. Murray
P.O. Box 1110
Albany, New York 12201
(via regular mail)