

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

September 10, 2018

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:        Sean M Murray
Case No.   17-44157-ess
Loan No.   ...9508

Dear Judge Stong:

      This writer had been interacting with chambers with consultations with the Debtor and the Law firm of RAS Boriskin who are the litigants or representatives of the in this case.   The parties had advised the Court that we consent to an adjournment of the forthcoming hearings on the case scheduled for September 11, 2011.

      Based on this writer's interaction with chambers, please allow this letter to confirm there shall be no hearing on this case on September 11, 2011.   All matters scheduled for September 11, 2011 shall be adjourned to a future date that shall be determined in due course.   If there are any questions, please feel free to contact me directly at 716-204-1781.

      Very truly yours,
      Gross Polowy, LLC


By:   *S/Dennis Jose, Esq.*

cc.   Sean M Murray (via Email)
     Cleo Sharaf, Esq., (via Email)