

900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax     (516) 280-7674

September 18, 2018

**VIA ECF**

Att: Sheree Jackson
Courtroom Deputy to the Hon. Elizabeth S. Stong
United States Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

> In re: Sean M. Murray, Case No. 17-44157 (ESS)
> **Adjournment of  Response Deadline to Debtor's Motion to Strike [Dkt No. 83]**

Dear Ms. Jackson:

I am writing to confirm *pro se* debtor Sean Murray's agreement to extend the deadline to file answering papers to his above-captioned motion from September 18, 2018 to September 25, 2018.

Sincerely,

/s/  Cleo F. Sharaf-Green

Cleo F. Sharaf-Green, Esq.

cc

Sean M. Murray
P.O. Box 1110
Albany, New York 12201
(via email)