

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

October 16, 2018

Chambers, Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Sean M Murray
Case No.    17-44157-ess
Loan No.    ...9508

Dear Judge Stong:

    This writer had been interacting with chambers with consultations with the Debtor and the Law firm of RAS Boriskin who are the litigants or representatives of the litigants in this case.

    Based on this writer's interaction with chambers, please allow this letter to confirm the hearing on all matters originally scheduled for September 26, 2018 shall be adjourned to October 26, 2018 at 10 AM.  If there are any questions, please feel free to contact me directly at 716-204-1781.

    Very truly yours,
    Gross Polowy, LLC


By:    *S/Dennis Jose, Esq.*

cc.    Sean M Murray (via Email)
    Cleo Sharaf, Esq., (via Email)