Case 1-17-44157-ess   Doc 104   Filed 12/04/18   Entered 12/05/18 07:12:36

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| December 4, 2018 at 8:51:35 PM EST | FaxZero.com | 69 | 2 | Received |

5-Dec-2018  01:50    From SEAN M. MURRAY. Phone #9173309284                    FaxZero.com                    p.1

## Recipient Information

**To:** Sheree Jackson, Courtroom Deputy
**Company:** U.S. Bankruptcy Court, EDNY
**Fax #:** 13473941865

## Sender Information

**From: SEAN M. MURRAY**
**Company: SEAN M. MURRAY**
**Email address: seanmurray@prodigy.net (from 66.65.12.242)**
**Phone #: 9173309284**
**Sent on: Tuesday, December 4 2018 at 8:45 PM EST**

       ATTN: SHEREE JACKSON
SEAN M. MURRAY 17-44157
LETTER MOTION FOR EXTENSION OF TIME TO FILE UPON CONSENT

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #23393292. We will add your fax number to the block list.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re: SEAN M. MURRAY

Case No. 17-44157

Chapter: 7

Debtor(s)
---------------------------------------------------------x

## DEBTOR PRO SE LETTER MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATION OF PREVIOUS MOTIONS PER ORDER AT DOCKET NO. 102

1. On November 29, 2018 Judge Stong at Docket No. 102, (ORDER DIRECTING DEBTOR TO FILE A CONSOLIDATED MOTION SEEKING REMAINING RELIEF SOUGHT AGAINST NATIONSTAR AND SCHEDULING A HEARING) directed Debtor to file a single motion (the "Consolidation Motion") requesting all remaining relief sought against Nationstar Mortgage LLC ("Nationstar") by December 7, 2018.

2. Nationstar through counsel Cleo Sharaf-Green, Esq. for Attorneys ROBERTSON, ANSCHUTZ & SCHNEID, P.L. has consented to an extension of time to file the Consolidation Motion currently due December 7, 2018 to December 21, 2018.

3. Debtor respectfully requests extension of time to file the Consolidation Motion until December 21, 2018 upon consent.

Executed Tuesday, December 4, 2018

By: SEAN M. MURRAY
SEAN M. MURRAY

CC: Cleo Sharaf-Green, Esq. (Via Email and USPS)
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
900 Merchants Concourse
Westbury, NY 11590

Page 1 of 1