

900 Merchant Concourse, Suite 106
Westbury, New York 11590
Phone (516) 280-7675
Fax    (516) 280-7674

December 6, 2018

**VIA ECF**

Hon. Elizabeth S. Stong
United States Bankruptcy Court, EDNY
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

      **In re: Sean M. Murray, Case No. 17-44157 (ESS)**
      **Adjournment of Response Deadline to Debtor's Consolidated Motion**

Dear Judge Stong:

This office represents secured creditor Nationstar Mortgage LLC ("Nationstar") in the above-captioned matter. The purpose of this letter is to request an extension of Nationstar's response deadline from December 21, 2018 to January 15, 2019.

More specifically, debtor Sean Murray filed an application on December 4, 2018 *[Docket Entry No. 104]* seeking the Court's approval to extend his time to file his consolidated motion from the court-ordered date of December 7, 2018 to December 21, 2018. Nationstar agreed to this request as indicated in debtor's letter.

However, it appears that I will be out of the office during the last week of December 2018 and part of the first week of January 2019. In light of same, if the Court grants Debtor's request to change his deadline to file a consolidated motion from December 7 to December 21, 2018, then it is respectfully requested that Nationstar may have until January 15, 2019 to file a response to debtor's consolidated motion.

                                          Respectfully submitted,

                                          /s/  Cleo F. Sharaf-Green

                                          Cleo F. Sharaf-Green, Esq.

cc:
Sean M. Murray  (via email)