Case 1-17-44157-ess   Doc 106   Filed 12/10/18   Entered 12/10/18 15:54:55

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x
In re: SEAN M. MURRAY                              Case No. 17-44157

                                                   Chapter: 7

                    Debtor(s)
------------------------------------------------x

*RECEIVED/MR 2018 DEC 10 A 10: 26 CLERK U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK*

## DEBTOR PRO SE LETTER MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATION OF PREVIOUS MOTIONS PER ORDER AT DOCKET NO. 102

1. On November 29, 2018 Judge Stong at Docket No. 102, (ORDER DIRECTING DEBTOR TO FILE A CONSOLIDATED MOTION SEEKING REMAINING RELIEF SOUGHT AGAINST NATIONSTAR AND SCHEDULING A HEARING) directed Debtor to file a single motion (the "Consolidation Motion") requesting all remaining relief sought against Nationstar Mortgage LLC ("Nationstar") by December 7, 2018.

2. Nationstar through counsel Cleo Sharaf-Green, Esq. for Attorneys ROBERTSON, ANSCHUTZ & SCHNEID, P.L. has consented to an extension of time to file the Consolidation Motion currently due December 7, 2018 to December 21, 2018.

3. Debtor respectfully requests extension of time to file the Consolidation Motion until December 21, 2018 upon consent.

Executed Tuesday, December 4, 2018          By: *SEAN M. MURRAY*
                                                SEAN M. MURRAY

CC: Cleo Sharaf-Green, Esq. (Via Email and USPS)
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
900 Merchants Concourse
Westbury, NY 11590