UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| SEAN M. MURRAY, | CASE NO. 17-44157 |
| DEBTOR. | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE,** that the undersigned appears as counsel for Specialized Loan Servicing LLC, a creditor and a party in interest, pertaining to property located at 3521 79th Street 4E, Jackson Heights, NY 11372, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, demands that all notices given or required to be served in this case be given or served, as the case may be, to or upon the undersigned at the post office address and telephone and facsimile number set forth below.

Dated: January 22, 2018
       Melville, NY

                                              Respectfully Submitted,

                                              /s/ Robert W. Griswold
                                              Robert W. Griswold
                                              Bankruptcy Attorney
                                              Shapiro, DiCaro & Barak, LLC
                                              Attorneys for Specialized Loan Servicing LLC
                                              One Huntington Quadrangle, Suite 3N05
                                              Melville, NY 11747
                                              Telephone: (631) 844-9611
                                              Fax: (631) 844-9525