```
                          United States Bankruptcy Court
                           Eastern District of New York
In re:                                                              Case No. 17-44157-ess
Sean M Murray                                                       Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: cteutonic              Page 1 of 2                   Date Rcvd: Jan 24, 2019
                              Form ID: pdf000             Total Noticed: 6


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2019.
cr             +Nationstar Mortgage LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.,
                 Suite 100,    Boca Raton, FL 33487-2853
cr             +Nationstar Mortgage LLC D/B/A Mr. Cooper,    RAS Boriskin, LLC,   900 Merchant Concourse,
                 Suite 106,   Westbury, NY 11590-5114
               +RAS BORJSKIN, LLC BANKRUPTCY DEPARTMENT,    900 MERCHANTS CONCOURSE, SUITE 106,
                 WESTBURY, NY 11590-5114
               +ROBERTSON, ANSCHUTZ & SCUNEID, P.L.,    BANKRUPTCY DEPARTMENT,    6409 CONGRESS AVE., SUITE 100,
                 BOCA RATON, FL 33487-2853
cr             +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
                 Malvern, PA 19355-0702

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
db             +E-mail/PDF: seanmurray@prodigy.net Jan 24 2019 18:40:43     Sean M Murray,    PO Box 1110,
                 Albany, NY 12201-1110
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
              Barbara  Whipple    on behalf of Creditor    Nationstar Mortgage LLC bwhipple@rasflaw.com
              Cleo f Sharaf    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               csharaf@rasboriskin.com
              Cleo f Sharaf    on behalf of Creditor    Nationstar Mortgage LLC csharaf@rasboriskin.com
              Cleo f Sharaf    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing
               Agents For Federal Home Loan Mortgage Corporation csharaf@rasboriskin.com
              Deborah  Turofsky    on behalf of Creditor    Specialized Loan Servicing dturofsky@grosspolowy.com,
               turofskylaw@yahoo.com
              Dennis  Jose    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               ecfnotices@grosspolowy.com
              Dennis  Jose    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com
              Dennis  Jose    on behalf of Creditor    Specialized Loan Servicing ecfnotices@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Specialized Loan Servicing
               ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Ditech Financial LLC ecfnotices@grosspolowy.com,
               evanhorn@grosspolowy.com
              Michael Adam Samuels    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com
              Miriam Joy Rosenblatt    on behalf of Creditor    Nationstar Mortgage LLC mrosenblatt@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J McCord    on behalf of Trustee Richard J. McCord rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmccord@certilmanbalin.com
              Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
              Robert W. Griswold    on behalf of Defendant    Specialized Loan Servicing, LLC rgriswold@logs.com,
               NYBKCourt@logs.com
```

```
District/off: 0207-1           User: cteutonic              Page 2 of 2                   Date Rcvd: Jan 24, 2019
                               Form ID: pdf000              Total Noticed: 6
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert W. Griswold    on behalf of Creditor    Specialized Loan Servicing LLC rgriswold@logs.com, NYBKCourt@logs.com

                                                                                                        TOTAL: 18

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re

SEAN M MURRAY,

        Debtor.
--------------------------------------------------------x

Chapter 7

Case No. 17-44157-ess

## ORDER SCHEDULING A HEARING ON EXTENSION REQUESTS

WHEREAS, on March 20, 2018, April 5, 2018, May 17, 2018, May 29, 2018, July 5, 2018, August 7, 2018, and October 19, 2018, Sean M Murray filed separate motions and applications for orders to show cause seeking relief against Nationstar Mortgage LLC ("Nationstar"), among other parties (the "Requests for Relief"); and

WHEREAS, on November 29, 2018, the Court issued an order directing the Debtor to file a consolidated motion (the "Consolidated Motion") stating all relief sought against Nationstar by December 7, 2018 (the "Consolidated Motion Deadline"); and

WHEREAS, the November 29, 2018 Order also directed Nationstar to file any responses or objections to the Consolidated Motion by December 21, 2018 (the "Response Deadline"); and

WHEREAS, the November 29, 2018 Order scheduled a hearing on the Consolidated Motion and any responses or objections thereto for February 11, 2019; and

WHEREAS, on December 4, 2018, the Debtor filed a motion to extend the Consolidated Motion Deadline to December 21, 2018 (the "First Motion to Extend by Debtor"); and

WHEREAS, on December 6, 2018, Nationstar filed a letter requesting an extension of the Response Deadline to January 23, 2019 (the "Request to Extend by Nationstar"); and

WHEREAS, on December 10, 2018, the Debtor filed a second motion to extend the Consolidated Motion Deadline to December 21, 2018 (the "Second Motion to Extend by Debtor"); and

WHEREAS, on December 21, 2018, the Debtor initiated an adversary proceeding by filing a complaint (the "Complaint") against John and Jane Doe Corporations and Entities, Specialized Loan Servicing, LLC, and Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing Agents For Federal Home Loan Mortgage Corporation, which incorporates by reference the Requests for Relief; and

WHEREAS, Nationstar filed a timely answer to the Complaint on January 22, 2019 (the "Answer"); and

WHEREAS, the Court is scheduled to hold a pre-trial conference on the Complaint and the Answer on February 11, 2019.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a hearing on the First Motion to Extend by Debtor, the Second Motion to Extend by Debtor, and the Request to Extend by Nationstar on February 11, 2019, at 10:00 a.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201; and it is further

ORDERED, that opposition to the First Motion to Extend by Debtor, the Second Motion to Extend by Debtor, or the Request to Extend by Nationstar may be stated at the February 11, 2019 hearing, and the Court will set a schedule for the filing of written opposition at that hearing.



**Dated: Brooklyn, New York**
**January 23, 2019**

           **Elizabeth S. Stong**
           **United States Bankruptcy Judge**

TO:

Sean M Murray
PO Box 1110
Albany, NY 12201

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Richard J McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

ROBERTSON, ANSCHUTZ & SCUNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUIT E 100
BOCA RATON, FL 33487

Toyota Motor Credit Corporation
c/o Becket & Lee LLP
PO Box 3002
Dept. MVS
Malvern, PA 19355-1245

Ehret Anne Van Horn, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

RAS BORJSKIN, LLC BANKRUPTCY DEPARTMENT
900 MERCHANTS CO NCOURSE, SUITE 106
WESTBURY, NY 11590