United States Bankruptcy Court
Eastern District of New York

In re:  
Sean M Murray  
    Debtor

Case No. 17-44157-ess  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0207-1     User: cteutonic     Page 1 of 1     Date Rcvd: Feb 08, 2019  
                           Form ID: pdf000     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2019.
```
            +RAS BORJSKIN, LLC BANKRUPTCY DEPARTMENT,    900 MERCHANTS CONCOURSE, SUITE 106,
              WESTBURY, NY 11590-5114
            +ROBERTSON, ANSCHUTZ & SCUNEID, P.L.,    BANKRUPTCY DEPARTMENT,    6409 CONGRESS AVE., SUIT E 100,
              BOCA RATON, FL 33487-2853
9136737     +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
              Malvern PA 19355-0702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
db           +E-mail/PDF: seanmurray@prodigy.net Feb 08 2019 18:40:11     Sean M Murray,    PO Box 1110,
              Albany, NY 12201-1110
                                                                                             TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2019 at the address(es) listed below:
```
              Barbara Whipple    on behalf of Creditor    Nationstar Mortgage LLC bwhipple@rasflaw.com
              Cleo f Sharaf    on behalf of Creditor    Nationstar Mortgage LLC csharaf@rasboriskin.com
              Cleo f Sharaf    on behalf of Defendant    Nationstar Mortgage LLC d/b/a Mr Cooper, as Servicing
               Agents For Federal Home Loan Mortgage Corporation csharaf@rasboriskin.com
              Cleo f Sharaf    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               csharaf@rasboriskin.com
              Deborah Turofsky    on behalf of Creditor    Specialized Loan Servicing dturofsky@grosspolowy.com,
               turofskylaw@yahoo.com
              Dennis Jose    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper
               ecfnotices@grosspolowy.com
              Dennis Jose    on behalf of Creditor    Nationstar Mortgage LLC ecfnotices@grosspolowy.com
              Dennis Jose    on behalf of Creditor    Specialized Loan Servicing ecfnotices@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Specialized Loan Servicing
               ecfnotices@grosspolowy.com, evanhorn@grosspolowy.com
              Ehret Anne Van Horn    on behalf of Creditor    Ditech Financial LLC ecfnotices@grosspolowy.com,
               evanhorn@grosspolowy.com
              Michael Adam Samuels    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com
              Miriam Joy Rosenblatt    on behalf of Creditor    Nationstar Mortgage LLC mrosenblatt@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Richard J McCord    on behalf of Trustee Richard J. McCord rmccord@certilmanbalin.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.c
               om;mmcord@certilmanbalin.com
              Richard J. McCord    on behalf of Trustee Richard J. McCord rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
              Richard J. McCord    rmccord@cbah.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com;N190@ecfcbis.com;mmccord@certilmanbalin.c
               om
              Robert W. Griswold    on behalf of Defendant    Specialized Loan Servicing, LLC rgriswold@logs.com,
               NYBKCourt@logs.com
              Robert W. Griswold    on behalf of Creditor    Specialized Loan Servicing LLC rgriswold@logs.com,
               NYBKCourt@logs.com
                                                                                            TOTAL: 18
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re

SEAN M MURRAY,

   Debtor.
---------------------------------------------------------x
SEAN M. MURRAY,

   Plaintiff,

-against-

JOHN AND JANE DOE CORPORATIONS
AND ENTITIES, SPECIALIZED LOAN
SERVICING, LLC, and NATIONSTAR
MORTGAGE LLC D/B/A MR COOPER,
AS SERVICING AGENTS FOR FEDERAL
HOME LOAN MORTGAGE CORPORATION,

   Defendants.
---------------------------------------------------------x

Chapter 7

Case No. 17-44157-ess

Adv. Pro. No. 18-01141-ess

## ORDER ADJOURNING THE HEARINGS SCHEDULED
## FOR FEBRUARY 11, 2019 TO MARCH 11, 2019

  WHEREAS, on August 10, 2017, Sean Murray filed a petition for relief under Chapter 7 of the Bankruptcy Code; and

  WHEREAS, on November 29, 2018, the Court issued an order directing the Debtor to file a consolidated motion (the "Consolidated Motion") stating all relief sought against Nationstar Mortgage LLC ("Nationstar"), and scheduling a hearing on the Consolidated Motion for February 11, 2019, at 10:00 a.m.; and

  WHEREAS, the November 29, 2018 Order provided deadlines for the filing of the Consolidated Motion and for any responses or opposition thereto; and

WHEREAS, the Debtor and Nationstar requested to extend the deadlines provided in the November 29, 2018 Order (the "Extension Requests"); and

WHEREAS, on January 23, 2019, the Court issued an order scheduling a hearing on the Extension Requests for February 11, 2019, at 10:00 a.m.; and

WHEREAS, on December 21, 2018, the Debtor initiated an adversary proceeding by filing a complaint against John and Jane Doe Corporations and Entities, Specialized Loan Servicing, LLC, and Nationstar (the "Adversary Proceeding"); and

WHEREAS, the Court is scheduled to hold an initial pre-trial conference on the Adversary Proceeding on February 11, 2019, at 10:00 a.m.

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold an initial pre-trial conference in the Adversary Proceeding, and hearings on the Consolidated Motion and the Extension Requests, on March 11, 2019, at 10:00 a.m., before the Honorable Elizabeth S. Stong in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201.

.



**Dated: Brooklyn, New York**
**February 8, 2019**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Sean M Murray
PO Box 1110
Albany, NY 12201

Richard J. McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

Richard J McCord
Certilman Balin Adler & Hyman
90 Merrick Avenue
East Meadow, NY 11554

ROBERTSON, ANSCHUTZ & SCUNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUIT E 100
BOCA RATON, FL 33487

Toyota Motor Credit Corporation
c/o Becket & Lee LLP
PO Box 3002
Dept. MVS
Malvern, PA 19355-1245

Ehret Anne Van Horn, Esq.
Gross Polowy, LLC
1775 Wehrle Drive, Suite 100
Williamsville, NY 14221

RAS BORJSKIN, LLC BANKRUPTCY DEPARTMENT
900 MERCHANTS CO NCOURSE, SUITE 106
WESTBURY, NY 11590