Case 1-17-44157-ess  Doc 113  Filed 03/06/19  Entered 03/07/19 09:22:33

```
TIME RECEIVED                           REMOTE CSID             DURATION        PAGES       STATUS
March 6, 2019 at 5:42:44 PM EST         FaxZero.com             113             4           Received
```
6-Mar-2019  22:41      From SEAN M. MURRAY. Phone #9173309284                   FaxZero.com                    p.1

## Recipient Information

**To:** Sheree Jackson, Courtroom Deputy
**Company:** U.S. Bankruptcy Court, EDNY
**Fax #:** 13473941865



## Sender Information

**From: SEAN M. MURRAY**
**Company: SEAN M. MURRAY**
**Email address:** seanmurray@prodigy.net (from 66.65.12.242)
**Phone #:** 9173309284
**Sent on:** Wednesday, March 6 2019 at 5:40 PM EST

Attn: Deputy Sheree Jackson Judge Elizabeth Stong EDNY

This fax was sent using the FaxZero.com fax service. Please send your response directly to the sender, not to FaxZero.

FaxZero.com has a zero tolerance policy for abuse and junk faxes. If this fax is spam or abusive, please e-mail support@faxzero.com or send a fax to 855-330-1238, or phone 707-400-6360. Specify fax #23970937. We will add your fax number to the block list.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
———————————————————————x
In re:

SEAN M. MURRAY

                Debtor Pro Se
———————————————————————x

Case No. 17-44157

Chapter: 7

SEAN M. MURRAY

                Plaintiff

        -against-

SPECIALIZED LOAN SERVICING, LLC
NATIONSTAR MORTGAGE LLC D/B/A
MR COOPER,
as SERVICING AGENTS FOR FEDERAL
HOME LOAN MORTGAGE
CORPORATION,
JOHN AND JANE DOE CORPORATIONS
AND ENTITIES

                Defendants
———————————————————————x

Adv. Pro. No. 18-01141

### **DEBTOR'S REQUEST AND MOTION FOR ADJOURNMENT**

1. On February 8, 2019, Judge Stong issued an order at Docket No. 6, scheduling an initial pre-trial conference in the Adversary Proceeding, and hearings on the Consolidated Motion and the Extension Requests, on March 11, 2019, at 10:00 a.m., in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York 11201.

2. Nationstar, through counsel Cleo Sharaf-Green, Esq. for Attorneys ROBERTSON,

ANSCHUTZ & SCHNEID, P.L. and Specialized Loan Servicing LLC, through counsel Robert W. Griswold, Esq. for Attorneys Shapiro, DiCaro & Barak, LLC, have consented to further adjournment, and with the Debtor request April 10 2019 at 10am, subject to the Court's availability and approval.

WHEREFORE, Debtor respectfully requests adjournment of the February 11, 2019 hearing until April 10, 2019 at 10am, upon consent of the parties, due to Debtor's conflict with a major work event.

Wednesday, March 6, 2019

By: *Sean M. Murray*
SEAN M. MURRAY
P.O. BOX 1110
ALBANY, NEW YORK
12201-1110 U.S.A.
917.330.9284
seanmurray@prodigy.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: SEAN M. MURRAY                                    Case No. 17-44157

                                                         Chapter: 7


                            Debtor(s)
-----------------------------------------------------------x

## CERTIFICATION OF SERVICE

The undersigned certifies that on Wednesday, March 6, 2019, a copy of the annexed papers: DEBTOR'S REQUEST AND MOTION FOR ADJOURNMENT, were served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554
2. Cleo Sharaf-Green, Esq. (Via Email and USPS)
   ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
   Attorneys for Nationstar Mortgage LLC d/b/a Mr. Cooper
   900 Merchants Concourse
   Westbury, NY 11590
   csharaf@rasboriskin.com
3. Robert W. Griswold (Via Email and USPS)
   Bankruptcy Attorney
   Shapiro, DiCaro & Barak, LLC
   Attorneys for Specialized Loan Servicing LLC
   One Huntington Quadrangle, Suite 3N05
   Melville, NY 11747
   rgriswold@logs.com

Dated: Wednesday, March 6, 2019                By: *Sean M. Murray* (signature)
                                               SEAN M. MURRAY
                                               P.O. BOX 1110
                                               ALBANY, NEW YORK
                                               12201-1110 U.S.A.
                                               917.330.9284
                                               seanmurray@prodigy.net