UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────X
In re:

Sean M. Murray                                              Case No. 17-44157 (ESS)

                                                            Chapter 7

                Debtor.
───────────────────────────────X

## CONFIDENTIAL SETTLEMENT AGREEMENT, RELEASE OF LIABILITY, AND COVENANT OF NON-DISCLOSURE

WHEREAS, Mr. Sean M. Murray (henceforth "Mr. Murray") maintains an address of P.O. Box 1110 Albany, NY 12201-1110 and is assigned social security number ending in …8657, and

WHEREAS, Mr. Murray filed bankruptcy case designated as Case No. 17-44157-ess (henceforth the "Bankruptcy Case") filed in the United States Bankruptcy Court for the Eastern District of New York, and Mr. Murray is the owner of shares and is the proprietary lessee in relation to a cooperative apartment commonly known 3521 79th Street, Unit 4 E, Jackson Heights, NY 11372 with said shares being part of the bankruptcy estate in the Bankruptcy Case, and

WHEREAS, Mr. Murray having filed the following motions seeking entry of orders to show cause within the Bankruptcy Case and said motions shall henceforth be known collectively herein as "Motions for Orders to Show Cause":

   Docket No. 43:   Application for an Order to Show Cause
   Docket No. 67:   Application for and Order to Show Cause
   Docket No. 74:   Application for an Order to Show Cause

WHEREAS, the above Motions for Orders to Show Cause seek relief including but not limited to sanctions and contempt against Gross Polowy, LLC, attorneys associated with Gross Polowy, LLC, and Specialized Loan Servicing, LLC, and

WHEREAS, Mr. Murray, Gross Polowy, LLC, and Specialized Loan Servicing, LLC desire to enter this Settlement Agreement, Release of Liability, and Non-Disclosure Agreement (henceforth the " Settlement Agreement"), and

WHEREAS, in consideration ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Mr. Murray hereby provides the following covenants, undertakings, waivers, and releases:

1.  Mr. Murray, by signature on this Agreement confirms ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as consideration for the contents of this Settlement Agreement and the covenants, undertakings, waivers, and releases contained herein.

1

2. Mr. Murray by signature on this Settlement Agreement hereby forever releases and discharges Gross Polowy, LLC, its shareholders and employees including but not limited to attorneys associated with Gross Polowy, LLC, and Specialized Loan Servicing, LLC its employees, shareholders, agents, and insured (henceforth the "Released Entities and Individuals"), from any and all legal or any other form of liability to which Mr. Murray can or might claim rights to based on any action or inaction by the Released Entities and Individuals as they relate all allegations of wrongdoing, claims, suits, causes of action, rights, demands, costs, expenses, losses, damages of any kind, as set forth in the Motions for Orders to Show Cause, including allegations of violations of the bankruptcy automatic stay, violations of the bankruptcy discharge injunction, contempt of court, actions in bad faith, and violations of the loss mitigation order dated April 10, 2018, by the Released Entities and Individuals.

3. Mr. Murray warrants and represents that he is the sole owner of and has not assigned or otherwise transferred any of the claims released in this Settlement Agreement, and that he will indemnify and hold harmless Released Entities and Individuals against any such assignment or transfer.

4. The representations and releases in this Settlement Agreement are binding on Mr. Murray and his heirs, successors, and assigns.

5. This Agreement shall be governed by and interpreted in accordance with the laws of the United States of America including but not limited to the United States Bankruptcy Code, and the laws of the State of New York.

6. Mr. Murray represents, covenants and agrees that that the contents of this Agreement including the document itself shall be held confidential and that he will not make any disclosure whatsoever of the terms or this agreement or disclose this document itself, and that he will indemnify and hold harmless the Released Entities and Individuals against any such disclosure and compensate them jointly and severally for any losses related to any breach of this covenant or disclosure of the contents of this Agreement or this document itself.

7. Concurrent with this agreement, Mr. Murray shall execute the document attached hereto as **Exhibit "A"** captioned as "STIPULATION AND ORDER WITHDRAWING APPLICATIONS FOR ORDERS TO SHOW CAUSE AS TO GROSS POLOWY, LLC, ATTORNEYS ASSOCIATED WITH GROSS POLOWY, LLC AND SPECIALIZED LOAN SERVICING, LLC" which upon full execution shall be filed by Gross Polowy, LLC with the United States Bankruptcy Court for the Eastern District of New York in case No. 17-44157-ess.

8. By entering into this Settlement Agreement, none of the parties hereto admit any fault or wrongdoing in connection with the Motions for Orders to Show Cause or

the factual allegations or legal issues raised therein, and nothing herein shall be construed as an admission of any liability, wrongdoing, or merits of any claims or defenses asserted with respect thereto.

