UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Sean M. Murray                                                         Case No. 17-44157 (ESS)

                                                          Chapter 7

              Debtor.
-------------------------------------------------------------X

**STIPULATION AND ORDER WITHDRAWING APPLICATIONS FOR ORDERS TO SHOW CAUSE AS TO GROSS POLOWY, LLC, ATTORNEYS ASSOCIATED WITH GROSS POLOWY, LLC AND SPECIALIZED LOAN SERVICING, LLC**

       WHEREAS, on August 10, 2017 the Debtor Sean M. Murray (the **"Debtor"**) instituted this Chapter **7** case (the **"Bankruptcy** Case") via the filing of a petition (ECF Docket No. 1);

       WHEREAS, on December 8, 2017 Debtor received a discharge (ECF Docket No. ~~8~~ *24*), and

       WHEREAS, the **Debtor** having filed the following motions seeking the entry of Orders to Show Cause:

       Docket No. 43: Application for an Order to Show Cause
       Docket No. 67: Application for and Order to Show Cause
       Docket No. 74: Application for an Order to Show Cause

       and the above motions shall henceforth be collectively known as **Motions for Orders to Show Cause,** and

       WHEREAS, the **Debtor,** Gross Polowy, LLC, and Specialized Loan Servicing, LLC have engaged in good faith settlement discussions to resolve the **Motions for Orders to Show Cause**, and

       WHEREAS, the **Debtor,** Gross Polowy, LLC, Specialized Loan Servicing, LLC have contemporaneously herewith entered into a confidential settlement agreement (the "**Settlement Agreement**"), resolving the **Motions for Orders to Show Cause**, the effectiveness of which is subject to this Court approving this stipulation; and

       WHEREAS, the Settlement Agreement provides, among other things, for the filing of this stipulation withdrawing the **Motions for Orders to Show Cause** as to Gross Polowy, LLC, attorneys associated with Gross Polowy, LLC and Specialized Loan Servicing, LLC with prejudice

IT IS HEREBY STIPULATED, AGREED AND ORDERED THAT:

1. This Court has jurisdiction over these proceedings and the parties hereto pursuant to 28 U.S.C. §§ 157 and 1334 and this Court ~~shall~~ *may* retain jurisdiction to enforce the terms of this stipulation and order and any agreement executed in connection herewith.

2. None of the parties hereto admit any fault or wrongdoing in connection with the **Motions for Orders to Show Cause** or the factual allegations or legal issues raised therein, and nothing herein shall be construed as an admission of any liability, wrongdoing, or merits of any claims or defenses asserted with respect thereto.

3. The terms of the Settlement Agreement shall not be disclosed, reproduced, published or disseminated for any purpose and shall be kept confidential by the parties.

4. The Motions for Orders to Show Cause are hereby withdrawn with prejudice as they relate to Gross Polowy, LLC, all attorneys associated with Gross Polowy, LLC including but not limited to Dennis Jose, Esq., Deborah Turofsky, Esq., Ehret Van-Horn, Esq., and Specialized Loan Servicing, LLC.

Sean M. Murray, Debtor

/s/ Sean M. Murray     Dated 10/26/18
By    Sean M. Murray


Gross Polowy, LLC as counsel to Gross Polowy, LLC and all its associated attorneys and Specialized Loan Services, LLC

/s/ Dennis Jose     Dated 10/26/18
By    Dennis Jose, Esq.
       Gross Polowy, LLC
       900 Merchants Concourse, Suite 412
       Westbury, NY 11590
       716 204 1781

***IT IS SO ORDERED.***


Dated: Brooklyn, New York                                          /s/ Elizabeth S. Stong
October 20, 2020                                                   **Elizabeth S. Stong**
                                                                   **United States Bankruptcy Judge**