**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
**BROOKLYN DIVISION**

IN RE:                                                           Case No. 17-44157-ess
                                                                 Chapter 7

Sean M Murray

Debtor(s).

**NOTICE OF APPEARANCE**

**US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Peter A. Lawrence, Esquire**
**Stern & Eisenberg, PC**
**485 B Route 1 South, Suite 330**
**Woodbridge Corporate Center**
**Iselin, NJ 08830**

                                     By:     */s/ Peter A. Lawrence, Esquire*
                                                     Peter A. Lawrence, Esquire,
                                                     Bar No: 4951836
                                                     Stern & Eisenberg, PC
                                                     485 B Route 1 South, Suite 330
                                                     Woodbridge Corporate Center
                                                     Iselin, NJ 08830
                                                     Phone: (516) 630-0288
                                                     Fax: (732) 726-8719
                                                     plawrence@sterneisenberg.com
                                                     Attorney for Creditor

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY, under the penalty of perjury, that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 5th day of February, 2021, to the following:

Richard J. McCord
90 Merrick Avenue
East Meadow, NY 11554
rmccord@certilmanbalin.com
*Chapter 7 Trustee*

United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
ustpregion02.br.ecf@usdoj.gov
*U.S. Trustee*

and by standard first-class mail postage prepaid to:

Sean M Murray ***PRO SE***
PO Box 1110
Albany, NY 12201

*Debtor(s)*

By:    */s/Peter A. Lawrence, Esquire*