UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:   SEAN M. MURRAY                                    Chapter     7

                                                        Case No.   1-17-44157-ess

                              Debtor(s)
-------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

PROPRIETARY LEASE AND SHARES SECURING TENANCY TO
35-21 79TH ST. APT 4E JACKSON HEIGHTS, NEW YORK 11372
*[Identify the Property]*

xxxxxxx9508
*[Loan Number]*

Fay Servicing, LLC P.O. Box 619063, Dallas, TX 75261-9063
*[Creditor's Name and Address]*

### SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _SEAN M. MURRAY_     Date: _May 21_, 20_21_

Print Name: _SEAN M. MURRAY_
*[First and Last Name]*

Telephone Number: _917.330.9284_
*[i.e. 999-999-9999]*

E-mail Address [if any]: _seanmurray@prodigy.net_

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re:    SEAN M. MURRAY             Chapter  7

                                                   Case No. 1-17-44157-ess

                            Debtor(s)
-------------------------------------------------------x

## LOSS-MITIGATION ORDER

[x]  A Loss Mitigation Request was filed by the debtor on *[Date]* __May 21__, 20__21__.

[ ]  A Loss Mitigation Request was filed by a creditor on *[Date]* _____, 20____.

[ ]  The Court raised the possibility of loss mitigation, and the parties have had notice and an opportunity to object.

Upon the foregoing, it is hereby

**ORDERED**, that the following parties (the "Loss Mitigation Parties") are directed to participate in the Loss Mitigation Program:

1. The Debtor

2. __Fay Servicing, LLC__, the Creditor with respect to __PROPRIETARY LEASE AND SHARES TO__ *[describe Loan and/or Property]*. 35-21 79TH ST. APT 4E JACKSON HEIGHTS, NEW YORK 11372

3. *[Additional parties, if any]* US Bank Trust National Association, Not In Individual Capacity But As Owner Trustee For VRMTG Asset Trust

It is further **ORDERED**, that the Loss Mitigation Parties shall comply with the Loss Mitigation Procedures annexed to this Order; and it is further

**ORDERED**, that the Loss Mitigation Parties shall observe the following deadlines:

1. Each Loss Mitigation Party shall designate contact persons and disclose contact information by *[suggested time is 7 days]*, unless this information has been previously provided. As part of this obligation, **a Creditor shall furnish each Loss Mitigation Party with written notice of the name, address and direct telephone number of the person who has full settlement authority.**

2. Each Creditor that is a Loss Mitigation Party shall contact the Debtor within **14 days of the date of this Order.**

---
1. All capitalized terms have the meaning defined in the Loss Mitigation Procedures

      3.      Each Loss Mitigation Party shall make its request for information and documents, if any, within **14 days of the date of this Order**.

      4.      Each Loss Mitigation Party shall respond to a request for information and documents within **14 days after a request is made, or 7 days prior to the Loss Mitigation Session, whichever is earlier.**

      5.      The Loss Mitigation Session shall be scheduled not later than _____ *[suggested time is within 35 days of the date of the order]*.

      6.      The Loss Mitigation Period shall terminate on _____ [suggested time is within 42 days of the date of the date of the order], unless extended as provided in the Loss Mitigation Procedures.

It is further **ORDERED**, that a status conference will be held in this case on _____ *[suggested time is within 42 days of the date of the order]* (the "Status Conference"). The Loss Mitigation Parties shall appear at the Status Conference and provide the Court with an oral Status Report unless a written Status Report that is satisfactory to the Court has been filed not later than 7 days prior to the date of the Status Conference and requests that the Status Conference be adjourned or cancelled; and it is further

**ORDERED**, that at the Status Conference, the Court may consider a Settlement reached by the Loss Mitigation Parties, or may adjourn the Status Conference if necessary to allow for adequate notice of a request for approval of a Settlement; and it is further

**ORDERED**, that any matters that are currently pending between the Loss Mitigation Parties (such as motions or applications, and any objection, opposition or response thereto) are hereby adjourned to the date of the Status Conference to the extent those matters concern (1) relief from the automatic stay, (2) objection to the allowance of a proof of claim, (3) reduction, reclassification or avoidance of a lien, (4) valuation of a Loan or Property, or (5) objection to confirmation of a plan of reorganization; and it is further.

**ORDERED**, that the time for each Creditor that is a Loss Mitigation Party in this case to file an objection to a plan of reorganization in this case shall be extended until 14 days after the termination of the Loss Mitigation Period, including any extension of the Loss Mitigation Period.

Dated:

BY THE COURT

_____<br/>*United States Bankruptcy Judge*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re:                                             Case No.
                                                   Chapter



                            Debtor(s)
------------------------------------------------------------x

## LOSS MITIGATION FINAL REPORT

Name of Lender: _____

Property Address: _____

Last Four Digits of Account Number of Loan: _____

File Date of Request for Loss Mitigation: ____/____/_____

Date of Entry of Order Granting Loss Mitigation: _____

Date of Entry of Order Approving Settlement *(if any)*: _____

Other Requests for Loss Mitigation in this Case: _____Yes      _____No

*The use of the Court's Loss Mitigation Procedures has resulted in the following (please check the appropriate box below):*

☐   Loan modification.

☐   Loan refinance.

☐   Forbearance.

☐   Short sale.

☐   Surrender of property.

☐   No agreement has been reached.

☐   Other: _____
         _____
         _____
         _____

Dated: _____                    Signature: _____

| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK | |
|---|---|
| In Re: | Case No.: 1-17-44157-ess |
| SEAN M. MURRAY | Chapter: 7 |

## CERTIFICATION OF SERVICE

The undersigned certifies that on Friday, May 21, 2021, a copy of the annexed papers: LOSS MITIGATION REQUEST - BY DEBTOR; were served and filed electronically, upon:

1. Richard J. McCord, Chapter 7 Trustee
   Certilman Balin Adler & Hyman
   90 Merrick Avenue
   East Meadow, NY 11554

2. Robert A. Gavin, Jr., Clerk of the Bankruptcy Court
   271-C Cadman Plaza East, Suite 1595
   Brooklyn, NY 11201-1800

3. Miriam Rosenblatt, Attorney for Nationstar Mortgage LLC
   Robertson, Anschutz & Schneid, P.L., Bankruptcy Department
   6409 Congress Avenue, Suite 100
   Boca Raton, Florida 33487

4. Ehret Anne Van Horn, Esq., Attorney for Specialized Loan Servicing, LLC
   Gross Polowy, LLC
   1775 Wehrle Drive, Suite 100
   Williamsville, NY 14221

5. Robert W. Griswold, Esq., Attorneys for Fay Servicing, LLC
   as servicer for US Bank Trust National Association, Not In Its Individual Capacity
   But Solely As Owner Trustee For VRMTG Asset Trust
   LOGS Legal Group LLP f/k/a Shapiro, DiCaro & Barak, LLC
   175 Mile Crossing Boulevard Rochester, New York 14624

Dated: Friday, May 21, 2021        By: _SEAN M. MURRAY_
                                        SEAN M. MURRAY