

**LOGS Legal Group LLP**
Attorneys at Law

175 Mile Crossing Boulevard
Rochester, New York 14624
Tel: (585) 247-9000 • Fax: (585) 247-7380

**Partners**
Gerald M. Shapiro (licensed in FL, IL)
David S. Kreisman (licensed in IL)

**Regional Managing Partner**
John A. DiCaro (licensed in NY)

**Managing Partner**
Shari S. Barak (licensed in NY)

March 30, 2022

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

RE:   Sean M. Murray
      Chapter 7
      Case Number:  1-17-44157-ESS
      LLG File Number:  18-069932

Dear Judge Stong:

Please allow this letter to confirm that the Notice of Motion for an Order Abandoning Certain Property of the Estate filed in the above bankruptcy case by US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust [*ECF*. Doc. No. 126] has been withdrawn.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,


  /s/Shari Barak
Shari S. Barak

  cc:     Debtor Appearing Pro Se
          Sean Murray
          3521 79th Street 4E
          Jackson Heights, NY 11372

          Trustee
          Richard J. McCord
          Certilman Balin Adler & Hyman

90 Merrick Avenue
East Meadow, NY 11554

U.S. Trustee - Brooklyn
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014