

**CertilmanBalin**
Attorneys

90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
Phone: 516.296.7000 • Fax: 516.296.7111
www.certilmanbalin.com

Richard J. McCord
Partner
Direct Dial 516.296.7801
rmccord@certilmanbalin.com

April 12, 2022

**VIA ELECTRONIC CASE FILING**

Chambers of the Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

        Re:    **Sean M. Murray**
                **Chapter 7**
                **Case No.: 17-44157-ess**

Dear Sir/Madam:

I am in receipt of the Notice of Motion for an Order Abandoning Certain Property of the Estate, filed on behalf of US Bank Trust National Association et al (Dkt. No. 127), scheduled for hearing on April 25, 2022, at 12:00 p.m. in connection with the above referenced matter. This shall serve to confirm that I have no objection to the relief sought in this Motion.

If you should have any questions or require additional information, please contact this office. Thank you for your courtesy and assistance in this matter.

                Very truly yours,

                /s/ Richard J. McCord
                RICHARD J. MCCORD
                CHAPTER 7 TRUSTEE

RJM:af
    cc: Robert W. Griswold, Esq. (via email)
        Sean M. Murray (via first class mail)