UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE

SEAN M MURRAY

DEBTOR

CHAPTER 7

CASE NO. 1-17-44157-ess

JUDGE: Elizabeth S. Stong

**ORDER GRANTING MOTION FOR ABANDONMENT OF CERTAIN PROPERTY OF THE ESTATE**

**UPON** consideration of the Motion for an Order Abandoning Certain Property of the Estate (‘Motion”) of Fay Servicing as servicer to US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust, (“Movant”) dated March 28, 2022 (Docket No. 127), and upon consideration of the Opposition filed by the Debtor thereto on April 18, 2022 (Docket No. 130) and upon consideration of the Chapter 7 Trustee’s letter of no opposition to the Motion filed April 12, 2022 (Docket No. 129) and it appearing that the U.S. Trustee does not have opposition to the Motion brought by Movant pursuant to Section 554(b) to compel abandonment of the Trustee’s interest in the proprietary lease and shares in the cooperative corporation entitling the owner to occupancy of cooperative apartment located at 35-21 79th Street, Unit 4E, Jackson Heights, NY 11372 (collectively, the “Property”) back to the Debtor, and with good cause appearing therefore and for the reasons stated on the record at the hearing held on the Motion on June 24, 2022, ~~it is~~ ***and***

~~**ORDERED**~~ ***WHEREAS,*** ~~that~~ the Property is of inconsequential value to the estate, ~~and it is further~~ ***it is hereby***

**ORDERED** that the Trustee be and hereby is directed to abandon its interest in the Property, and said Property is immediately deemed abandoned pursuant to 11 U.S.C. Section 554 in accordance herewith, and it is further

**ORDERED** that the Property is no longer property of the bankruptcy estate pursuant to 11 U.S.C. Sections 541 and 362(c)(1).~~, and it is further~~

~~**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect.~~

**Dated: Brooklyn, New York**
**July 19, 2022**

**Elizabeth S. Stong**
**United States Bankruptcy Judge**