SEAN MICHAEL MURRAY
P.O. Box 1110
Albany, New York 12201-1110

Tuesday, August 9, 2022

**REQUEST FOR INFOMATION REGARDING CREDIT REPORT VERIFICATION**

USBK COURT EASTERN NEW YORK
271 CADMAN PLAZA EAST, SUITE 1595
BROOKLYN, NY 11201

1. I am writing to determine the means or method, and authorization for the Bankruptcy Court's verification of information appearing on individual consumer credit reports.
2. Please forward this request for information to the appropriate or authorized party to respond to my request.

Thank you,
SEAN MICHAEL MURRAY

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK
2022 AUG 17 A 8: 29
RECEIVED/MR