9. Gross Polowy, LLC by signature affixed herein represents that it has full authority to enter into this Settlement Agreement on behalf of itself, its employees and shareholders and its client Specialized Loan Servicing, LLC.

*Sean M Murray*
Sean M. Murray

Uniform Certificate of Acknowledgment:

State of New York )
County of _____ )

On the 26 day of October in the year 2018 before me, the undersigned, personally appeared Sean Murray personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**JOSEPHINE BOURNE**
**Notary Public, State of New York**
**No. 04BO6325374**
**Qualified in Kings County**
**Commission Expires May 26, 2019**

_Josephine Bourne_
Signature and office of individual taking acknowledgment

Gross Polowy, LLC as counsel to Gross Polowy, LLC, attorneys associated with Gross Polowy, LLC and Specialized Loan Servicing, LLC

By: Adam Gross, Esq. Partner

Uniform Certificate of Acknowledgment:
State of New York )
County of Nassau )

On the 25th day of October in the year 2018 before me, the undersigned, personally appeared Adam Gross, Esq. personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

**JOHN MUNNELLY**
**NOTARY PUBLIC-STATE OF NEW YORK**
**No. 01MU6208708**
**Qualified in Nassau County**
**My Commission Expires July 06, 2021**

Signature and office of individual taking acknowledgment

3

**EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
_____X
In re:

Sean M. Murray                               Case No. 13-42618 (ESS)

                                             Chapter 7

            Debtor.
_____X

### STIPULATION AND ORDER WITHDRAWING APPLICATIONS FOR ORDERS TO SHOW CAUSE AS TO GROSS POLOWY, LLC, ATTORNEYS ASSOCIATED WITH GROSS POLOWY, LLC AND SPECIALIZED LOAN SERVICING, LLC

WHEREAS, on August 10, 2017 the Debtor Sean M. Murray (the "**Debtor**") instituted this Chapter 7 case (the "**Bankruptcy Case**") via the filing of a petition (ECF Docket No. 1);

WHEREAS, on December 8, 2017 Debtor received a discharge (ECF Docket No. 8), and

WHEREAS, the **Debtor** having filed the following motions seeking the entry of Orders to Show Cause:

Docket No. 43:   Application for an Order to Show Cause
Docket No. 67:   Application for and Order to Show Cause
Docket No. 74:   Application for an Order to Show Cause

and the above motions shall henceforth be collectively known as **Motions for Orders to Show Cause**, and

WHEREAS, the **Debtor**, Gross Polowy, LLC, and Specialized Loan Servicing, LLC have engaged in good faith settlement discussions to resolve the **Motions for Orders to Show Cause**, and

WHEREAS, the **Debtor**, Gross Polowy, LLC, Specialized Loan Servicing, LLC have contemporaneously herewith entered into a confidential settlement agreement (the "**Settlement Agreement**"), resolving the **Motions for Orders to Show Cause**, the effectiveness of which is subject to this Court approving this stipulation; and

WHEREAS, the **Settlement Agreement** provides, among other things, for the filing of this stipulation withdrawing the **Motions for Orders to Show Cause** as to Gross Polowy, LLC, attorneys associated with Gross Polowy, LLC and Specialized Loan Servicing, LLC with prejudice

1

NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED AND ORDERED THAT:

1. This Court has jurisdiction over these proceedings and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334 and this Court shall retain jurisdiction to enforce the terms of this stipulation and order and any agreement executed in connection herewith.

2. None of the parties hereto admit any fault or wrongdoing in connection with the **Motions for Orders to Show Cause** or the factual allegations or legal issues raised therein, and nothing herein shall be construed as an admission of any liability, wrongdoing, or merits of any claims or defenses asserted with respect thereto.

3. The terms of the **Settlement Agreement** shall not be disclosed, reproduced, published or disseminated for any purpose and shall be kept confidential by the parties.

4. The **Motions for Orders to Show Cause** are hereby withdrawn with prejudice as they relate to Gross Polowy, LLC, all attorneys associated with Gross Polowy, LLC including but not limited to Dennis Jose, Esq., Deborah Turofsky, Esq., Ehret Van-Horn, Esq., and Specialized Loan Servicing, LLC

Sean M. Murray, Debtor

*SEAN M. MURRAY* Dated 10/26/18
By     Sean M. Murray

Gross Polowy, LLC as counsel to Gross Polowy, LLC and all its associated attorneys and Specialized Loan Services, LLC

_____ Dated 10/26/18
By    Dennis Jose, Esq.
      Gross Polowy, LLC
      900 Merchants Concourse, Suite 412
      Westbury, NY 11590
      716 204 1781